IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER; LAURA POTTER; and TRISTAN POTTER

    Plaintiffs,

v.

DEBRA H. BOWMAN, M.D.; and HCA-HEALTH ONE LLC, d/b/a SWEDISH MEDICAL CENTER,

    Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant HCA-HealthOne LLC d/b/a Swedish Medical Center's Joinder to Defendant Bowman's Motion to Require Plaintiff's to Obtain Appointment of Legal Representative for Minor Plaintiff Bryce Potter [filed September 13, 2005], which the docketing clerk has construed as a motion for joinder, is **GRANTED**.

Dated:  October 20, 2005