~~Case 1:05-cv-00827-REB-PAC   Document 45-2   Filed 02/02/2006   Page 1 of 2~~

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00827-REB-PAC

---

BRYCE POTTER, a minor, by and through her parents and friends, LAURA POTTER and TRISTAN POTTER, and LAURA POTTER and TRISTAN POTTER, individually

    Plaintiff,

v.

DEBRA H. BOWMAN, M.D. and
HCA-HEALTH ONE, L.L.C. d/b/a/ SWEDISH MEDICAL CENTER

    Defendants.

---

### ORDER RE: STIPULATED MOTION TO AMEND SCHEDULING ORDER [DOCKET No. 21] TO PROVIDE DEFENDANTS WITH ADDITIONAL TIME TO MAKE Fed R. Civ. P. 26(A)(2) DISCLOSURES

*PATRICIA A COAN, MAGISTRATE JUDGE*

The Court having considered the Joint Stipulated Motion of the Parties to amend the Scheduling Order to extend the time within which the defendants may endorse Fed R. Civ. P. 26(a)(2) witnesses [Doc #45], and the time within which the plaintiff may make rebuttal endorsements thereafter, and being otherwise fully informed on the premises, *and finding good cause*

**DOES HEREBY GRANT** the Order. The Scheduling Order for the instant matter is hereby amended to provide the defendants up until and through March 17, 2006 to disclose their Fed R. Civ. P. 26(a)(2) witnesses. The plaintiffs will thereafter have up until and through April 17, 2006 to make any endorsements of rebuttal witnesses they

1

Case 1:05-cv-00827-REB-PAC   Document 45-2   Filed 02/02/2006   Page 2 of 2

deem necessary.

It is so Ordered this 3rd day of February, 2006

S/ PATRICIA A COAN
District Court Magistrate / District Court Judge