Case 1:05-cv-00827-REB-PAC   Document 50-2   Filed 02/07/2006   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00827-REB-PAC

---

BRYCE POTTER, a minor, by and through her parents and friends, LAURA POTTER and TRISTAN POTTER, and LAURA POTTER and TRISTAN POTTER, individually

   Plaintiff,

v.

DEBRA H. BOWMAN, M.D. and
HCA-HEALTH ONE, L.L.C. d/b/a/ SWEDISH MEDICAL CENTER

   Defendants.

---

## ORDER RE: UNOPPOSED MOTION OF DEFENDANT DEBRA BOWMAN, M.D. TO AMEND HER ANSWER AND JURY DEMAND

PATRICIA A COAN, MAGISTRATE JUDGE

The Court having considered the unopposed motion of Debra Bowman, M.D. to amend her Answer and Jury Demand (hereafter referred to as "the Motion") [Doc #50] and any response or reply thereto, finds that justice requires that the proposed amendments to Dr. Bowman's Answer and Jury Demand be allowed.

Accordingly, the Court **DOES HEREBY GRANT** Dr. Bowman's Motion and allows her to amend her Answer and Jury Demand. Defendant Bowman shall file his Amended Answer + Jury Demand with the Clerk of the Court on or before February 15, 06. additionally ordered to accept the proposed Amended Answer and Jury Demand into the Court's file on this matter as the new, amended responsive pleading of Debra Bowman, M.D.

1

Case 1:05-cv-00827-REB-PAC   Document 50-2   Filed 02/07/2006   Page 2 of 2

Dated this 8th day of February, 2006.

BY THE COURT:

s/ Patricia A Coan
United States District Court Magistrate Judge
~~United States District Court Judge~~
Patricia A Coan