IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER; LAURA POTTER; and TRISTAN POTTER

    Plaintiffs,

v.

DEBRA H. BOWMAN, M.D.; and HCA-HEALTH ONE LLC, d/b/a SWEDISH MEDICAL CENTER,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
April 6, 2006

    Having carefully reviewed the motion, the response and the reply, and finding good cause for a limited number of additional interrogatories to Dr. Bowman,

    IT IS HEREBY **ORDERED** that plaintiffs' Motion for Leave to Serve Additional Interrogatories on Defendant, Debra H. Bowman, M.D., Doc. # 61,  is granted in part and denied in part.

    IT IS FURTHER **ORDERED** that Plaintiffs may serve Dr. Bowman with the eight additional interrogatories set forth in their Motion in  Exhibit 2 within five days of receipt of this Minute Order.  Any further questioning of Dr. Bowman may proceed in accordance with Rules 26(b) and 30, Fed. R.Civ.P.,  at her deposition