IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER; LAURA POTTER; and TRISTAN POTTER

　　　　Plaintiffs,

v.

DEBRA H. BOWMAN, M.D.; and HCA-HEALTH ONE LLC, d/b/a SWEDISH MEDICAL CENTER,

　　　　Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

　　　　No response having been filed, IT IS HEREBY

　　　　**ORDERED** that the Amended Motion to Amend Scheduling Order [Docket No. 21] to Provide Plaintiffs With Additional Time for 26(a)(2) Rebuttal Expert Witness Disclosures [Filed April 14, 2006; Doc. No. 81] is **GRANTED** as follows:

　　　　Plaintiffs' rebuttal 26(a)(2) information is due by **June 1, 2006.**

Dated:  May 9, 2006