IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER; LAURA POTTER; and TRISTAN POTTER

      Plaintiffs,

v.

DEBRA H. BOWMAN, M.D.; and HCA-HEALTH ONE LLC, d/b/a SWEDISH MEDICAL CENTER,

      Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion for Defendant HCA-Healthone, LLC,. d/b/a Swedish Medical Center's Insurance Claims Manager to Attend the Settlement Conference on June 1, 2006 by Telephone [filed May 11, 2006; Doc. No. 94] is **GRANTED** as follows:

      The representative for HCA-Healthone, Lisa Kirkham, is permitted to participate by telephone.  Counsel for HCA-Healthone shall provide the Court with a telephone number for Ms. Kirkham at the Settlement Conference on June 1, 2006.

Dated:  May 12, 2006