# INDEX OF EXHIBITS

1. Diagram - Right Brachial Plexus: Common Arrangement
2. Diagram - Nerve Root
3. Diagram - Shoulder Dystocia, Side View of Abdomen
4. Diagram - McRobert's Maneuver (mother)
5. Diagram - McRobert's With Suprapubic Pressure
6. Diagram - Woods' Corkscrew Maneuver
7. Diagram - Delivery of Posterior Arm
8. Diagram - Incorrect Delivery of Shoulder Dystocia Side Cut Away View (2)
9. *Letter to editor regarding Erb's palsy without shoulder dystocia*
10. Deposition Transcript - Herbert Sandmire (08/23/06)
11. Maternal-Fetal Medicine 5th Edition
12. Order Granting Plaintiffs' Motion to Preclude Expert Opinion Evidence on the Issue of Causation in *Massey v Winfield*
13. *Bias*
14. Operative Obstetrics 3rd Edition
15. ACOG Practice Bulletin, Number 40
16. Williams Obstetrics 21st Edition
17. *Reply to the editors regarding Erb's palsy without shoulder dystocia*
18. ACOG Update, Volume 29
19. *What factors are associated with neonatal injury following shoulder dystocia*
20. *Risk factors for shoulder dystocia: an engineering study of clinician applied forces*
21. *Shoulder dystocia recognition differences in neonatal risk for injury*
22. Deposition Transcript of Herbert Sandmire, M.D. in *Stafford v Holt* (11/08/01)
23. Scientific Method
24. Avery's Disease of the Newborn 8th Edition
25. Neonatal-Perinatal Medicine 7th Edition
26. Medicine of the Fetus & Mother 2nd Edition