Case No. 1:05-cv-00827-REB-KLM Document 130-12 filed 10/02/06 USDC Colorado
pg 1 of 7

# Maternal-Fetal Medicine

## *Principles and Practice*

*Fifth Edition*

Robert K. Creasy, MD
Robert Resnik, MD

Jay D. Iams, MD

SAUNDERS

# CONTENTS

**Part I**
**SCIENTIFIC BASIS OF PERINATAL BIOLOGY**

CHAPTER 1
Basic Genetics and Patterns of Inheritance 3
Bruce A. Hamilton, PhD
Anthony Wynshaw-Boris, MD, PhD

CHAPTER 2
Normal Early Development 37
Kurt Benirschke, MD

CHAPTER 3
Amniotic Fluid Dynamics 45
Robert A. Brace, PhD

CHAPTER 4
Multiple Gestation: The Biology of Twinning 55
Kurt Benirschke, MD

CHAPTER 5
Biology and Physiology of the Reproductive Tract and Control of Myometrial Contraction 69
Manju Monga, MD
Barbara M. Sanborn, PhD

CHAPTER 6
Characteristics of Parturition 79
John R. G. Challis, DSc, FRSC
Stephen J. Lye, PhD

CHAPTER 7
The Immunology of Pregnancy 89
Robert M. Silver, MD
Morgan R. Peltier, PhD
D. Ware Branch, MD

CHAPTER 8
Maternal Cardiovascular and Renal Adaptation to Pregnancy 111
Manju Monga, MD

CHAPTER 9
Endocrinology of Pregnancy 121
James H. Liu, MD

CHAPTER 10
The Breast and the Physiology of Lactation 135
Robert M. Lawrence, MD
Ruth A. Lawrence, MD

CHAPTER 11
Maternal Nutrition 155
Barbara Abrams, DrPH
Dzovag Minassian, MPH
Kate E. Pickett, PhD

CHAPTER 12
The Puerperium 165
Robert Resnik, MD

CHAPTER 13
Fetal Cardiovascular Physiology 169
Jeffrey R. Fineman, MD
Ronald Clyman, MD
Michael A. Heymann, MD

CHAPTER 14
Fetal Breathing and Body Movements 181
Bryan S. Richardson, MD, FRCS(C)
Robert Gagnon, MD, FRCS(C)

CHAPTER 15
Placental Respiratory Gas Exchange and Fetal Oxygenation 199
Giacomo Meschia, MD

CHAPTER 16
Fetal Lung Development 209
Alan H. Jobe, MD, PhD

Case No. 1:05-cv-00827-REB-KLM Document 130-12 filed 10/02/06 USDC Colorado pg 3 of 7



CHAPTER 17
Evidence-Based Practice in Perinatal Medicine 223
George A. Macones, MD, MSCE

**Part II**
**FETAL DISORDERS: DIAGNOSIS AND THERAPY**

CHAPTER 18
Prenatal Diagnosis of Congenital Disorders 235
Thomas M. Jenkins, MD
Ronald J. Wapner, MD

CHAPTER 19
Effects of Therapeutic, Diagnostic, and Environmental Agents and Exposure to Social and Illicit Drugs 281
Robert L. Andres, MD

CHAPTER 20
General Principles and Applications of Ultrasonography 315
Frank A. Manning, MD, MSc(OXON), FRCS

CHAPTER 21
Assessment of Fetal Health 357
Christopher R. Harman, MD

CHAPTER 22
Intrapartum Fetal Surveillance 403
Julian T. Parer, MD, PhD
Michael P. Nageotte, MD

CHAPTER 23
Fetal Acid-Base Balance 429
Larry C. Gilstrap III, MD

CHAPTER 24
Significance of Amniotic Fluid Meconium 441
J. Christopher Glantz, MD, MPH
James R. Woods Jr., MD

CHAPTER 25
Assessment and Induction of Fetal Pulmonary Maturity 451
Brian M. Mercer, MD

CHAPTER 26
Fetal Cardiac Arrhythmias: Diagnosis and Therapy 465
Charles S. Kleinman, MD
Rodrigo Nehgme, MD
Joshua A. Copel, MD

CHAPTER 27
Fetal Therapy: Medical and Surgical Approaches 483
Alan W. Flake, MD

CHAPTER 28
Intrauterine Growth Restriction 495
Robert Resnik, MD
Robert K. Creasy, MD

CHAPTER 29
Multiple Gestation: Clinical Characteristics and Management 513
Fergal D. Malone, MD
Mary E. D'Alton, MD

CHAPTER 30
Hemolytic Disease of the Fetus and Newborn 537
Kenneth J. Moise Jr., MD

