Case No. 1:05-cv-00827-REB-KLM Document 130-26 filed 10/02/06 USDC Colorado pg 1 of 10

Avroy A. Fanaroff ▪ Richard J. Martin

# Neonatal-Perinatal Medicine

Volume One



7TH edition

# Contents

**I**
**The Field of Neonatal-Perinatal Medicine 1**

1. **From Infant Hatcheries to Intensive Care: Some Highlights of the Century of Neonatal Medicine 2**
Tonse N. K. Raju

2. **Neonatal Risk Factors 17**
Richard E. Behrman
Patricia H. Shiono

3. **Perinatal Services and Resources 27**
Michele C. Walsh-Sukys
Avroy A. Fanaroff

4. **Ethics in Perinatal and Neonatal Medicine 37**
Françoise Baylis
Jonathan Hellmann

5. **Perinatal Outreach Education 49**
John Kattwinkel

6. **Evaluating and Improving the Quality of Neonatal Care 56**

ONE
*Databases for the Evaluation of Neonatal and Perinatal Care* **56**
Jeffrey D. Horbar
Jeffrey B. Gould

TWO
*Practicing Evidence-Based Neonatal-Perinatal Medicine* **70**
John C. Sinclair

**II**
**The Fetus 79**

7. **Genetic Aspects of Perinatal Disease and Prenatal Diagnosis 80**
Stuart Schwartz
Lois H. Dickerman

8. **Perinatal Ultrasound 109**
Kevin Muise
Nancy E. Judge
Stuart C. Morrison

9. **Estimation of Fetal Well-Being 131**

ONE
*Evaluation of the Intrapartum Fetus* **131**
Barbara V. Parilla

TWO
*Antepartum Fetal Surveillance* **138**
Susan E. Gerber

10. **Developmental Pharmacology 144**
Jacob V. Aranda
David J. Edwards
Barbara F. Hales
Michael J. Rieder

11. **Fetal Therapy 167**

ONE
*Pharmacologic Treatment of the Fetus* **167**
Michael D. Reed
Jeffrey L. Blumer

TWO
*Surgical Treatment of the Fetus* **190**
Timothy M. Crombleholme

12. **Occupational and Environmental Risks to the Fetus 215**
Cynthia F. Bearer

**III**
**Pregnancy Disorders and Their Impact on the Fetus 227**

13. **Intrauterine Growth Retardation 228**
Robert M. Kliegman
Utpala (Shonu) G. Das

14. **Hypertensive Disorders of Pregnancy 263**
Dinesh M. Shah

15. **Pregnancy Complicated by Diabetes Mellitus 277**
Carol Andrea Lindsay

16. **Obstetric Management of Prematurity 287**
Patrick S. Ramsey
Robert L. Goldenberg

Case No. 1:05-cv-00827-REB-KLM Document 130-26 filed 10/02/06 USDC Colorado pg 3 of 10



17. **Fetal Effects of Autoimmune Disease 320**
Neil K. Kochenour

18. **Obstetric Management of Multiple Gestation 325**
Neil K. Kochenour

19. **Post-term Pregnancy 330**
Neil K. Kochenour

20. **Erythroblastosis Fetalis 335**
Andrée M. Gruslin
Thomas R. Moore

21. **Amniotic Fluid and Nonimmune Hydrops Fetalis 351**
Richard B. Wolf
Thomas R. Moore

22. **Perinatal Infections 371**
Tracy A. Cowles
Bernard Gonik

23. **Placental Pathology 393**
Raymond W. Redline

**IV**
**The Delivery Room 403**

24. **Anesthesia for Labor and Delivery 404**
John S. McDonald
Jay J. Jacoby

25. **Delivery Room Resuscitation of the Newborn 416**
Ronald S. Bloom

26. **Physical Examination and Care of the Newborn 441**

ONE
*Physical Examination of the Newborn* **441**
Tom Lissauer

TWO
*Care of the Newborn* **450**
Susan D. Izatt

27. **Birth Injuries 460**
Henry H. Mangurten

28. **Congenital Anomalies 488**
Louanne Hudgins
Suzanne B. Cassidy

**V**
**Provisions for Neonatal Care 511**

29. **The Physical Environment 512**
Michael H. LeBlanc

30. **Biomedical Engineering Aspects of Neonatal Monitoring 531**
Susan R. Hintz
David A. Benaron
David K. Stevenson

