Second Edition

# MEDICINE OF THE FETUS & MOTHER

Editors

E. Albert Reece

John C. Hobbins

Lippincott-Raven

# Contents


Contributors ........ xiii

Acknowledgments ........ xxv

Preface to the First Edition ........ xxvii

Preface ........ xxix

Overview: Historical Perspectives of Fetal Medicine ........ xxxi
*Edward J. Quilligan and Fredrick P. Zuspan*

**SECTION I. CONCEPTION AND CONCEPTUS DEVELOPMENT**

1. Gametogenesis, Fertilization, and Implantation ........ 3
   *Kenneth H. H. Wong and Eli Y. Adashi*
2. Immunobiological Adaptations of Pregnancy ........ 19
   *Ian L. Sargent*
3. Normal Embryonic and Fetal Development ........ 29
   *Jean C. Hay and T. V. N. Persaud*

**SECTION II. PREGNANCY AND THE FETOPLACENTAL UNIT**

4. Normal and Abnormal Placentation ........ 47
   *Harold Fox*
5. Fetoplacental Perfusion and Transfer of Nutrients ........ 65
   *Frederick C. Battaglia*
6. Placental Hormones and Metabolism ........ 75
   *Tim Chard*
7. Endocrinology of Pregnancy ........ 85
   *Karen A. Hutchinson and Alan H. DeCherney*

**SECTION III. FETAL DEVELOPMENTAL BIOLOGY**

8. Fetal Lung Development and Amniotic Fluid Analysis ........ 107
   *Katherine V. Nichols and Ian Gross*
9. Fetal Cardiovascular Physiology and Response to Stress Conditions ........ 115
   *Jean-Claude Fouron and Amanda Skoll*
10. Immunology of the Fetus ........ 131
    *James G. McNamara*

## SECTION VII. FETAL DISEASES

### *A. Genetic Disorders*


**26.** Principles of Human Genetics . . . . . . . . . . . . . . . . 421
*Joe Leigh Simpson*

**27.** Chromosomal Disorders . . . . . . . . . . . . . . . . 449
*Lillian Y. F. Hsu*

**28.** Single Gene Disorders . . . . . . . . . . . . . . . . 481
*Maurice J. Mahoney*

**29.** Disorders of Fetal Hemoglobin and Blood Cells . . . . . . . . . . . . . . . . 491
*James D. Goldberg and John C. Hobbins*

**30.** Genetic Counseling in Prenatal and Perinatal Medicine . . . . . . . . . . . . . . . . 499
*Jeff Milunsky and Aubrey Milunsky*


### *B. Prenatal Diagnosis of Congenital Anomalies*


**31.** Basic Principles of Ultrasonography . . . . . . . . . . . . . . . . 517
*E. Albert Reece and Joshua A. Copel*

**32.** Prenatal Diagnosis of Central Nervous System Anomalies . . . . . . . . . . . . . . . . 529
*Gianluigi Pilu and Sandro Gabrielli*

**33.** Fetal Thoracic Malformations . . . . . . . . . . . . . . . . 545
*E. Albert Reece*

**34.** Prenatal Diagnosis of Congenital Heart Disease . . . . . . . . . . . . . . . . 553
*Gianluigi Pilu and Philippe Jeanty*

**35.** Gastrointestinal and Genitourinary Anomalies . . . . . . . . . . . . . . . . 569
*Sandro Gabrielli, Nicola Rizzo, and E. Albert Reece*

**36.** Fetal Skeletal Anomalies . . . . . . . . . . . . . . . . 601
*Eli Maymon, Jose Nores, and Roberto Romero*

**37.** Fetal Neoplasm . . . . . . . . . . . . . . . . 643
*Israel Goldstein*

**38.** First-trimester Prenatal Diagnosis . . . . . . . . . . . . . . . . 667
*E. Albert Reece and John C. Hobbins*

**39.** Second-trimester Prenatal Diagnosis . . . . . . . . . . . . . . . . 679
*Lauren Lynch*

**40.** Biochemical Markers of Fetal Disorders in Maternal Serum and Amniotic Fluid . . . . . . . . . . . . . . . . 689
*James E. Haddow and Glenn E. Palomaki*


