**APPENDIX INDEX**

1. Williams Obstetrics 21st Edition
2. Williams Obstetrics 20th Edition
3. *Birth Injuries of the Brachial Plexus*
4. *Management of Birth Injuries*
5. Maternal-Fetal Medicine 4th Edition
6. *Risk factors for Erb-Duchenne Palsy*
7. Neonatology, Pathophysiology and Management of the Newborn 2nd Edition
8. *Risk factors for shoulder dystocia: an engineering study of clinician-applied forces*
9. *Erb/Duchenne's palsy: a consequence of fetal macrosomia and method of delivery*
10. *The Immediate & Long Term Outcome Of Obstetric Birth Trauma*
11. Textbook of Pediatrics 14th Edition
12. Operative Obstetrics 3rd Edition
13. Neurology of the Newborn 4th Edition
14. Hand Clinics Elective Microsurgery