# Williams Obstetrics

## 20th Edition

Cunningham
MacDonald
Gant
Leveno
Gilstrap
Hankins
Clark

# Contents

*Preface* .................................... vii

**I. Human Pregnancy** .................................... 1

1. Obstetrics in Broad Perspective .................................... 1
2. Pregnancy: Overview, Organization, and Diagnosis .................................... 13
3. Anatomy of the Reproductive Tract .................................... 37

**II. Physiology of Pregnancy** .................................... 69

4. The Endometrium and Decidua: Menstruation and Pregnancy .................................... 69
5. The Placenta and Fetal Membranes .................................... 95
6. The Placental Hormones .................................... 125
7. The Morphological and Functional Development of the Fetus .................................... 151
8. Maternal Adaptations to Pregnancy .................................... 191

**III. Antepartum: Management of Normal Pregnancy** .................................... 227

9. Prenatal Care .................................... 227
10. Lie, Presentation, Attitude, and Position of the Fetus .................................... 251

**IV. Normal Labor and Delivery** .................................... 261

11. Parturition .................................... 261
12. Mechanisms of Normal Labor in Occiput Presentation .................................... 319
13. Conduct of Normal Labor and Delivery .................................... 327
14. Intrapartum Assessment .................................... 347
15. Analgesia and Anesthesia .................................... 379
16. The Newborn Infant .................................... 399

**V. Abnormal Labor** .................................... 415

17. Dystocia: Abnormalities of the Expulsive Forces .................................... 415
18. Dystocia: Abnormal Presentation, Position, and Development of the Fetus .................................... 435
19. Dystocia due to Pelvic Contraction .................................... 461

**VI. Operative Obstetrics** .................................... 473

20. Operative Vaginal Delivery .................................... 473
21. Techniques for Breech Delivery .................................... 495
22. Cesarean Delivery and Cesarean Hysterectomy .................................... 509

**VII. Abnormalities of the Puerperium** .................................... 533

23. The Puerperium .................................... 533
24. Infection and Disorders of the Puerperium .................................... 547

**VIII. Reproductive Success and Failure** .................................... 569

25. Pregnancy at the Extremes of Reproductive Life .................................... 569
26. Abortion .................................... 579
27. Ectopic Pregnancy .................................... 607
28. Abnormalities of the Reproductive Tract .................................... 635

**IX. Placental Disorders** . . . . . . . . . . . . . . . . .657

29. Diseases and Abnormalities of the Fetal Membranes . . . . . . . . . . . . . . . . .657
30. Diseases and Abnormalities of the Placenta . . . . . . . . . . . . . . . . . . . . . .669

**X. Common Complications of Pregnancy** . . . . . . . . . . . . . . . . . . . . . . .693

31. Hypertensive Disorders in Pregnancy . . . . . . . . . . . . . . . . . . . . .693
32. Obstetrical Hemorrhage . . . . . . . . . . . . . . .745
33. Hypovolemic Shock and Disseminated Intravascular Coagulation . .783
34. Preterm Birth . . . . . . . . . . . . . . . . . . . . . .797
35. Postterm Pregnancy . . . . . . . . . . . . . . . . .827
36. Fetal Growth Restriction . . . . . . . . . . . . .839
37. Macrosomia . . . . . . . . . . . . . . . . . . . . . .855
38. Multifetal Pregnancy . . . . . . . . . . . . . . . .861

**XI. Fetal Abnormalities: Inherited and Acquired Disorders** . . . . . . . . . . . . . . . .895

39. Genetics . . . . . . . . . . . . . . . . . . . . . . . . .895
40. Prenatal Diagnosis and Invasive Techniques to Monitor the Fetus . . . . . . . .919
41. Drugs and Medications . . . . . . . . . . . . . . .943
42. Diseases and Injuries of the Fetus and Newborn . . . . . . . . . . . . . . . . . .967

**XII. Techniques Used to Assess Fetal Health** . . . . . . . . . . . . . . . . . . . . . . . . .1009

43. Antepartum Assessment . . . . . . . . . . . . . .1009
44. Doppler and Ultrasound . . . . . . . . . . . . .1023

**XIII. Medical and Surgical Complications in Pregnancy** . . . . . . . . . . . . . . . . . . . . . . . . . .1045

45. General Considerations and Maternal Evaluation . . . . . . . . . . . . . . . . .1045
46. Critical Care and Trauma . . . . . . . . . . . . .1059
47. Cardiovascular Diseases . . . . . . . . . . . . . .1079
48. Pulmonary Disorders . . . . . . . . . . . . . . . .1103
49. Renal and Urinary Tract Disorders . . . . . . . . . . . . . . . . . . . . . . . . .1125
50. Gastrointestinal Disorders . . . . . . . . . . . . . . . . . . . . . . . . .1145
51. Hematological Disorders . . . . . . . . . . . . .1173
52. Diabetes . . . . . . . . . . . . . . . . . . . . . . . . .1203
53. Endocrine Disorders . . . . . . . . . . . . . . . .1223
54. Connective-Tissue Disorders . . . . . . . . . . . . . . . . . . . . . . . . .1239
55. Neurological and Psychiatric Disorders . . . . . . . . . . . . . . . .1255
56. Dermatological Disorders . . . . . . . . . . . .1273
57. Neoplastic Diseases . . . . . . . . . . . . . . . . .1281
58. Infections . . . . . . . . . . . . . . . . . . . . . . . .1297
59. Sexually Transmitted Diseases . . . . . . . . . . . . . . . . . . . . . . . . .1317

