# Maternal-Fetal Medicine

4th Edition



CREASY RESNIK

# CONTENTS

1. **Basic Genetics and Patterns of Inheritance** 1
*Oliver W. Jones, M.D., and Timothy C. Cahill, M.S.*

2. **Prenatal Genetic Diagnosis** 40
*Angela L. Scioscia, M.D.*

3. **Normal Development** 63
*Kurt Benirschke, M.D.*

4. **The Immunology of Pregnancy** 72
*Robert M. Silver, M.D., and D. Ware Branch, M.D.*

5. **Anatomic Alterations in the Reproductive Tract** 90
*Robert Resnik, M.D.*

6. **Uterine Biology and the Control of Myometrial Contraction** 95
*Manju Monga, M.D., and Barbara M. Sanborn, Ph.D.*

7. **The Puerperium** 102
*Robert Resnik, M.D.*

8. **The Breast and the Physiology of Lactation** 106
*Robert W. Rebar, M.D.*

9. **Maternal Nutrition** 122
*Barbara Abrams, Dr. P.H., and Kate E. Pickett, M.A., M.S.*

10. **Effects of Therapeutic, Diagnostic, and Environmental Agents** 132
*Kenneth L. Jones, M.D.*

11. **Social and Illicit Drug Use in Pregnancy** 145
*Robert L. Andres, M.D.*

12. **Woman Battering in Pregnancy** 165
*Ronald A. Chez, M.D.*

13. **General Principles and Applications of Ultrasonography** 169
*Frank A. Manning, M.D.*

14. **Prenatal Diagnosis of Structural Heart Disease** 207
*Charles S. Kleinman, M.D., and Joshua A. Copel, M.D.*

15. **Doppler Ultrasound Assessment of Blood Flow** 216
*Brian Trudinger, M.D.*

16. **Fetal Breathing and Body Movements** 231
*Bryan S. Richardson, M.D., and Robert Gagnon, M.D.*

17. **Fetal Cardiovascular Physiology** 249
*Ronald I. Clyman, M.D., and Michael A. Heymann, M.D.*

18. **Placental Respiratory Gas Exchange and Fetal Oxygenation** 260
*Giacomo Meschia, M.D.*

19. **Fetal Heart Rate** 270
*Julian T. Parer, M.D., Ph.D.*

20. **Fetal Cardiac Arrhythmias: Diagnosis and Therapy** 301
*Charles S. Kleinman, M.D., Rodrigo Nehgme, M.D., and Joshua A. Copel, M.D.*

21. **Fetal Assessment by Evaluation of Biophysical Variables: Fetal Biophysical Profile Score** 319
*Frank A. Manning, M.D.*

22. **Fetal Acid-Base Balance** 331
*Larry C. Gilstrap III, M.D.*

23. **Percutaneous Fetal Blood Sampling** 341
*C. R. Harman, M.D.*

24. **Fetal Therapy: Medical and Surgical Approaches** 365
*Alan W. Flake, M.D.*

25. **Endocrinology of Pregnancy** 379
*James H. Liu, M.D., and Robert W. Rebar, M.D.*

26. **Significance of Amniotic Fluid Meconium** 393
*J. Christopher Glantz, M.D., and James R. Woods, Jr., M.D.*

27. **Fetal Lung Development, Tests for Maturation, Induction of Maturation, and Treatment** 404
*Alan H. Jobe, M.D., Ph.D.*

**28. Recurrent Pregnancy Loss** 423
*Joseph A. Hill, M.D.*

**29. Cervical Incompetence** 445
*Jay D. Iams, M.D.*

**30. Immunologic Disorders** 465
*Robert M. Silver, M.D., and D. Ware Branch, M.D.*

**31. Characteristics of Parturition** 484
*John R. G. Challis, Ph.D., D.Sc.*

**32. Preterm Labor and Delivery** 498
*Robert K. Creasy, M.D., and Jay D. Iams, M.D.*

**33. Post-Term Pregnancy** 532
*Robert Resnik, M.D., and Andrew Calder, M.D.*

**34. Clinical Aspects of Normal and Abnormal Labor** 541
*Watson A. Bowes, Jr., M.D.*

**35. Intrauterine Growth Restriction** 569
*Robert K. Creasy, M.D., and Robert Resnik, M.D.*

**36. Multiple Gestation: Incidence, Etiology, and Inheritance** 585
*Kurt Benirschke, M.D.*

**37. Multiple Gestation: Clinical Characteristics and Management** 598
*Fergal D. Malone, M.D., and Mary E. D'Alton, M.D.*