CHAPTER 31
Nonimmune Hydrops 563
Isabelle Wilkins, MD

**Part III**
**MATERNAL COMPLICATIONS**

CHAPTER 32
Recurrent Pregnancy Loss 579
Joseph A. Hill, MD

CHAPTER 33
Abnormal Cervical Competence 603
Jay D. Iams, MD

CHAPTER 34
Preterm Labor and Delivery 623
Jay D. Iams, MD
Robert K. Creasy, MD

CHAPTER 35
Post-term Pregnancy 663
Jamie L. Resnik, MD
Robert Resnik, MD

CHAPTER 36
Clinical Aspects of Normal and Abnormal Labor 671
Watson A. Bowes Jr., MD
John M. Thorp Jr., MD

CHAPTER 37
Placenta Previa and Abruptio Placentae 707
Steven L. Clark, MD

CHAPTER 38
Premature Rupture of the Membranes 723
Thomas J. Garite, MD

CHAPTER 39
Maternal and Fetal Infectious Disorders 741
Ronald S. Gibbs, MD
Richard L. Sweet, MD
W. Patrick Duff, MD

CHAPTER 40
Human Immunodeficiency Virus 803
Howard L. Minkoff, MD

CHAPTER 41
Cardiac Diseases 815
Daniel G. Blanchard, MD, FACC
Ralph Shabetai, MD

CHAPTER 42
Thromboembolic Disease 845
Russell K. Laros Jr., MD, MSc

CHAPTER 43
Pregnancy-Related Hypertension 859
James M. Roberts, MD

CHAPTER 44
Renal Disorders 901
John M. Davison, MD
Marshall D. Lindheimer, MD

CHAPTER 45
Intensive Care Monitoring of the Critically Ill Pregnant Patient 925
Bernard Gonik, MD
Michael Raymond Foley, MD

CHAPTER 46
Respiratory Diseases in Pregnancy 953
Janice E. Whitty, MD
Mitchell P. Dombrowski, MD

CHAPTER 47
Maternal Hematologic Disorders 975
Sarah J. Kilpatrick, MD, PhD
Russell K. Laros Jr., MD, MSc

CHAPTER 48
Thrombophilias in Pregnancy 1005
Charles J. Lockwood, MD
Robert M. Silver, MD

CHAPTER 49
Diabetes in Pregnancy 1023
Thomas R. Moore, MD

CHAPTER 50
Thyroid Disease and Pregnancy 1063
Shahla Nader, MD

CHAPTER 51
Other Endocrine Disorders of Pregnancy 1083
Shahla Nader, MD

CHAPTER 52
Gastrointestinal Disease in Pregnancy 1109
Larry D. Scott, MD, MA
Emad Abu-Hamda, MD

CHAPTER 53
Diseases of the Liver, Biliary System, and Pancreas 1127
Mark B. Landon, MD

CHAPTER 54
Rheumatologic and Connective Tissue Disorders 1147
Gary D. V. Hankins, MD
Victor R. Suarez, MD

CHAPTER 55
Neurologic Disorders 1165
Michael J. Aminoff, MD, DSc, FRCP

CHAPTER 56
Management of Depression and Psychoses during Pregnancy and the Puerperium 1193
Barbara L. Parry, MD

Case No. 1:05-cv-00827-REB-KLM Document 130-12 filed 10/02/06 USDC Colorado
pg 5 of 7



CHAPTER 57
The Skin and Pregnancy 1201
Ronald P. Rapini, MD

CHAPTER 58
Pelvic Malignancies, Gestational Trophoblastic Neoplasia, and Nonpelvic Malignancies 1213
Michael L. Berman, MD
Philip J. Di Saia, MD
Krishnansu S. Tewari, MD

CHAPTER 59
Anesthetic Considerations for Complicated Pregnancies 1243
Laurence S. Reisner, MD
Krzysztof M. Kuczkowski, MD

Part IV
THE NEONATE

CHAPTER 60
Identification and Management of Problems in the High-Risk Neonate 1263
Avroy A. Fanaroff, MB, BCh(RAND), FRCP(E), FRCPCN
Richard J. Martin, MBBS, FRACP
Ricardo J. Rodriguez, MD, FAAP

CHAPTER 61
Cerebral Palsy 1303
Robert L. Goldenberg, MD

Index 1325

# Chapter 36

# CLINICAL ASPECTS OF NORMAL AND ABNORMAL LABOR

Watson A. Bowes Jr., MD, and John M. Thorp Jr., MD

## NORMAL LABOR AND ITS LIMITS

The proper management of labor and delivery depends on a thorough understanding of the anatomy and physiology of normal labor. Moreover, the recognition and management of labor abnormalities require a knowledge of the limits of labor and of the physiologic response of both the mother and the fetus to the stresses of labor and delivery.