31. **Anesthesia in the Neonate 546**
John E. Stork

32. **Care of the Mother, Father, and Infant 563**
Marshall H. Klaus
John H. Kennell

33. **Nutrition and Metabolism in the High-Risk Neonate 578**

ONE
*Enteral Nutrition* **578**
Scott C. Denne
Brenda B. Poindexter
Catherine A. Leitch
Judith A. Ernst
Pamela K. Lemons
James A. Lemons

TWO
*Parenteral Nutrition* **598**
Scott C. Denne
Brenda B. Poindexter
Catherine A. Leitch

34. **Fluid, Electrolytes, and Acid-Base Homeostasis 619**

ONE
*Fluid and Electrolyte Management* **619**
Ira D. Davis
Ellis D. Avner

TWO
*Acid-Base Physiology and Disorders in the Neonate* **627**
Ira D. Davis
John E. Stork
Ellis D. Avner

35. **Diagnostic Imaging 635**
Stuart C. Morrison

36. **Infants of Addicted Mothers 661**
Tove S. Rosen
David A. Bateman

**VI**
**Development and Disorders of Organ Systems 675**

37. **The Immune System 676**

ONE
*Developmental Immunology* **676**
Reuben Kapur
Mervin C. Yoder
Richard A. Polin

TWO
*Postnatal Bacterial Infections* **706**
Morven S. Edwards

THREE
*Fungal and Protozoal Infections* **745**
Morven S. Edwards

FOUR
*Viral Infections* **755**
Jill E. Baley
Philip Toltzis

38. **The Central Nervous System 803**

ONE
*Newborn Neurologic Assessment* **803**
Robert C. Vannucci
Jerome Y. Yager

TWO
*Embryology and Malformations of the Central Nervous System* **816**
Harvey B. Sarnat

THREE
*Hypoxia-Ischemia: Neuropathology, Pathogenesis, and Management* **847**
Robert C. Vannucci
Charles Palmer

FOUR
*Hypoxia-Ischemia: Clinical Aspects* **867**
Robert C. Vannucci

FIVE
*Intracranial Hemorrhage* **879**
Lu-Ann Papile

SIX
*Seizures in Neonates* **887**
Jerome Y. Yager
Robert C. Vannucci

SEVEN
*Hypotonia and Neuromuscular Disease* **899**
Olaf Bodamer
Geoffrey Miller

EIGHT
*Disorders in Head Size and Shape* **911**
Robert C. Vannucci

39. **Follow-up for High-Risk Neonates 934**
Deanne E. Wilson-Costello
Maureen Hack

40. **Hearing Loss in the Newborn Infant 941**
James M. Coticchia
James E. Arnold

41. **Neurobehavioral Development of the Preterm Infant 947**
Heidelise Als

42. **The Respiratory System 973**

ONE
*Lung Development and Maturation* **973**
Alan H. Jobe

TWO
*Assessment of Pulmonary Function* **991**
Waldemar A. Carlo
Juliann M. Di Fiore

THREE
*Respiratory Distress Syndrome and Its Management* **1001**
Ricardo J. Rodriguez
Richard J. Martin
Avroy A. Fanaroff

FOUR
*Assisted Ventilation and Complications of Respiratory Distress* **1011**
Waldemar A. Carlo
Richard J. Martin
Avroy A. Fanaroff

FIVE
*Respiratory Disorders in Preterm and Term Infants* **1025**
Martha J. Miller
Avroy A. Fanaroff
Richard J. Martin

SIX
*Upper Airway Lesions* **1049**
Robert C. Sprecher
James E. Arnold

SEVEN
*Neonatal Chronic Lung Disease* **1057**
Eduardo A. Bancalari

EIGHT
*Therapy for Cardiorespiratory Failure: ECMO and Inhaled NO* **1070**
Eileen K. Stork

43. **The Cardiovascular System 1095**

ONE
*Cardiac Embryology* **1095**
Michiko Watanabe

TWO
*Causes and Associations* **1102**
Kenneth G. Zahka

THREE
*Fetal Cardiac Physiology and Fetal Cardiovascular Assessment* **1104**
Chandrakant R. Patel
Denver Sallee
Kenneth G. Zahka

FOUR
*Principles of Neonatal Cardiovascular Hemodynamics* **1108**
Kenneth G. Zahka

FIVE
*Approach to the Neonate with Cardiovascular Disease* **1112**
Kenneth G. Zahka
John R. Lane