## SECTION VIII. METHODS OF EVALUATION OF FETAL DEVELOPMENT AND WELL-BEING


**41.** Prenatal Diagnosis of Deviant Fetal Growth . . . . . . . . . . . . . . . . 709
*E. Albert Reece and Zion Hagay*

**11.** Fetal Endocrinology . . . . . . . . 145
*Cecilia Y. Cheung*

**12.** Fetal Hematology . . . . . . . . 165
*Fernand Daffos and François Forestier*

**SECTION IV. VARIATIONS IN EMBRYONAL AND FETAL GROWTH AND DEVELOPMENT**

**13.** Abnormal Ovulation and Implantation . . . . . . . . 175
*Ervin E. Jones*

**14.** Sporadic and Recurrent Pregnancy Loss . . . . . . . . 195
*Robert M. Silver and D. Ware Branch*

**15.** Ectopic and Heterotopic Pregnancies . . . . . . . . 217
*Nicholas Kadar*

**16.** Multifetal Pregnancies: Epidemiology, Clinical Characteristics, and Management . . . . . . . . 243
*Michelle Smith-Levitin, Daniel W. Skupski, and Frank A. Chervenak*

**17.** Biology of Normal and Deviant Fetal Growth . . . . . . . . 267
*Carl A. Nimrod and Andrée Gruslin*

**SECTION V. TERATOGENS AND TERATOGENESIS**

**18.** Basic Principles of Developmental Toxicology . . . . . . . . 281
*David A. Beckman and Robert L. Brent*

**19.** Prescribed Drugs, Therapeutic Agents, and Fetal Teratogenesis . . . . . . . . 289
*Robert L. Brent and David A. Beckman*

**20.** Nonprescription Drugs and Alcohol: Abuse and Effects in Pregnancy . . . . . . . . 315
*Stephen R. Carr and Donald R. Coustan*

**21.** Characterizing Risks for Developmental Toxicity: Effects of Drugs and Chemicals on the Fetus . . . . . . . . 327
*Donald R. Mattison and Orest T. Macina*

**22.** Teratogenic Viruses . . . . . . . . 347
*Antonio V. Sison and John L. Sever*

**SECTION VI. FETAL INFECTIONS OF MATERNAL ORIGIN AND TREATMENT**

**23.** Virus-induced Fetal Infections . . . . . . . . 369
*Ronald S. Gibbs*

**24.** Transplacentally Acquired Bacterial, Parasitic, and Microbial Infections in the Fetus . . . . . . . . 395
*Philip B. Mead and Marvin S. Amstey*

**25.** Antibiotics and Other Antimicrobial Agents in Pregnancy and during Lactation . . . . . . . . 409
*Jennifer R. Niebyl*

**42.** Three-dimensional Ultrasound and Magnetic Resonance Imaging in Obstetrics . . . . 725
*Linda Chan and E. Albert Reece*

**43.** Doppler Ultrasonography and Fetal Well-being . . . . 753
*Brian J. Trudinger*

**44.** Fetal Biophysical Profile Scoring: Applications in High-risk Obstetrics . . . . 779
*Frank A. Manning*

**45.** Antepartum and Intrapartum Surveillance of Fetal Well-being . . . . 793
*Maryellen L. Hanley and Anthony M. Vintzileos*

**46.** Amniotic Fluid Volume Disorders: Physiology and Clinical Assessment . . . . 827
*Michael G. Ross and Jeffrey P. Phelan*

**SECTION IX. FETAL THERAPY**

**47.** The Fetus at Surgery . . . . 843
*Michael R. Harrison and Gerald S. Lipshutz*

**48.** *In Utero* Cardiac Therapy . . . . 853
*Charles S. Kleinman and Joshua A. Copel*

**49.** Fetal Pharmacologic, Stem Cell, and Gene Therapies . . . . 873
*Yuval Yaron and Mark I. Evans*

**50.** Fetal Stem Cell Therapy . . . . 891
*Alan W. Flake and Esmail D. Zanjani*

**SECTION X. MATERNAL BIOLOGICAL ADAPTATIONS TO PREGNANCY**

**51.** Maternal Biological Adaptations to Pregnancy . . . . 903
*Anthony B. Royek and Valerie M. Parisi*

**52.** Biomechanical and Biomedical Changes of the Uterus and Cervix during Pregnancy . . . . 921
*Niels Uldbjerg and Axel Forman*