**XIV. Family Planning** . . . . . . . . . . . . . . . . . . . . .1339

60. Medical Contraception . . . . . . . . . . . . . . .1339
61. Mechanical Methods of Contraception . . . . . . . . . . . . . . . . . . . . .1361
62. Surgical Contraception . . . . . . . . . . . . . .1375

*Index* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1383

Case No. 1:05-cv-00827-REB-KLM Document 130-30 filed 10/02/06 USDC Colorado pg 4 of 4



improve
ıpa'
ɔsis,
telectasis,
may be
ɪmatic
ɔathic
liographic
canning
nagnetic
ɪgnostic
n understand
ɔme forms
Cunningham
ıtraventricular
quite preterm
without birth

'hen there
ɔn to control
d from some
aspiration,
be required
; factors to
ear, however
tamin K to all

17) usually
: skull during
evelop in the



42-17. A. A very large cephalohematoma photographed 2 weeks af- very. B. The same infant 4 weeks later. (Courtesy of Dr. William )

nce of birth trauma. The incidence is 2.5 percent ac- ng to the 10-year review by Thacker and col- ues (1987). The subperiosteal hemorrhages may de- p over one or both parietal bones. The periosteal tions with definite palpable edges differentiate the alohematoma from *caput succedaneum*. The latter h consists of a focal swelling of the scalp from a fluid that overlies the periosteum (Fig. 42–16). ermore, a cephalohematoma may not appear for s after delivery, often growing larger and disap- ng only after weeks or even months (Fig. 42–17). ontrast, caput succedaneum is maximal at birth, s smaller, usually and disappears within a few s if small and within a few days even when very

Increasing size of the hematoma and other evi- ce of extensive hemorrhage are indications for addi- al investigation, including radiographic studies of kull and assessment of coagulation factors, because nfant may have a coagulopathy, such as that seen severe thrombocytopenia.



the
of

## Nerve Injuries

**Spinal Injury.** Overstretching the spinal cord and associated hemorrhage may follow excessive traction during a breech delivery, and there may be actual fracture or dislocation of the vertebrae. Menticoglou and associates (1995) described 15 neonates with a high cervical spinal cord injury and found that all were associated with forceps rotations.

**Brachial Plexus Injury.** Brachial plexus injuries are common and encountered in between 1 in 500 to 1 in 1000 term births (Salonen and Uüsitalo, 1990). In a review of over 21,500 live births, Oppenheim and colleagues (1990) reported 58 clavicular fractures (2.7 per 1000), three of which were associated with Erb palsy. In a prospective study of over 26,000 Malaysian neonates, Boo and associates (1991) found 42 brachial plexus injuries (1.6 per 1000). Increasing birthweight and breech deliveries were the most significant risk factors. Walle and Hartikainen-Sorri (1993) found only 30 percent of brachial plexus injuries in macrosomic infants. The injury may follow a difficult delivery, but it also may follow an apparently easy one and be the result of intrauterine maladaption or the normal forces of labor and descent with stretching of the involved nerve roots (Hankins and Clark, 1995). Indeed, Jennett and coworkers (1992) documented that over half of cases of brachial plexus palsy followed uneventful vaginal deliveries.

**Duchenne,** or **Erb paralysis,** involves paralysis of the deltoid and infraspinatus muscles, as well as the flexor muscles of the forearm, causing the entire arm to fall limply close to the side of the body with the forearm extended and internally rotated. The function of the fingers usually is retained. The lesion results from stretching or tearing of the upper roots of the brachial plexus, which is readily subjected to extreme tension as a result of pulling laterally upon the head, thus sharply flexing it toward one of the shoulders. Because traction in this direction is frequently employed to effect delivery of the shoulders in normal vertex presentations, Erb paralysis may result without the delivery appearing to be difficult. Ubachs and colleagues (1995) described 130 infants who underwent surgical treatment for brachial plexus injuries. Most cases that involved $C_{5-6}$ nerve roots were associated with breech delivery, whereas more extensive forms—involving $C_{5-7}$ or $C_5$–$T_1$ roots—followed difficult cephalic deliveries.

Several risk factors for shoulder dystocia have been reported including macrosomia, maternal obesity, prolonged labor, and midpelvic operative delivery (see Chaps. 18 and 37). Unfortunately, all of these factors are common, and nonspecific. The conclusions of Nocon and associates (1993) are worth emphasizing. After an