**38. Placenta Previa and Abruptio Placentae** 616
*Steven L. Clark, M.D.*

**39. Dynamics and Disorders of Amniotic Fluid** 632
*Robert A. Brace, Ph.D., and Robert Resnik, M.D.*

**40. Premature Rupture of the Membranes** 644
*Thomas J. Garite, M.D.*

**41. Maternal and Fetal Infectious Disorders** 659
*Ronald S. Gibbs, M.D., and Richard L. Sweet, M.D.*

**42. Human Immunodeficiency Virus** 725
*Howard L. Minkoff, M.D.*

**43. Hemolytic Disease (Erythroblastosis Fetalis)** 736
*John M. Bowman, M.D.*

**44. Nonimmune Hydrops** 769
*Isabelle Wilkins, M.D.*

**45. Maternal Cardiovascular and Renal Adaptation to Pregnancy** 783
*Manju Monga, M.D.*

**46. Cardiac Diseases** 793
*Ralph Shabetai, M.D.*

**47. Thromboembolic Disease** 821
*Russell K. Laros, Jr., M.D.*

**48. Pregnancy-Related Hypertension** 833
*James M. Roberts, M.D.*

**49. Renal Disorders** 873
*John M. Davison, M.D., and Marshall D. Lindheimer, M.D.*

**50. Intensive Care Monitoring of the Critically Ill Pregnant Patient** 895
*Bernard Gonik, M.D.*

**51. Pulmonary Disorders** 921
*Michael de Swiet, M.D.*

**52. Maternal Hematologic Disorders** 935
*Sarah J. Kilpatrick, M.D., Ph.D., and Russell K. Laros, Jr., M.D.*

**53. Diabetes in Pregnancy** 964
*Thomas R. Moore, M.D.*

**54. Thyroid Disease and Pregnancy** 996
*B. Lynn Seely, M.D., and Gerard N. Burrow, M.D.*

**55. Other Endocrine Disorders of Pregnancy** 1015
*Shahla Nader, M.D.*

**56. Gastrointestinal Disease in Pregnancy** 1038
*Larry D. Scott, M.D.*

**57. Diseases of the Liver, Biliary System, and Pancreas** 1054
*Elizabeth Ann Fagan, M.Sc., M.D.*

**58. Rheumatologic and Connective Tissue Disorders** 1082
*Michael de Swiet, M.D.*

**59. Neurologic Disorders** 1091
*Michael J. Aminoff, M.D.*

**60. The Skin and Pregnancy** 1120
*Ronald P. Rapini, M.D.*

Case No. 1:05-cv-00827-REB-KLM Document 130-33 filed 10/02/06 USDC Colorado pg 4 of 7



**61. Pelvic Malignancies, Gestational Trophoblastic Neoplasia, and Nonpelvic Malignancies** 1128
*Michael L. Berman, M.D., Philip J. Di Saia, M.D., and Wendy R. Brewster, M.D.*

**62. Identification and Management of Problems in the High-Risk Neonate** 1151
*Avroy A. Fanaroff, M.B., B.Ch., Richard J. Martin, M.D., and Martha J. Miller, M.D., Ph.D.*

**63. Cerebral Palsy** 1194
*Robert L. Goldenberg, M.D., and Kathleen G. Nelson, M.D.*

**64. Anesthetic Considerations for Complicated Pregnancies** 1215
*Laurence S. Reisner, M.D., and Kathleen P. Nichols, M.D.*

**Index** 1233

CHAPTER 34

# Clinical Aspects of Normal and Abnormal Labor

*WATSON A. BOWES, JR., M.D.*

## NORMAL LABOR AND ITS LIMITS

The proper management of labor and delivery depends on a thorough understanding of the anatomy and physiology of normal labor. Moreover, the recognition and management of labor abnormalities require a knowledge of the limits of labor and of the physiologic response of both the mother and the fetus to the stress of labor and delivery.

The uterus contracts throughout normal pregnancy. These contractions are irregular in timing and intensity, discoordinate in distribution, and, for the most part, entirely painless. Such uterine activity continues in normal pregnancy until late in the third trimester, when the contractions become more frequent, of greater and more consistent intensity, and more coordinated. Also, during the latter part of the third trimester, effacement (shortening) and dilation of the cervix begins. The beginning of clinical labor has been described as the onset of painful uterine contractions associated with effacement and dilation of the cervix.

The precise onset of this combination of events frequently cannot be ascertained, and for practical purposes clinicians must rely on the patient's best estimate of when her contractions began or when they became regular in consistency and intensity. The specific onset of cervical effacement and dilation can rarely be documented in cases of spontaneous onset of labor, and not uncommonly both effacement and dilation occur late in the third trimester, prior to the onset of regular or noticeable uterine contractions. The precise onset of labor is difficult to determine, and much of what is written about false labor, prodromal labor, and the latent phase of labor is influenced by this uncertainty.