The uterus contracts throughout normal pregnancy. These contractions are irregular in timing and intensity, discoordinate in distribution, and, for the most part, entirely painless. Such uterine activity continues in normal pregnancy until late in the third trimester, when the contractions become more frequent, of greater and more consistent intensity, and more coordinated. Also, during the latter part of the third trimester, effacement (shortening) and dilation of the cervix begin. The beginning of clinical labor has been described as the onset of painful uterine contractions associated with effacement and dilation of the cervix.

The precise onset of this combination of events frequently cannot be ascertained, and for practical purposes clinicians must rely on the patient's best estimate of when her contractions began or when they became regular in consistency and intensity. The specific onset of cervical effacement and dilation can rarely be documented in cases of spontaneous onset of labor, and not uncommonly, both effacement and dilation occur late in the third trimester prior to the onset of regular or noticeable uterine contractions. The precise onset of labor is difficult to determine, and much of what is written about false labor, prodromal labor, and the latent phase of labor is influenced by this uncertainty.

Hendricks and colleagues (1970), who reported the findings of serial cervical examinations of 303 patients in the third trimester, studied these prelabor changes of the cervix. Cervical dilation began earlier and was of greater magnitude in multiparas than in primiparas. Cervical effacement, on the other hand, began earlier and was of greater magnitude in primiparas than in multiparas. These authors introduced the concept of the "cervical coefficient," which is the product of cervical dilation (in centimeters) and the percentage of effacement. They found that at any point in prelabor, the cervical coefficient is relatively the same for all patients regardless of parity. The mean cervical dilation during the last three days prior to the onset of labor is 1.8 cm for nulliparas and 2.2 cm for multiparas. Their study stressed the importance of the prelabor preparation of the cervix and its influence on the duration of labor. It also pointed out the difficulty of using a specific time for onset of labor if it is defined as the beginning of cervical dilation.

It has been the convention to divide labor into three stages:

1. *First stage:* from onset of labor to full dilation of the cervix
2. *Second stage:* from full dilation of the cervix to delivery of the infant
3. *Third stage:* from delivery of the infant to delivery of the placenta

Pritchard and MacDonald (1980) described a fourth stage of labor as the hour following the delivery of the placenta.

One of the most thorough evaluations of the first stage of labor is that by Friedman (1978), conveniently summarized in a monograph. His graphostatistical analysis of labor in term patients (1955, 1978) depicted the relationship between the duration of labor and dilatation as a sigmoid curve reflecting its exponential nature. He divided the first stage of labor into two major phases:

1. *Latent phase:* from the onset of regular uterine contractions to the beginning of the active phase
2. *Active phase:* from the time the rate of cervical dilation begins to change rapidly to full dilation (the active phase usually begins at about 3–4 cm of dilation)

Data from several thousand patients, in whom cervical dilation and the station of the presenting fetal part were documented throughout labor, were used to establish normal limits of labor for nulliparous and multiparous patients. A group of nulliparas and a group of multiparas were selected in whom there were no apparent complications of labor and who delivered normal infants. From these cases, the norms for ideal labor were determined (Table 36-1). Descent of the fetal head in relationship to the ischial spines was found to begin well before the second stage. The rate of descent increased late in the first stage and continued linearly into the second stage of labor until the perineal floor was reached. Data for the maximum rate of descent and the length of the second stage of labor in all patients are given in Table 36-1.

Friedman formulated a series of definitions that have been incorporated into routine obstetrical care. For example, he defined no cervical dilation for 2 hours as an arrest of active phase and a rate of dilation in the active phase of 1.2 cm/hour as a protracted active phase. His work has helped generations

harmful effects. Moreover, delayed pushing was better tolerated by patients and was associated with fewer fetal heart rate decelerations.

After the cervix is dilated more than 7 cm, descent or rotation of the fetal head can be expected. If this does not occur, uterine contractions, if they are not adequate, should be augmented with oxytocin. Manual examination to determine the position of the fetal head and the dimensions and shape of the pelvis often helps at this point. Posterior presentation, brow presentation, marked degrees of asynclitism, and very large infants are associated with longer labors, even with adequate contractions.

The Mueller-Hillis maneuver also may help. With one hand, the obstetrician applies pressure to the uterine fundus and with the examining finger in the vagina detects descent of the fetal head. If the fetal head descends 1 cm or more with fundal pressure, the prognosis for vaginal delivery is good; if no descent occurs, the prognosis for delivery is poor (March et al., 1996). This maneuver is not predictive of outcome if performed early in labor (Thorp et al., 1993), but it is helpful late in the first or in the second stage of labor (March et al., 1996).