SIX
*Congenital Defects* **1120**
Kenneth G. Zahka
Chandrakant R. Patel

SEVEN
*Cardiovascular Problems of the Neonate* **1140**
Kenneth G. Zahka
Chandrakant R. Patel

EIGHT
*Neonatal Arrhythmias* **1150**
George F. Van Hare

NINE
*Principles of Medical and Surgical Management, Including Interventional Catheterization* **1163**
Kenneth G. Zahka

44. **The Blood and Hematopoietic System 1183**

ONE
*Hematologic Problems in the Fetus and Neonate* **1183**
Lori Luchtman-Jones
Alan L. Schwartz
David B. Wilson

TWO
*Blood Component Therapy for the Neonate* **1239**
Lori Luchtman-Jones
Alan L. Schwartz
David B. Wilson

45. **The Neonatal Gastrointestinal Tract 1255**

ONE
*Development of the Human Digestive System* **1255**
Michael D. Bates
William F. Balistreri

TWO
*Upper Gastrointestinal Disorders* **1263**
Frederick C. Ryckman
William F. Balistreri

THREE
*Disorders of Digestion* **1268**
Mitchell B. Cohen
William F. Balistreri

FOUR
*Selected Anomalies and Intestinal Obstruction* **1276**
Frederick C. Ryckman

FIVE
*Necrotizing Enterocolitis* **1299**
Ajay Kaul
William F. Balistreri

46. **Neonatal Jaundice and Liver Disease 1309**
Louis P. Halamek
David K. Stevenson

47. **Metabolic and Endocrine Disorders 1351**

ONE
*Disorders of Carbohydrate Metabolism* **1351**
Satish C. Kalhan
Prabhu S. Parimi

TWO
*Disorders of Calcium, Phosphorus, and Magnesium Metabolism* **1376**
Sergio DeMarini
Reginald C. Tsang

THREE
*Thyroid Disorders* **1392**
Susan R. Rose

FOUR
*Abnormalities of Sexual Differentiation* **1416**
William T. Dahms
Robert K. Danish

48. **Inborn Errors of Metabolism 1468**
Arthur B. Zinn

49. **The Kidney and Urinary Tract 1517**
Beth A. Vogt
Ellis D. Avner

50. **The Skin 1537**
Beth A. Drolet
Nancy B. Esterly

51. **The Eye 1568**

ONE
*Diagnosis and Evaluation* **1568**
Balaji K. Gupta
Nancy A. Hamming
Marilyn T. Miller

TWO
*Neonatal Eye Disease* **1573**
Balaji K. Gupta
Nancy A. Hamming
Marilyn T. Miller

THREE
*Retinopathy of Prematurity* **1595**
Dale L. Phelps

52. **Neonatal Orthopedics 1603**
Daniel R. Cooperman
George H. Thompson

ONE
*Musculoskeletal Disorders* **1603**

TWO
*Bone and Joint Infections* **1610**

THREE
*Congenital Abnormalities of the Upper and Lower Extremities and Spine* **1615**

**Appendix A: Therapeutic Agents** **1633**
Jeffrey L. Blumer

**Appendix B: Tables of Normal Values** **1645**
Bonnie S. Siner
Nancy S. Newman

**Index** **1669**

# 27 Birth Injuries

Henry H. Mangurten

Birth injuries are those sustained during the birth process, which includes labor and delivery. They may be avoidable, or they may be unavoidable and occur despite skilled and competent obstetric care, as in an especially hard or prolonged labor or with an abnormal presentation. Fetal injuries related to amniocentesis and intrauterine transfusions and neonatal injuries after resuscitation procedures are not considered birth injuries. However, injuries related to the use of intrapartum monitoring of the fetal heart rate and collection of fetal scalp blood for acid-base assessment are included. Factors predisposing the infant to birth injury include macrosomia, prematurity, cephalopelvic disproportion, dystocia, prolonged labor, abnormal presentation, and certain operative deliveries, particularly vacuum extraction.