**53.** Maternal Nutrition . . . . 935
*Barbara Luke*

**SECTION XI. MATERNAL DISEASES COMPLICATING PREGNANCY**

**54.** Trauma, Shock, and Critical Care Obstetrics . . . . 953
*Gary A. Dildy, Brian A. Mason, and David B. Cotton*

**55.** Hypertensive Diseases in Pregnancy . . . . 997
*Andrea G. Witlin and Baha M. Sibai*

**56.** Cardiac Disease in Pregnancy . . . . 1021
*Steven L. Clark*

**57.** Maternal Pulmonary Disorders Complicating Pregnancy . . . . 1035
*Steven L. Clark and Gary Hankins*

**58.** Diabetes Mellitus in Pregnancy . . . . 1055
*Zion Hagay and E. Albert Reece*

Case No. 1:05-cv-00827-REB-KLM Document 130-27 filed 10/02/06 USDC Colorado pg 6 of 10



**59.** Endocrine Disorders in Pregnancy . . . . . 1093
*Silvio E. Inzucchi and Gerard N. Burrow*

**60.** Gastrointestinal Diseases Complicating Pregnancy . . . . . 1123
*Washington Clark Hill and Alfred D. Fleming*

**61.** Liver Diseases in Pregnancy . . . . . 1153
*Caroline A. Riely*

**62.** Pregnancy Complicated by Renal Disorders . . . . . 1165
*John P. Hayslett*

**63.** Neurologic Disorders of Pregnancy . . . . . 1175
*James O. Donaldson*

**64.** Thromboembolic Disorders of Pregnancy . . . . . 1181
*Charles J. Lockwood*

**65.** Coagulation Disorders in Pregnancy . . . . . 1191
*Wayne B. Kramer and Carl P. Weiner*

**66.** Hematologic Disorders of Pregnancy . . . . . 1223
*Russell K. Laros, Jr.*

**67.** Maternal Alloimmunization and Fetal Hemolytic Disease . . . . . 1241
*John M. Bowman*

**68.** Maternal Infections during Pregnancy . . . . . 1271
*William Ledger*

**69.** Human Immunodeficiency Virus Infection in Pregnancy . . . . . 1293
*Howard Minkoff*

**70.** Sexually Transmitted Diseases in Pregnancy . . . . . 1307
*Richard L. Sweet*

**71.** Rheumatologic and Connective Tissue Diseases in Pregnancy . . . . . 1327
*Michael de Swiet*

**72.** Dermatologic Disorders in Pregnancy . . . . . 1349
*Michael J. Hussey and Sebastian Faro*

**73.** Cancer in Pregnancy . . . . . 1371
*Peter E. Schwartz and Douglas Marchant*

**74.** Benign Tumors in Pregnancy . . . . . 1397
*David J. Berck and Laxmi V. Baxi*

**SECTION XII. MEDICO-SOCIAL CONSIDERATIONS IN PREGNANCY**

**75.** Pregnancy before Age 20 and after Age 35 . . . . . 1409
*Samuel S. Thatcher and Gertrud Svala Berkowitz*

**76.** Multifetal Pregnancy Reduction . . . . . 1433
*Mark I. Evans and Mark P. Johnson*

**77.** Essentials in Biostatistics and Perinatal Epidemiology . . . . . 1439
*Devora B. Lieberman and Benjamin P. Sachs*

**78.** Sexuality in Pregnancy and the Puerperium . . . . . 1451
*Philip M. Sarrel and Ulla M. Sellgren*

**79.** Psychiatric Problems during Pregnancy and the Puerperium . . . . . . . . . . . . . . . 1461
*Jennifer I. Downey and Agnes H. Whitaker*

**80.** Ethical Issues in Perinatology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1477
*Frank A. Chervenak and Laurence B. McCullough*

**81.** Legal Issues in Maternal-fetal Medicine . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1487
*Angela R. Holder*

**SECTION XIII. OBSTETRIC AND PERIPARTAL EVENTS**

**82.** Third-trimester Bleeding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1497
*Carl A. Nimrod and Lawrence W. Oppenheimer*

**83.** Normal and Abnormal Labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1507
*Wayne R. Cohen*

**84.** Operative Vaginal Delivery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1521
*Larry C. Gilstrap III and Mary E. D'Alton*

**85.** Preterm Labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1529
*Erol Amon*

**86.** Premature Rupture of the Membranes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1581
*Roberto Romero, Neil Athayde, Eli Maymon, Percy Pacora, and Ray Bahado-Singh*

**87.** Postterm Pregnancy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1627
*David A. Miller and Richard H. Paul*

**88.** Anesthesia in the High-risk Patient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1641
*Alan C. Santos and Mieczyslaw Finster*

**89.** Puerperium and Lactation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1653
*Ann M. Ferris and E. Albert Reece*

**SECTION XIV. THE NEWBORN INFANT**

**90.** Premature Birth and Neurologic Complications . . . . . . . . . . . . . . . . . . . . . . . . . 1673
*Alan Hill and Joseph J. Volpe*

**91.** Common Problems of the Newborn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1683
*Fernando R. Moya and Kathleen A. Kennedy*

Subject Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1723

Case No. 1:05-cv-00827-REB-KLM Document 130-27 filed 10/02/06 USDC Colorado pg 8 of 10

*Medicine of the Fetus and Mother, Second Edition,*
edited by E. Albert Reece and John C. Hobbins.
Lippincott–Raven Publishers, Philadelphia © 1999.