These prelabor changes of the cervix were studied by Hendricks and colleagues (1970), who reported the findings of serial cervical examinations of 303 patients in the third trimester. Cervical dilation began earlier and was of greater magnitude in multiparas than in primiparas. Cervical effacement, on the other hand, began earlier and was of greater magnitude in primiparas than in multiparas. These authors introduced the concept of the "cervical coefficient," which is the product of cervical dilation (in centimeters) times the percentage of effacement. They found that at any point in prelabor the cervical coefficient is relatively the same for all patients regardless of parity. The mean cervical dilation during the last 3 days prior to the onset of labor is 1.8 cm for nulliparas and 2.2 cm for multiparas. Their study stressed the importance of the prelabor preparation of the cervix and its influence on the duration of labor. It also pointed out the difficulty of using a specific time for onset of labor if it is defined as the beginning of cervical dilation.

It has been the convention to divide labor into three stages:

*First stage:* from onset of labor to full dilation of the cervix
*Second stage:* from full dilation of the cervix to delivery of the infant
*Third stage:* from delivery of the infant to delivery of the placenta

Pritchard and MacDonald (1980) described a fourth stage of labor as the hour following the delivery of the placenta.

One of the most thorough evaluations of the first stage of labor is that by Friedman (1978), conveniently summarized in a monograph. He divides the first stage of labor into two major phases, described as follows:

*Latent phase:* from the onset of regular uterine contractions to the beginning of the active phase
*Active phase:* from the time the rate of cervical dilation begins to change rapidly to full dilation (the active phase usually begins at about 3–4 cm of dilation)

Data from several thousand patients, in whom cervical dilation and the station of the presenting fetal part were documented throughout labor, were used to establish normal limits of labor for nulliparous and multiparous patients. A group of nulliparas and a group of multiparas were selected in whom there were no apparent complications of labor and who delivered normal infants. From these cases, the norms for ideal labor were determined (Table 34–1). Descent of the fetal head in relationship to the ischial spines was found to begin well before the second stage. The rate of descent increased late in the first stage and continued linearly into the second stage of labor until the perineal floor was reached. Data for the maximum rate of descent and the length of the second stage of labor in all patients are given in Table 34–1.

More recent studies have suggested that the first stage of labor in normal patients is longer than was previously determined. In a study from the University of California, San Francisco, of 6079 patients who received no oxytocin or conduction anesthesia, the first stage of labor, defined as beginning when contractions were regular at 3- to 5-

Case No. 1:05-cv-00827-REB-KLM Document 130-33 filed 10/02/06 USDC Colorado pg 6 of 7



presentation, brow presentation, marked degrees of asynclitism, and very large infants are associated with longer labors, even with adequate contractions.

The *Mueller-Hillis maneuver* also may help. With one hand, the obstetrician applies pressure to the uterine fundus and with the examining finger in the vagina detects descent of the fetal head. If the fetal head descends 1 cm or more with fundal pressure, the prognosis for vaginal delivery is good; if no descent occurs, the prognosis for delivery is poor (March et al., 1996). This maneuver is not predictive of outcome if performed early in labor (Thorp et al., 1993b), but it is helpful late in the first or second stage of labor (March et al., 1996).

## Shoulder Dystocia

Shoulder dystocia occurs in 0.24–2.00% of vaginal deliveries (Acker et al., 1986; Gross et al., 1987; Nocon et al., 1993; Basket and Allen, 1995). The cause is impingement of the biacromial diameter of the fetus against the symphysis pubis anteriorly and the sacral promontory posteriorly. Why the shoulders do not descend in the oblique diameters of the pelvis is unclear, although sometimes the fetus is simply too large. Although the risk of shoulder dystocia rises with increasing birth weight, 40–50% of cases occur in infants whose birth weight is below 4000 g.

Risk factors for shoulder dystocia (Benedetti and Gabbe, 1978; Acker et al., 1986; Smith et al., 1994; Lewis et al., 1995) include:

- Fetal macrosomia
- Diabetes
- A history of shoulder dystocia in a previous birth
- Prolonged second stage of labor

Other factors that have been inconsistently reported as increasing the risk (Nocon et al., 1993; Basket and Allen, 1995; McFarland et al., 1995) include a history of the following:

- Macrosomia
- Post-term pregnancy
- Multiparity
- Obesity
- Operative vaginal delivery from the midpelvis

About 50% of patients with shoulder dystocia have no risk factors.