## Shoulder Dystocia

Shoulder dystocia occurs in 0.24%–2.00% of vaginal deliveries (Acker et al., 1986; Gross et al., 1987; Nocon et al., 1993; Basket and Allen, 1995). The cause is impingement of the biacromial diameter of the fetus against the symphysis pubis anteriorly and the sacral promontory posteriorly. Why the shoulders do not descend in the oblique diameters of the pelvis is unclear, although sometimes the fetus is simply too large. Although the risk of shoulder dystocia rises with increasing birth weight, 40%–50% of cases occur in infants whose birth weight is below 4000 g.

Risk factors for shoulder dystocia (Benedetti and Gabbe, 1978; Acker et al., 1986; Smith et al., 1994; Lewis et al., 1995) include the following:

- Fetal macrosomia
- Diabetes
- A history of shoulder dystocia in a previous birth
- Prolonged second stage of labor

Other factors that have been inconsistently reported as increasing the risk (Nocon et al., 1993; Basket and Allen, 1995; McFarland et al., 1995) include a history of the following:

- Macrosomia
- Post-term pregnancy
- Multiparity
- Obesity
- Operative vaginal delivery from the midpelvis

About 50% of patients with shoulder dystocia have no risk factors.

Maternal morbidity from shoulder dystocia includes postpartum hemorrhage and fourth-degree perineal lacerations. The morbidity for the infant is attributable to asphyxia from delay in delivery or to trauma from the maneuvers used to deliver the fetus. Infant morbidity related to trauma includes brachial plexus and phrenic nerve injuries and fractures of the humerus and clavicle (Al-Najashi et al., 1989). The most serious traumatic morbidity is brachial plexus injury (Erb palsy), which occurs in 10%–20% of infants born following shoulder dystocia (Al-Najashi et al., 1989; Nocon et al., 1993). When recognized early, 80%–90% of brachial plexus injuries recover completely with proper physical therapy and, in some situations, neurosurgical management (Sloof, 1995).

Most brachial plexus injuries resulting from shoulder dystocia involve the arm and shoulder that are in the anterior pelvis at the time of delivery. The brachial plexus is subject to injury when excessive downward traction and lateral extension of the fetal head and neck occur in the attempt to deliver the anterior shoulder (Basket and Allen, 1995); however, there are exceptions to this cause of brachial plexus injury. Some infants with brachial plexus injuries were born by vaginal delivery in which there was no evidence of shoulder dystocia (Jennet et al., 1992). Also, brachial plexus palsy can involve the arm that was in the posterior pelvis at the time of delivery (Hankins and Clark, 1995). Furthermore, Erb palsy has occurred in infants born by cesarean delivery (McFarland et al., 1986; Morrison et al., 1992). Finally, several reports describe brachial plexus injuries in newborns in whom other physical findings and electromyographic tests confirmed that the lesions occurred prior to the onset of labor (Dunn and Engle, 1985; Koenigsberger, 1980). It is postulated that these injuries resulted from chronic nerve compression from malposition *in utero* (Sandmire and DeMott, 2002; Gherman et al., 1999).

Prevention of shoulder dystocia by prophylactic induction of labor is not effective (Gonen et al., 1997). Primary cesarean delivery can prevent shoulder dystocia in a small proportion of patients when several predisposing factors are present, such as multiparity, gestational diabetes, and an estimated fetal weight in excess of 4500 g. Rouse and Owen (1999), using decision analytic techniques, concluded that prophylactic cesarean delivery for sonographically detected fetal macrosomia to prevent shoulder dystocia was a "Faustian bargain." Using either a 4000 g or 4500 g threshold as the cutoff for abdominal delivery would require over 1000 cesarean sections to prevent one permanent injury to the brachial plexus. Also, if arrest of descent of the fetal head occurs in labor along with other risk factors for shoulder dystocia, operative vaginal delivery should be avoided.

The most effective treatment includes promptly recognizing that delivery of the shoulders will be difficult and avoiding excessive downward traction on the fetal head in an attempt to deliver the anterior shoulder. Retraction of the fetal head immediately on its delivery (turtle sign) is an early warning that delivery of the shoulders will be difficult. Studies using simulated models of the fetus and pelvis demonstrated that obstetricians frequently underestimate the amount of traction they apply to the fetal head (Allen et al., 1991; Allen et al., 1994).

Several maneuvers have been useful in resolving shoulder dystocia. Hyperflexion of the mother's thighs, known as the McRoberts maneuver, flattens the lumbosacral curve, thereby removing the sacral promontory as an obstruction to the inlet (Gonik et al., 1983, 1989). The knee-chest position tends to accomplish the same end. Suprapubic pressure can be applied in conjunction with the McRoberts maneuver.

Rubin (1964) described the rotation of the fetal shoulders into the oblique position by inserting the fingers of one hand vaginally behind the most accessible shoulder (usually the posterior) and pushing the shoulder towards the fetal chest. This is a substantial improvement on the commonly described Woods maneuver, which involves pushing the shoulder toward the fetal back (Woods, 1943).