The significance of birth injuries may be assessed by review of mortality data. In 1981, birth injuries ranked sixth among major causes of neonatal death, resulting in 23.8 deaths per 100,000 live births.[66] During the ensuing decade, because of refinements in obstetric techniques and the increased use of cesarean deliveries over difficult vaginal deliveries, a dramatic decline occurred in birth injuries as a cause of neonatal death. Statistics for 1993 revealed a reduction to 3.7 deaths per 100,000 live births; because of the emergence of other conditions, birth injuries ranked 11th among major causes of neonatal death.[67] The most recent figures available (for 1998) identify only the 10 leading causes of infant death, with no mention of birth injuries.[24]

Despite a reduction in related mortality rates, birth injuries still represent an important source of neonatal morbidity[64] and neonatal intensive care unit admissions. Of particular concern are severe intracranial injuries after combined methods of vaginal delivery (vacuum-assisted and forceps delivery) and failed attempts at operative vaginal delivery.[64]

The clinician should consider the broad spectrum of birth injuries in the differential diagnosis of neonatal clinical disorders. Although many injuries are mild and self-limited, others are serious and potentially lethal. This chapter describes both conditions that can be managed by observation only and those that require more aggressive intervention.

## INJURIES TO SOFT TISSUES

### ERYTHEMA AND ABRASIONS

Erythema and abrasions frequently occur when dystocia has occurred during labor as a result of cephalopelvic disproportion or when forceps have been used during delivery. Injuries caused by dystocia occur over the presenting part; forceps injury occurs at the site of application of the instrument. Forceps injury frequently has a linear configuration across both sides of the face, outlining the position of the forceps. The affected areas should be kept clean to minimize the risk of secondary infection. These lesions usually resolve spontaneously within several days with no specific therapy.

### PETECHIAE

Occasionally, petechiae are present on the head, neck, upper portion of the chest, and lower portion of the back at birth after a difficult delivery; they are observed more frequently after breech deliveries.

**ETIOLOGY.** Petechiae are probably caused by a sudden increase in intrathoracic and venous pressures during passage of the chest through the birth canal. An infant born with the cord tightly wound around the neck may have petechiae only above the neck.

**DIFFERENTIAL DIAGNOSIS.** Petechiae may be a manifestation of an underlying hemorrhagic disorder. The birth history, early appearance of the petechiae, and absence of bleeding from other sites help to differentiate petechiae caused by increased tissue pressure or trauma from petechiae caused by hemorrhagic disorders (see Chapter 44). The localized distribution of the petechiae, the absence of subsequent crops of new lesions, and a normal platelet count exclude neonatal thrombocytopenia. The platelet count also may be low because of infections or disseminated intravascular coagulation. Infections may be clinically distinguished from traumatic petechiae by the presence of other signs and symptoms. Disseminated intravascular coagulation usually is associated with excessive and persistent bleeding from a variety of sites. Pete-




FIGURE 27–12. Diagram of fetus, illustrating compression forces on the fetal arms and thorax, which results in spontaneous fractures of right clavicle and left fifth and sixth ribs. (From Mangurten HH, et al: Incidental rib fractures in a neonate. Neonat Intensive Care 12:15, 1999.)

accusation of parents or other caretakers for suspicion of child abuse.

**PROGNOSIS.** Prognosis is excellent, with spontaneous healing within several months.

## BRACHIAL PALSY

(See also Chapters 38 and 52.)

Brachial palsy is a paralysis involving the muscles of the upper extremity that follows mechanical trauma to the spinal roots of the fifth cervical through the first thoracic nerves (the brachial plexus) during birth. Three main forms occur, depending on the site of injury: (1) Duchenne-Erb, or upper arm, paralysis, which results from injury of the fifth and sixth cervical roots and is by far the most common; (2) Klumpke, or lower arm, paralysis, which results from injury of the eighth cervical and first thoracic roots and is extremely rare; and (3) paralysis of the entire arm, which occurs slightly more often than the Klumpke type.

**ETIOLOGY.** Most cases of brachial palsy follow a prolonged and difficult labor culminating in a traumatic delivery. The affected infant is frequently large, relaxed, and asphyxiated and thereby vulnerable to excessive separation of bony segments, overstretching, and injury to soft tissues. Injury of the fifth and sixth cervical roots may follow a breech presentation with the arms extended over the head; excessive traction on the shoulder in the delivery of the head may result in stretching of the plexus. The same injury may follow lateral traction of the head and neck away from one of the shoulders during an attempt to deliver the shoulders in a vertex presentation. More vigorous traction of the same nature will result in paralysis of the entire arm. The mechanism for isolated lower arm paralysis is uncertain; it is thought to result from stretching of lower plexus nerves under and against the coracoid process of the scapula during forceful elevation and abduction of the arm. Excessive traction on the trunk during a breech delivery may result in avulsion of the lower roots from the cervical cord. In most patients the nerve sheath is torn and the nerve fibers are compressed by the resultant hemorrhage and edema. Less often the nerves are completely ruptured and the ends severed, or the roots are avulsed from the spinal cord with injury to the spinal gray matter.