CHAPTER 83

# Normal and Abnormal Labor

Wayne R. Cohen

Our understanding of human parturition derives primarily from developments in the clinical and basic sciences during the second half of the twentieth century. Because uterine contractions are pivotal in the process of parturition, a primary focus of investigation has been to unravel the complexities of the physiology of myometrial contractility. To this end, we now have a good understanding of the ultrastructure of uterine smooth muscle and of the biochemical intricacies that govern the contractile mechanism (1). Along with these developments, important work was done in experimental animals and humans designed to objectify means for characterizing uterine activity (2,3). Despite the impressive accumulation of knowledge in these areas, the key linking these physiologic and biochemical observations with clinical events during labor remains elusive. Consequently, our management of labor and birth and our approach to the diagnosis of dysfunctional labor depend primarily on observations from clinical research.

A systematic approach to recording and interpreting observations about labor was spawned by the work of Calkins in the United States (4,5) and others in Europe beginning in the late 1920s (6). These kinds of observations, coupled with the precise and relevant descriptions of the obstetric anatomy of the pelvis by Caldwell and Moloy (7), constituted the primary basis for labor assessment until the late 1950s.

At that time the work of Emanuel Friedman appeared, which described an easily applied, precise, and objective method of evaluating labor progress in a clinical setting (8,9). His introduction of the graphic analysis of labor provided for the first time a means to elevate the management of labor from a somewhat arbitrary exercise to one in which considerable scientific objectivity could be applied to complement the clinical art.

The approach described by Friedman has been modified somewhat and adapted for use by various obstetricians (10–12). However, the basic notion of evaluating labor progress by determining the relationships among cervical dilatation, descent of the fetus, and elapsed hours in labor has been verified to be a clinical tool of manifest importance. The graphic analysis of labor should form the basis for clinical decision making about dysfunctional labor by all obstetric attendants; but it must be used in conjunction with other kinds of obstetric data. Thus, information about pelvic architecture; uterine contractility; fetal axis, position, and attitude; and the state of fetal oxygenation must be integrated with labor curve data if the obstetrician is to make the most informed and appropriate clinical judgments.

Much information is available about the total duration of labor. For example, Nesheim showed that the median duration of labor was 8.2 hours in nulliparas and 5.3 hours in multiparas (13). These kinds of data are of interest but not particularly useful to the clinician who must decide whether an individual patient's labor is normal, even though it may be longer than the median. More complex information is necessary, obtainable from statistical calculation of limits of normal from graphic displays of progress.

Parity has a major effect on the duration and pattern of labor. In general, the labors of multiparas are shorter than those of nulliparas, with shorter latent phase and more rapid rates of dilatation and descent in the active phase and second stage (14). Multiparous women who have had all previous babies by cesarean section should be judged by nulliparous criteria during labor; if they have had at least one vaginal birth they should be considered multiparas (15). Labor patterns of multiparas constitute a single population; therefore, criteria for all multiparas are the same, irrespective of how many babies they have had (13,14).

To a large extent, obstetric decision making about labor aberrations is a process of estimating the probability of a safe vaginal delivery. All the clinical information that is used in reaching decisions about obstetric interventions (especially use of oxytocin, conduction anesthesia, cesarean section, and instrumental delivery) should be viewed from this perspective.

W. R. Cohen: Department of Obstetrics and Gynecology, Sinai Hospital of Baltimore, Baltimore, Maryland 21215

postures (standing, sitting, or squatting) (57), relatively little objective information has been available until recently concerning the benefits of this approach.

Upright postures during the second stage may take advantage of the fact that considerable increases in certain pelvic diameters may occur. For example, Russell demonstrated as much as a 1.5-cm increment in the interspinous diameter when a woman moved from supine to a squatting position (58). Similarly, the sagittal diameter of the outlet may also be improved by certain postures (59). Also, during squatting, posterior rotation of the iliac bones at the sacroiliac joint might increase pelvic diameters. In addition to these anatomic advantages, upright posture may make maternal efforts to bear down maximally effective (60).