Maternal morbidity from shoulder dystocia includes postpartum hemorrhage and fourth-degree perineal lacerations. The morbidity for the infant is attributable to asphyxia from delay in delivery or to trauma from the maneuvers used to deliver the fetus. Infant morbidity related to trauma includes brachial plexus and phrenic nerve injuries and fractures of the humerus and clavicle (Al-Najashi et al., 1989). The most serious traumatic morbidity is brachial plexus injury (Erb palsy), which occurs in 10–20% of infants born following shoulder dystocia (Al-Najashi, 1989; Nocon et al., 1993). When recognized early, 80–90% of brachial plexus injuries recover completely with proper physical therapy and, in some situations, neurosurgical management (Sloof, 1995).

Most brachial plexus injuries resulting from shoulder dystocia involve the arm and shoulder that are in the anterior pelvis at the time of delivery. The brachial plexus is subject to injury when excessive downward traction and lateral extension of the fetal head and neck occur in the attempt to deliver to anterior shoulder (Basket and Allen, 1995); however, there are exceptions to this cause of brachial plexus injury. Some infants with brachial plexus injuries were born by vaginal delivery in which there was no evidence of shoulder dystocia (Jennet et al., 1992). Also, brachial plexus palsy may involve the arm that was in the posterior pelvis at the time of delivery (Hankins and Clark, 1995). Furthermore, Erb palsy has occurred in infants born by cesarean delivery (McFarland et al., 1986; Morrison et al., 1992). Finally, several reports describe brachial plexus injuries in newborns in whom other physical findings and electromyographic tests confirmed that the lesions occurred prior to the onset of labor (Dunn and Engle, 1985; Koenigsberger, 1980). It is postulated that these injuries resulted from chronic nerve compression from malposition *in utero*.

Prevention of shoulder dystocia by prophylactic induction of labor is not effective (Gonen et al., 1997). Primary cesarean delivery can prevent shoulder dystocia in a small proportion of patients when several predisposing factors are present, such as multiparity, gestational diabetes, and an estimated fetal weight in excess of 4500 g. Also, if arrest of descent of the fetal head occurs in labor along with other risk factors for shoulder dystocia, operative vaginal delivery should be avoided.

The most effective treatment includes promptly recognizing that delivery of the shoulders will be difficult and avoiding excessive downward traction on the fetal head in an attempt to deliver the anterior shoulder. Retraction of the fetal head immediately on its delivery (*turtle sign*) is an early warning that delivery of the shoulders will be difficult. Studies using simulated models of the fetus and pelvis demonstrated that obstetricians frequently underestimate the amount of traction they apply to the fetal head (Allen et al, 1991, 1994).

Several maneuvers have been useful in resolving shoulder dystocia. Hyperflexion of the mother's thighs, known as the *McRoberts maneuver*, flattens the lumbosacral curve, thereby removing the sacral promontory as an obstruction to the inlet (Gonik et al., 1983, 1989). The knee-chest position tends to accomplish the same thing. Suprapubic pressure can be applied in conjunction with the McRoberts maneuver.

Ruben (1964) described the rotation of the fetal shoulders into the oblique position by inserting the fingers of one hand vaginally behind the most accessible shoulder (usually the posterior) and pushing the shoulder toward the fetal chest. This is a substantial improvement on the commonly described *Woods maneuver*, which involves pushing the shoulder toward the fetal back (Woods, 1943).

If these maneuvers are not successful, the posterior arm of the fetus can be delivered if the obstetrician inserts one hand posteriorly, grasps the elbow, and draws the arm across the chest of the fetus (Barnum, 1949). This maneuver may result in fracture of the humerus or the clavicle, which is a consistently remedial injury and preferable to a brachial plexus injury of the opposite arm. Finally, replacement of the fetal head in the uterus followed by cesarean

delivery, the *Zavanelli maneuver*, may be necessary in rare instances (O'Leary, 1993).

Although the soft tissue of the perineum does not contribute to shoulder dystocia, many protocols recommend a wide episiotomy to facilitate performing one or more of the described maneuvers.

The successful management of shoulder dystocia is a matter of considerable obstetric judgment and skill. There is an inverse relationship between the incidence of brachial plexus injuries from shoulder dystocia and the experience of the obstetrician (Acker et al., 1988).

## ABNORMALITIES OF THE THIRD STAGE

### Placental Separation and Control of Uterine Bleeding

The third stage of labor is defined as the time from delivery of the infant to delivery of the placenta. For all practical purposes, one should include the hour after the delivery of the placenta in the third stage of labor because it is during this time that the patient is at greatest risk for postpartum hemorrhage.