An increasing number of reports have described "no shoulder" brachial plexus palsy unrelated to excessive traction during delivery.[21, 46] Some authorities have suggested an intrauterine insult *preceding* labor, such as compression by uterine tumors or maternal pelvic bony prominences.[21]

**CLINICAL MANIFESTATIONS.** The infant with upper arm paralysis holds the affected arm in a characteristic position, reflecting involvement of the shoulder abductors and external rotators, forearm flexors and supinators, and wrist extensors. The arm is adducted and internally rotated, with extension at the elbow, pronation of the forearm, and flexion of the wrist. When the arm is passively abducted, it falls limply to the side of the body. Moro, biceps, and radial reflexes are absent on the affected side. There may be some sensory deficit on the radial aspect of the arm, but this is difficult to evaluate in the neonate. The grasp reflex is intact. Any signs of respiratory distress may indicate an accompanying ipsilateral phrenic nerve root injury (see following section).

Lower arm paralysis involves the intrinsic muscles of the hand and the long flexors of the wrist and fingers. The hand is paralyzed, and voluntary movements of the wrist cannot be made. The grasp reflex is absent; the deep tendon reflexes are intact. Sensory impairment may be demonstrated along the ulnar side of the forearm and hand. Frequently, dependent edema and cyanosis of the hand and trophic changes in the fingernails develop. After some time there may be flattening and atrophy of the intrinsic hand muscles. Usually an ipsilateral Horner syndrome (ptosis, miosis, and enophthalmos) also is present because of injury involving the cervical sympathetic fibers of the first thoracic root. Often this is associated with delayed pigmentation of the iris, sometimes of more than 1 year's duration.

When the entire arm is paralyzed, it is usually completely motionless, flaccid, and powerless, hanging limply to the side. All reflexes are absent. The sensory deficit may extend almost to the shoulder.

**DIFFERENTIAL DIAGNOSIS.** The presence of a flail arm in a neonate may be caused by cerebral injury or by a number of injuries about the shoulder. Cerebral injury is usually associated with other manifestations of CNS injury. A careful radiographic study of the shoulder, including an examination of the lower cervical spine, clavicle, and upper humerus, should be

made to exclude tearing of the joint capsule, fracture of the clavicle, and fracture, dislocation, or upper epiphyseal detachment of the humerus. Posterior dislocation of the humeral head may be difficult to identify with standard radiographs. Torode and Donnan have used CT scans to demonstrate that posterior dislocation is more common than previously believed.[63] Hunter and coworkers[30] reported an infant in whom a posterior dislocation was uncertain with standard radiographs. Ultrasound clearly revealed a posterior dislocation. Because posterior dislocation will complicate resolution of the palsy, ultrasound evaluation should be considered early in the management of these infants.

**TREATMENT.** The basic principle of treatment historically has been conservative, with initial emphasis on prevention of contractures while awaiting recovery of the brachial plexus. This approach has recently been replaced by a more comprehensive program that combines initial conservative management with closer follow-up and earlier decision regarding surgical intervention. This new approach is best represented by the care plan developed by Shenaq and colleagues (Fig. 27–13).[59]

This approach is initiated with a thorough and complete physical examination that includes careful palpation of the sternocleidomastoid muscle for contracture or pseudotumor; inspection for fractures of the clavicle, humerus, or ribs; observation for abdominal asymmetry, which could indicate paralysis of the hemidiaphragm; and assessment for ocular asymmetry, which may indicate associated Horner syndrome.

Ancillary investigations, including computed tomography or myelography and magnetic resonance imaging, could be helpful in detecting possible avul-




FIGURE 27–13. Treatment protocol for management of obstetric brachial plexus palsy. (From Shenaq SM, et al: Brachial plexus birth injuries and current management. Clin Plast Surg 25:527, 1998.)

Case No. 1:05-cv-00827-REB-KLM Document 130-26 filed 10/02/06 USDC Colorado pg 10 of 10


sions. Electromyography has been unreliable in predicting extent of damage.