Relatively few controlled studies of the effect of posture on labor have been performed, and results vary. There is evidence that uterine contractility may be greater in upright than in recumbent positions (61) and that overall labor may be shorter (62), although other investigations have failed to confirm this (63). In a randomized trial of the squatting position during labor, Gardosi and colleagues found that in comparison with conventional semirecumbent management, women who squatted during the second stage had fewer forceps deliveries and shorter second stages (64).

Avoiding the supine position is particularly important. Some investigators have observed a rapid decrease in fetal pH after full dilatation, but it appears that this effect depends on position. In two studies, investigators noted a time-dependent decrease in fetal pH during the second stage in supine patients that did not occur when women labored in the lateral position (65,66).

Although there is still uncertainty about the importance of maternal posture in providing efficient labor progress, there are data to support the notion that upright postures may optimize descent in the second stage by enlarging some pelvic diameters and improving the efficiency of voluntary bearing-down efforts. Because there has been no suggestion that these positions have any adverse consequences, they should be encouraged during the second stage of labor, particularly if abnormal descent is present or anticipated (47,48).

## Shoulder Dystocia

After the descending head extends under the pubic symphysis and crosses the perineum, there is occasionally an obstruction to further descent caused by shoulder dystocia. This dreaded complication is associated with certain risk factors, including arrest and protraction disorders, fetal macrosomia, midcavity instrumental delivery, postterm pregnancy, and diabetes mellitus (67–69). Although the presence of one of these features should encourage the obstetrician to prepare for the possibility of a disordered shoulder mechanism, the majority of labors with these risk factors are not complicated by shoulder dystocia. In fact, using these traditional criteria, only a small proportion of cases of difficult shoulder delivery can be predicted or prevented (70). Therefore, the obstetric attendant should always be vigilant and prepared to deal with this complication promptly and efficiently.

It is likely that factors related both to fetal size and morphology and to pelvic architecture and labor progress are important in determining the mechanism of shoulder delivery. During normal descent, a process of shoulder molding probably occurs (71). In this manner, the fetal shoulders and trunk gradually accommodate to the conformation of the birth canal during descent, ensuring proper engagement and orientation of the shoulders in the pelvis when the head delivers.

When the fetus is unusually large or the pelvis through which it is descending is contracted, both shoulders may remain trapped at the inlet. More often, the posterior shoulder traverses the inlet, and the anterior one becomes impacted at the pubic symphysis. Although this may occur in any situation in which the fetus is relatively large for the pelvis, it is particularly common in fetuses of diabetic mothers. The explanation for this is that the bisacromial diameter in such babies is disproportionately large in relation to head size compared with babies of nondiabetic mothers (72).

Pelvic architecture may sometimes account for aberrations in the normal mechanism of shoulder engagement and descent. A steeply inclined pubic symphysis favors impaction of the anterior shoulder, particularly if associated with a foreshortened inlet diameter. The influence of patterns of labor progress on the development of shoulder dystocia is not completely understood. Arrest and protraction disorders predispose, perhaps because, as concomitants of cephalopelvic disproportion, they may suggest the presence of a fetus too large for the patient's pelvis. In addition, unusually rapid descent confers an increased risk of difficult shoulder delivery (71,73,74). Precipitate descent is particularly nettlesome because it is generally not predictable and may preclude adequate preparation for delivery.

Several approaches to the management of shoulder dystocia are effective, and the obstetrician should be prepared to begin a logical sequence of maneuvers. During all these approaches, the basic principle of avoiding extensive lateral displacement of the cervical spine is important. The most serious consequence in fetuses who survive delivery with shoulder dystocia is permanent brachial plexus injury. Usually, nerve damage occurs when excessive lateral traction is placed on the fetal head in efforts to deliver the obstructed shoulders. Fractures of the clavicle or humerus are also common, but they generally heal without serious sequelae. Sometimes bony and neurologic injury is not preventable, even when adequate precautions and appropriate maneuvers have been used to reduce the shoulder entrapment. To minimize the risk of these injuries, the obstetrician must be prepared to act promptly to solve the problem (47).

When difficulty with shoulder delivery is encountered, summon the appropriate aid. An obstetric nurse or another experienced attendant should be available, as well as an anes-

thesiologist. A large episiotomy is often helpful both to relieve any soft tissue obstruction that may be present and to allow sufficient room for the operator to manipulate the shoulders in the vagina. Many obstetricians recommend a large mediolateral episiotomy. A median episioproctotomy may provide even more space and, when repaired correctly, has a very low risk of complications. If gentle downward traction on the head fails to release the shoulders, a vaginal examination should be performed to assess the position of the bisacromial diameter and, in particular, the degree of descent of the posterior shoulder. The presence of an anomalous fetal trunk, although rare, may sometimes be determined at this time.