After the infant is born, the uterus contracts and placental separation occurs by cleavage along the plane of the decidua basalis. Placental separation is usually complete by the time two contractions have occurred, although several additional contractions may be necessary to accomplish expulsion of the placenta from the uterus. Large venous sinuses are exposed following separation of the placenta, and control of bleeding from these sinuses depends primarily on contraction of uterine muscle and only secondarily on coagulation and thrombus formation in the placental site. The average blood loss during a normal vaginal delivery is about 600 ml (Pritchard, 1965). In the young healthy parturient, acute blood loss is well tolerated because of the increased blood volume of pregnancy and the decrease in vascular volume that occurs with the reduction of the uteroplacental circulation at the time of birth.

Management of the placenta in the third stage is a matter of debate among qualified obstetricians. Elective manual removal of the placenta, if performed promptly, has been associated with no increase in puerperal morbidity. Advantages include (1) immediately identifying retained placental fragments and intrauterine extensions of cervical lacerations and (2) shortening the time of placental removal (Thomas, 1963; Blanchette, 1977). However, manual removal is not a painless procedure in the unanesthetized patient and is unnecessarily invasive in most cases. Gentle massage of the uterine fundus encourages uterine contractions and helps one to detect changes in the shape of the uterus that signal placental separation. Vigorous fundal massage accomplishes nothing, is painful, and, when combined with excessive traction on the umbilical cord of a placenta implanted in the fundus of the uterus, may promote uterine inversion.

When the placenta has not been delivered with gentle umbilical cord traction and uterine massage after 30 minutes, the placenta should be removed manually with the mother either under general anesthesia or after a tocolytic drug has been given intravenously in combination with sufficient parenteral analgesia. Nitroglycerin is particularly useful in this situation as a tocolytic (DeSimone et al., 1990). It may be given by translingual spray (400 μg/metered spray, 1–2 sprays repeated every 3–5 minutes for a maximum of three doses in 15 minutes) or by intravenous injection (50–150 μg, repeated in 30–60 seconds if blood pressure is stable).

In rare instances, placental retention may be due to *placenta accreta*, the result of defective decidua basalis. It is characterized by the attachment and growth of chorionic villi directly into the myometrium. If the placenta cannot be removed manually and placenta accreta is suspected, hysterectomy is usually required to avoid catastrophic hemorrhage. The etiology of placenta accreta is not known, but there is a strong association with implantation of the placenta in the lower uterine segment, placenta previa, and prior cesarean delivery.

A report of 22 cases of placenta accreta by Read and coworkers (1980) suggests that in cases of focal or partial placenta accreta without excessive blood loss, conservative management may be successful. The conservative approach includes curettage of the retained placenta or suturing of the bleeding site (in cases of cesarean delivery) and should be considered only when the preservation of fertility is of utmost importance and with the awareness that hysterectomy will be necessary if the conservative approach does not promptly control the blood loss.

The episiotomy and vaginal or cervical lacerations are also sources of blood loss in the third stage of labor. Careful inspection of the vagina and cervix immediately after delivery allows one to identify lacerations of these structures so that they can be repaired promptly. Prompt repair also facilitates the management of an unexpected hemorrhage in the immediate recovery period by allowing the obstetrician to promptly attend to uterine atony.

In the event of an immediate postpartum hemorrhage, the patient's vital signs should be monitored frequently, adequate intravenous lines established promptly, adequate fluid replacement started with lactated Ringer's infusion, and preparations made for blood transfusion. Thereafter, a prompt review of possible sources of hemorrhage should be accomplished, including:

1. Uterine atony.
2. Cervical, vaginal, or uterine lacerations.
3. Coagulopathies (spontaneous or iatrogenic).
4. Adherent placenta (accreta).
5. Uterine inversion.

Real-time ultrasound scan is helpful in identifying retained portions of placenta or residual blood clots within the uterus.

Because the usual source of hemorrhage is uterine atony, intravenous oxytocin should be given in amounts adequate to compensate for the decreased sensitivity of the postpartum uterus to this drug (Hendricks, 1962). Usually, 20–30 units of oxytocin in 1000 ml of fluid given at an infusion rate not to exceed 100 mU/minute suffices. Because this amount of oxytocin far exceeds the threshold for its maximum antidiuretic effect (Munsick, 1970), it must be recognized that fluid overloading is a potential danger in these patients. Bolus injections of oxytocin may cause hypotension and should be avoided, especially in patients who are at risk of volume depletion from hemorrhage (Hendricks