Some infants may demonstrate discomfort because of a painful traumatic neuritis affecting the brachial plexus. If no discomfort is apparent and other lesions as noted earlier are ruled out, early passive range of motion exercises, particularly involving the elbow and wrist, should be instituted. Because of shorter nursery stays, the mother should receive early demonstration and written instructions describing these exercises. She should then begin to work with the infant under the guidance of the therapy staff. Exercises include shoulder rotation, elbow flexion and extension, wrist flexion and extension, finger flexion and extension, and thumb abduction, adduction, and opposition. The infant should be re-evaluated every month. If improvement in deltoid, biceps, and triceps function has not occurred by the third month of life, functional outcome without surgery is unlikely. Consequently, a decision for surgery should be made by the end of the third month, followed by primary brachial plexus exploration during the fourth month.

Initial surgical intervention beyond 12 months of age at the level of the cervical root alone has resulted in disappointing outcomes. However, more recently infants referred at this age have been offered a combined cervical root and infraclavicular exploration with neurolysis, graph reconstruction, and nerve transfer of appropriate elements in both anatomic compartments, with evidence of improving outcomes.

The initial surgical therapy may include a team of neurosurgeons, plastic surgeons, and physiatrists who collaborate in the exploration, evaluation, and repair of the injury. This aggressive approach has resulted in up to 90% of patients demonstrating useful function of muscle groups above the elbow. Function below the elbow has resulted in 50% to 70% recovery due to the increased distance required for nerve regeneration.

**PROGNOSIS.** Continued close follow-up includes serial evaluation of shoulder, elbow, forearm, wrist, finger, and thumb function. Based on the child's progress over time, a decision is made regarding further treatment. Physical therapy is continued until there is no further progress or the deficit is debilitating. For the infant who continues to demonstrate lack of improvement in certain muscle groups, secondary surgical reconstruction is available, with a variety of options dependent on the individual deficit. In summary, the infant who does not improve spontaneously now has increased hope for recovery due to recent advances in microsurgery and nerve-transfer techniques.

Although the majority (93% to 95%) of infants achieve return of function with conservative management, the remainder with persistent deficits may go on to develop long-term severe handicaps of the affected extremity. Early treatment offers significant improvement for approximately 90% of these children. Later treatment reduces this number to 50% to 70%. To avoid missing the window of opportunity for timelier and more successful treatment, infants with brachial plexus palsy should be referred to centers that have an established comprehensive program for the broad spectrum of infants with this condition.

## PHRENIC NERVE PARALYSIS

(See also Chapter 42, Part Five.)

Phrenic nerve paralysis results in diaphragmatic paralysis and rarely occurs as an isolated injury in the neonate. Most injuries are unilateral and are associated with an ipsilateral upper brachial plexus palsy.

**ETIOLOGY.** The most common cause is a difficult breech delivery. Lateral hyperextension of the neck results in overstretching or avulsion of the third, fourth, and fifth cervical roots, which supply the phrenic nerve.

**CLINICAL MANIFESTATIONS.** The first sign may be recurrent episodes of cyanosis, usually accompanied by irregular and labored respirations. The respiratory excursions of the involved side of the diaphragm are largely ineffectual, and the breathing is therefore almost completely thoracic, so that no bulging of the abdomen occurs with inspiration (Fig. 27–14*A*, *B*). The thrust of the diaphragm, which often may be felt just under the costal margin on the normal side, is absent on the affected side. Dullness to percussion and diminished breath sounds are found over the affected side. In a severe injury, tachypnea, weak cry, and apneic spells may occur.

**RADIOGRAPHIC MANIFESTATIONS.** Radiographs taken during the first few days may show only slight elevation of the affected diaphragm, occasionally so subtle that it may be considered normal. Additional films will show the more apparent elevation of the diaphragm, with displacement of the heart and mediastinum to the opposite side (see Fig. 27–14C). Frequently, areas of atelectasis appear bilaterally. Early diagnosis can be confirmed by real-time ultrasonographic examination of the diaphragm, which reveals abnormal motion of the affected hemidiaphragm. This procedure provides the added advantage of availability at the bedside. Fluoroscopy should be reserved for the equivocal case. In still questionable cases, diagnosis can be further enhanced by transvenous electrical stimulation of the phrenic nerve.

**DIFFERENTIAL DIAGNOSIS.** Careful physical examination should allow differentiation between CNS, cardiac, and pulmonary causes of neonatal respiratory distress. The diagnosis can be confirmed by fluoroscopy and electrical stimulation of the phrenic nerve.

**TREATMENT.** Most infants require only nonspecific medical treatment. The infant should be positioned on the involved side, and oxygen should be administered for cyanosis or hypoxemia. Intravenous fluids may be necessary for the first few days. If the infant begins to show improvement, progressive oral or ga-