If the shoulders are in the anteroposterior diameter of the pelvis, they should be shifted promptly to an oblique dimension by rotating the posterior shoulder ventrally with pressure against the posterior scapula and the front of the anterior shoulder. Sometimes this results in the anterior shoulder stemming under the pubic symphysis. If the anterior shoulder does not descend, the mother's thighs may be flexed against her abdomen. This maneuver sometimes allows delivery of the anterior shoulder by altering the outlet dimensions (75). If no success has occurred, the Woods corkscrew maneuver (76) should be applied if the posterior shoulder has been identified below the midplane of the pelvis. This involves rotating the posterior shoulder 180 degrees to the anterior position, at which time it generally moves under the symphysis and can be delivered. If this maneuver fails, one may reach into the birth canal and attempt to deliver the posterior arm by drawing it across the fetal chest. Should this be unsuccessful, the remaining options are to fracture the fetal clavicle intentionally or to perform the Zavanelli maneuver (77). The latter involves pushing the fetal head back into the vagina and delivering the fetus by cesarean section. Limited experience with this approach is available, but it can be successful and should be considered as a last resort.

When initial assessment of the shoulders reveals that the posterior shoulder has not engaged, the situation is serious. The Woods maneuver is not likely to work in this situation, nor are most of the other approaches unless the posterior shoulder can be made to descend. Sometimes direct traction on it with two fingers of the examining hand in the axilla is successful.

### Episiotomy

Episiotomy for a vaginal delivery has been a routine part of obstetric care in North America for the last half century. As trends away from operative deliveries have evolved, the necessity for episiotomy has been questioned, and fewer are being performed routinely.

The debate over use of this technique relates to the potential long-term hazards of failing to perform episiotomy. Most (but not all) evidence suggests that performing episiotomy increases the likelihood of deep perineal lacerations involving the external anal sphincter or rectum (78,79). Most deliveries, even in nulliparas, can be performed without episiotomy (80). Often small periurethral lacerations result, and sometimes the perineum tears in the midline, but in general these traumatic injuries are not serious and are easily repaired. At issue is whether episiotomy reduces the likelihood of injury to the pelvic floor and endopelvic fascia, which could result in pelvic relaxation and urinary stress incontinence later in life. There is no unanimity about this and very little in the way of meaningful long-term follow-up to prove benefit (47).

In general, one may view the decision to use episiotomy as a matter of obstetric judgment, a procedure to be performed when the alternative risks of spontaneous laceration or delay in delivery would be more hazardous than the operative incision. In this regard, the proper timing of episiotomy is important. Many advocate making the incision as the fetal head is crowning, when it becomes obvious that spontaneous delivery would result in lacerations. This approach limits the number of episiotomies performed, but by this time the perineum has been stretched maximally, and most of the damage to the lower vaginal and perineal tissues may already have occurred. Thus, there is virtue in making the episiotomy before extensive distention of the perineum occurs.

If episiotomy is used, a thorough knowledge of the functional anatomy of the pelvic floor and proper surgical technique is necessary to provide optimal results. Consequences of poor repair may be prolonged or permanent dyspareunia, or even iatrogenic defects in the fascial supports of the rectum and pelvic floor. Rectovaginal fistulae may also occur sometimes as a consequence of improper surgical repair.

## CONCLUSION

The disciplined approach to the management of labor advocated in this chapter emphasizes the need to use objective clinical information to optimize decision making. It is evident, nevertheless, that the process of assisting women with childbirth requires the practitioner to integrate such objective data with the spectrum of social and psychological features unique to each individual's labor. In so doing, one may aspire to provide the most fulfilling birth experience possible for each patient.

Obviously, each woman's attitudes and expectations concerning pregnancy are conditioned by her own social and cultural background, as well as by her experiences during gestation. Consequently, no universal formula for the provision of emotional support exists; rather, the practitioner must tailor communication to the patient's needs, encouraging her to express her questions, fears, or concerns and discussing them in an honest and reassuring manner.

Although a multiplicity of issues may exist for each parturient, one concern is almost universal during labor—fear of the unknown. To appreciate the degree of anxiety that may occur in this regard, consider that the patient is embarking on