# NEONATOLOGY

RJ
254
.N46
1981

# NEONATOLOGY

Second Edition

## Pathophysiology and Management of the Newborn

Edited by

GORDON B. AVERY, M.D., Ph.D.

Professor of Child Health and Development
George Washington University School of Medicine
Director, Division of Neonatology
Children's Hospital National Medical Center
Washington, DC

with 71 Contributors

WAYNE STATE UNIVERSITY
MAR 19 1982
MEDICAL LIBRARY

J. B. Lippincott Company
PHILADELPHIA TORONTO

# Contents

Contributors xiii
Preface xvii
Preface to the First Edition xix

I GENERAL CONSIDERATIONS

1 Perspectives on Neonatology—1980 • HARRY H. GORDON 3
- Historical Background 3
- The Development of Perinatal Medicine 6
- Continuing Problems and Concerns 7
- Ethical Dilemmas 8
- Relation to Normal Delivery 10

2 The Morality of Drastic Intervention • GORDON B. AVERY 13
- Statement of the Problem 13
- The Law and the Courts 13
- *Primum non Nocere*—First, Do No Harm 14
- Interested Parties to the Decision 14
- Who Decides 14
- The Handling of Feelings 15
- Summary 16

3 The Organization of Perinatal Care with Particular Reference to the Newborn • PAUL R. SWYER 17
- Introduction 17
- The Regional Organization for Reproductive Medical Care 35
- Conclusion 44

4 The Role of the Nurse in Neonatology 48
- Theoretical and Administrative Considerations 48 • MITZI L. DUXBURY
  - Nursing Administration of the Unit 49
  - Burn-out and Turn-over 50
- Moral or Ethical Concerns for Nurses in Neonatal Intensive Care Units 52 • RUTH D. WEISE
- Neonatal Transport 53 • JUDITH A. CANNON
  - History 53

Case No. 1:05-cv-00827-REB-KLM Document 130-35 filed 10/02/06 USDC Colorado pg 4 of 15




Methods of Transport 54
Personnel 54
Equipment 55
Procedure for Transport 56
Babies with Special Needs 58
Regular Evaluations 59
Patient Care in the ICN 59 • MARY BETH L. HOUSE AND MICHELE M. DOMBKIEWICZ
Staffing Requirements 59
Admission 60
General Care 61
Feedings 63
The Premature 65
The Nurse's Role in Growth and Development 67
Special Care 68
Discharge Planning 77
Family-centered Nursing Care 78 • JUDYTH TODD BROWN AND DIANE V. BERNSTEIN
Historical Perspectives 78
Bonding and Attachment 78
Transfer 79
Admission to the Neonatal Intensive Care Unit 79
Care of the Patients of the Critically Ill Child 81
Care of Parents of the Infant with a Defect 82
Care of Parents of the Chronically Ill Child 83

II THE FETAL PATIENT

5 Fetomaternal Interaction • JOSEPH DANCIS 91
The Fetal Membranes 91
Comparative Placentology 92
Immunologic Interactions 92
Fundamentals of Placental Transfer 95
Antepartum Nutrition 98
Antepartum Excretion of Bilirubin 99
The Placenta as an Endocrine Organ 100
The Amniotic Fluid 102

6 Management of the High-risk Pregnancy • EDWARD J. QUILLIGAN, DAVID J. NOCHIMSON, AND ROGER K. FREEMAN 105
Fetal Maturity 106
Clinical Assessment of Placental Function 110
Management of Specific High-risk Situations 113
Summary 118

7 Management of Labor and Delivery • EDWARD H. HON AND KEE S. KOH 120
Effects of Labor on the Fetus 120
Fetal Heart Rate 121
Fetal Scalp Blood Sampling 123
Management of Labor and Delivery 124
Fetal Distress 126
Comments 128

8 Obstetric Anesthesia • JOHN STEPHEN NAULTY 132
The Pain of Parturition 132
Labor Pain 133
Administration of Obstetric Anesthesia 133
Current Obstetric Anesthetic Practice 134
Obstetric Anesthesia Without Drugs 134
Obstetric Anesthesia Using Drugs 135
Fetal and Neonatal Effects of Obstetric Anesthesia 139
Conclusion 142

9 The Onset of Respiration • NICHOLAS M. NELSON 145
The First Breaths 146
Stimuli for Breathing 148
Pulmonary Adaptation 149
Circulatory Adaptation 150
Pulmonary Mechanics 153
Pulmonary Ventilation 160
Summary 165

III TRANSITION AND STABILIZATION

10 Thermoregulation in the Newborn • JON W. SCOPES 171
Physiology of Temperature Control in the Infant 171
Physics of Heat Exchange in the Baby 173
Optimal Thermal Environment 174

11 Delivery Room Manag[...] Newborn • RODERIC H. PH[...]
The Fetal Circulation
Neonatal Circulation
Pathophysiology of Int[...] and Resuscitation

12 Assessment of Weight [...] Age • LULA O. LUBCHEN[...]
Gestational Age 205
Determination of Gest[...]
Neonatal Morbidity 2[...]
Long-term Follow-up

13 Needs of the Term Inf[...] ERNEST N. KRAYBILL 225
Delivery Room Care
Prevention of Infectior[...]
Feeding Routines 227
Screening Procedures
The Infant–Family Rel[...]
Duration of the Hospit[...]

14 The Special Problems [...] Infant • ROBERT H. USHER
Introduction 230
Borderline Premature I[...]
Moderately Premature
Extremely Premature I[...]
Premature Infant Seque[...] Rates 257
Overview 259

15 The Small-for-Date Infa[...] GEORGE CASSADY 262
History and Introductio[...]
Significance of the Prol[...]
Definition 263
Diagnosis 263
Causes 265
Compositional Changes
Functional Changes in
Management 274
Outcome 275

16 The Infant of the Diabe[...] ANNE B. FLETCHER 287
The Diabetic Mother a[...] Pregnancy 287

Case No. 1:05-cv-00827-REB-KLM Document 130-35 filed 10/02/06 USDC Colorado pg 5 of 15



8
ing 77
Nu Care 78
WN D
IN
ectives 78
tachment 78
e Neonatal Intensive Care
ents of the Critically Ill
of the Infant with a
of the Chronically Ill
Labor and Delivery 124
126
hesia • JOHN STEPHEN
turition 132
3
of Obstetric
133
ic thetic Practice 134
hes. ithout Drugs 134
hesia Using Drugs 135
atal Effects of Obstetric
139
2
spiration •
N 145
hs 146
thing 148
ptation 149
ptation 150
hanics 153
tilation 160
t Exchange in the
al Environment 174

11 Delivery Room Management of the Newborn • RODERIC H. PHIBBS 182
- The Fetal Circulation 182
- Neonatal Circulation 182
- Pathophysiology of Intrapartum Asphyxia and Resuscitation 183
- High-risk Pregnancies 188
- Initial Evaluation 189
- Resuscitation of the Asphyxiated Infant 189
- Meconium Aspiration 199
- Counseling of Parents 199

IV THE NEWBORN INFANT

12 Assessment of Weight and Gestational Age • LULA O. LUBCHENCO 205
- Gestational Age 205
- Determination of Gestational Age 208
- Neonatal Morbidity 214
- Long-term Follow-up 222

13 Needs of the Term Infant • ERNEST N. KRAYBILL 225
- Delivery Room Care 225
- Prevention of Infection 226
- Feeding Routines 227
- Screening Procedures 227
- The Infant–Family Relationship 228
- Duration of the Hospital Stay 229

14 The Special Problems of the Premature Infant • ROBERT H. USHER 230
- Introduction 230
- Borderline Premature Infants 231
- Moderately Premature Infants 231
- Extremely Premature Infants 241
- Premature Infant Sequelae and Mortality Rates 257
- Overview 259

15 The Small-for-Date Infant • GEORGE CASSADY 262
- History and Introduction 262
- Significance of the Problem 262
- Definition 263
- Diagnosis 263
- Causes 265
- Compositional Changes in SGA 268
- Functional Changes in SGA 272
- Management 274
- Outcome 275

16 The Infant of the Diabetic Mother • ANNE B. FLETCHER 287
- The Diabetic Mother and Her Pregnancy 287
- The Infant of the Diabetic Mother 289
- Metabolic Abnormalities in the IDM 290
- Treatment of the IDM 295

17 Psychological Needs of the Mother in Early Mother–Infant Interactions • ARNOLD J. SAMEROFF 303
- Mother–Infant Attachment 303
- The Mother 306
- The Child 308
- The Maternity Setting 311
- Fostering Motherhood 317

18 Behavioral Competence of the Newborn Infant • T. BERRY BRAZELTON 322
- Effects of *In Utero* Environment 323
- Neonatal Behavioral Assessments 329
- Sensory Capacities 336
- Organization of Motor Behavior 342
- Learning in the Neonatal Period 343

19 Follow-up Studies of the High-Risk Newborn • PAMELA M. FITZHARDINGE AND KAREN E. PAPE 350
- Organization of a Follow-up Program 350
- Outcome for Specific Categories of Neonates 354
- Specific Neonatal Complications in Full-term and Premature Infants 362

20 Acute Respiratory Disorders in the Newborn • MILDRED T. STAHLMAN 371
- Development of the Lung 371
- Circulatory Adaption and its Effects on Neonatal Respiratory Distress 374
- Hyaline Membrane Disease (HMD) 376
- Type II Respiratory Distress Syndrome (RDS) 388
- Intrauterine Aspiration Pneumonia (Massive Aspiration Syndrome, Meconium Aspiration Pneumonia) 390
- Other Aspiration Syndromes 391
- Infections of the Newborn Lung 392

Case No. 1:05-cv-00827-REB-KLM Document 130-35 filed 10/02/06 USDC Colorado pg 6 of 15




Pulmonary Hemorrhage in the Newborn 395
Pneumothorax, Pneumomediastinum, and Interstitial Emphysema 395

21 Chronic Lung Disorders • JOAN E. HODGMAN 398

Introduction 398
Bronchopulmonary Dysplasia (BPD) 398
Chronic Effect of Pulmonary Disease 405
Chronic Pulmonary Disease in the Immature Lung 406
Conclusions 409

22 Special Techniques in Managing Respiratory Problems • W. ALAN HODSON AND WILLIAM E. TRUOG, III 412

Introduction 412
Principles of Management of Respiratory Failure 412
Establishment and Maintenance of Airway 412
Oxygen Therapy 417
Venilatory Assistance 424
Other Respiratory Problems 431
Intensive Care Setting 434

23 Neonatal Heart Disease • DONALD C. FYLER AND PETER LANG 438

Introduction 438
Physiology 442
Diagnosis 445
Management 449
Ventricular Septal Defect 451
Patent Ductus Arteriosus 453
Endocardial Cushion Defect 455
Total Anomalous Pulmonary Venous Drainage 456
Coarctation of the Aorta 458
Hypoplastic Left Heart Syndrome 460
Aortic Stenosis 461
D-Transposition of the Great Arteries 461
Tetralogy of Fallot 464
Pulmonary Atresia with an Intact Ventricular Septum 465
Heterotaxy Syndrome 467
Dextrocardia 468
Primary Myocardial Disease 469
Rhythm Disturbances 470

24 Neonatal Jaundice • M. JEFFREY MAISELS 473

Introduction 473
Neonatal Bilirubin Metabolism 474
Fetal Bilirubin Metabolism 478
Physiologic Jaundice of the Newborn 478
Approach to the Jaundiced Infant 482
Normal Serum Bilirubin Levels 485
Causes of Indirect Hyperbilirubinemia 493
Bilirubin Toxicity 497
Management of Hyperbilirubinemia 511
Prevention of Hyperbilirubinemia 527
Cholestatic Jaundice 528
Neonatal Hepatitis and Extrahepatic Biliary Atresia (EHBA) 529

25 Hematologic Problems • FRANK A. OSKI 545

Anemia 545
Polycythemia in the Newborn 564
Fetal Hemoglobin, the Neonatal Red Cell, and 2,3-Diphosphoglycerate 565
Coagulation Disturbances 567
Leukocyte Disturbances 577

26 Carbohydrate Homeostasis in the Fetus and Newborn • RICHARD M. COWETT AND LEO STERN 563

Glucose Homeostasis in the Fetus 583
Glucose Homeostasis at Delivery 584
Glucose Homeostasis in the Newborn 584
Hypoglycemia in the Newborn 586
Imprecise/Diminished Hepatic Glucose Production 586
Hyperinsulinism 589
Evaluation of Neonatal Hypoglycemia 592
Hyperglycemia in the Newborn 592
Treatment 593

27 Calcium and Magnesium Homeostasis in the Newborn • REGINALD C. TSANG AND JEAN J. STEICHEN 600

Calcium 600
Calciotropic Hormones 600
Neonatal Hypocalcemia 603
Magnesium 607
Magnesium Deficiency and Hypomagnesemia 607
Hypermagnesemia 608

28 Inherited Metabolic Disorders • Y. EDWARD HSIA AND BARRY WOLF 612

Introduction 612
Family History 613
Diet History 614
Clinical Features of Metabolic Errors 615
Clinical Abnormalities 622
Screening 630
Diagnosis 634
Treatment 637
Prenatal Diagnosis 64(

29 Fluid and Electrolyte M
WILLIAM OH 643

Body Composition in th
Neonatal Period 643
Principles of Fluid and
Therapy 647
Specific Clinical Condit
Electrolyte Problems
Technical Aspects of Pa
Therapy 657

30 Renal Diseases • PEDRO
LETICIA U. TINA, ZOE L. PAPAD
PHILIP L. CALCAGNO 661

Human Renal Anatomic
Development 661
Human Renal Physiolog
Clinical Evaluation of R
Acquired Renal Abnorn
Acute Renal Failure 6
Edema of the Newborn
Diuretics in the Develo
Kidney Infections 681
Functional Abnormaliti
Kidney 683
Failure to Thrive with I

31 Immunology of the Fet
• JOSEPH A. BELLANTI AND AT

Introduction 701
General Development o
System: Role of the I
Development of the Dif
of the Immune Syste
Maternal-Fetal-Neonata
Relationships 709
Immunologic Conseque
Infections 713
Immunologic Evaluatio
Newborn 715
Conclusion 720

32 Bacterial and Viral Inf
Newborn • GEORGE H. M

Pharmacologic Basis of
Therapy 723
Nosocomial Bacterial I
Nosocomial Viral Infec
Sepsis Neonatorum 7
Meningitis 733
Osteomyelitis and Septi
Cutaneous Infections

Jaundice of the Newborn 478
the Jaundiced Infant 482
ım Bilirubin Levels 485
ıdi
ubinemia 493
xicity 497
t of Hyperbilirubinemia 511
of Hyperbilirubinemia 527
Jaundice 528
epatitis and Extrahepatic
resia (EHBA) 529

Problems • FRANK A.

5
a in the Newborn 564
globin, the Neonatal Red Cell,
iphosphoglycerate 565
Disturbances 567
Disturbances 577

te Homeostasis in the Fetus
m • RICHARD M. COWETT AND
3

neostasis in the Fetus 583
neostasis at Delivery 584
neostasis in the Newborn 584
ia in the Newborn 586
minished Hepatic Glucose
ı 586
ism 589
f N ıtal
mia 92
ia in the Newborn 592
593

d Magnesium Homeostasis
orn • REGINALD C. TSANG AND
V 600

0
opic Hormones 600
l Hypocalcemia 603
607
um Deficiency and
nagnesemia 607
agnesemia 608

tabolic Disorders •
AND BARRY WOLF 612

612
ry 613
614
ures of Metabolic Errors 615
ormalities 622
30
34

Treatment 637
Prenatal Diagnosis 640

29 Fluid and Electrolyte Management • WILLIAM OH 643

Body Composition in the Fetal and Neonatal Period 643
Principles of Fluid and Electrolyte Therapy 647
Specific Clinical Conditions with Fluid and Electrolyte Problems 651
Technical Aspects of Parenteral Fluid Therapy 657

30 Renal Diseases • PEDRO A. JOSE, LETICIA U. TINA, ZOE L. PAPADOPOULOU, AND PHILIP L. CALCAGNO 661

Human Renal Anatomical Development 661
Human Renal Physiology 662
Clinical Evaluation of Renal Function 669
Acquired Renal Abnormalities 672
Acute Renal Failure 674
Edema of the Newborn 678
Diuretics in the Developing Kidney 681
Kidney Infections 681
Functional Abnormalities of the Kidney 683
Failure to Thrive with Renal Disease 689

31 Immunology of the Fetus and Newborn • JOSEPH A. BELLANTI AND ATTILIO L. BONER 701

Introduction 701
General Development of the Immune System: Role of the Environment 701
Development of the Different Components of the Immune System 703
Maternal-Fetal-Neonatal Relationships 709
Immunologic Consequences of Intrauterine Infections 713
Immunologic Evaluation of the Newborn 715
Conclusion 720

32 Bacterial and Viral Infections of the Newborn • GEORGE H. MCCRACKEN, JR. 723

Pharmacologic Basis of Antimicrobial Therapy 723
Nosocomial Bacterial Infections 724
Nosocomial Viral Infections 727
Sepsis Neonatorum 728
Meningitis 733
Osteomyelitis and Septic Arthritis 737
Cutaneous Infections 738
Urinary Tract Infection 739
Neonatal Syphilis 740
Neonatal Ophthalmia 740
Diarrheal Disease 742
Lower Respiratory Tract Infection 743

33 Chronic Congenital and Perinatal Infections • DAVID W. REYNOLDS, SERGIO STAGNO, AND CHARLES A. ALFORD, JR. 748

Introduction 748
Rubella 749
Toxoplasmosis 758
Cytomegalovirus 764
Herpes Simplex Virus 771
Syphilis 778

34 Surgery of the Neonate • JUDSON G. RANDOLPH, R. PETER ALTMAN, AND KATHRYN D. ANDERSON 790

General Considerations 790
Lesions of the Head and Neck 791
Distress from Respiratory Obstruction 795
The Esophagus 798
Abdominal Surgery: General 807
Intestinal Obstruction, Abnormalities of Rotation, Malrotation, and Midgut Volvulus 810
Abnormalities of the Umbilicus and Abdominal Wall 823

35 Congenital Abnormalities of the Kidney and the Collecting System • A. BARRY BELMAN 832

Embryology 832
Renal Abnormalities 832
The Urinary Drainage System 837
Ureteral Obstruction 840
The Penis 845
The Urethra 850
Urinary Tract Infection 855

36 Neoplasia in the Neonate and the Young Infant • JEFFREY G. ROSENSTOCK AND AUDREY E. EVANS 858

Neoplasms 860

37 Congenital Malformations • MURRAY FEINGOLD 870

Types of Inheritance 870
Chromosomal Abnormalities 872
Evaluating the Malformed Infant 873
Common Malformation Syndromes 878
Physical Norms for Syndromes 885

Case No. 1:05-cv-00827-REB-KLM Document 130-35 filed 10/02/06 USDC Colorado pg 8 of 15




38 **Orthopedics in the Newborn** • PAUL P. GRIFFIN 890

Physical Examination 890
Musculoskeletal Anomalies 891
Generalized Musculoskeletal Anomalies 903
Birth Injuries 903
Bone and Joint Infections 907

39 **Neurologic Disorders** • JOSEPH J. VOLPE AND RICHARD KOENIGSBERGER 910

Neurologic Evaluation of the Neonate 910
Normal Neurologic Findings 910
Abnormal Neurologic Findings 913
Transillumination 918
Laboratory Studies 919
Apneic Spells and Periodic Breathing 920
Seizures 923
Hypoxic-Ischemic Perinatal Brain Injury 930
Intracranial Hemorrhage 938
Developmental Disorders 944

40 **Disorders of Neurosurgical Importance** • THOMAS H. MILHORAT 964

Excessive Cranial Enlargement 964
Abnormal Cranial Configuration 974
Meningomyelocele and Related Disorders 979

41 **Neuromuscular Diseases** • GLORIA D. ENG 987

Traumatic Peripheral Nerve Palsies 987
Congenital Torticollis 992
Tone Problems 994
Laboratory Aids 999

42 **Nutrition** • GORDON B. AVERY AND ANNE B. FLETCHER 1002

The Physiology of Digestion and Absorption 1002
Specific Nutritional Constituents (Significance, Requirements, Deficiency States) 1011
Feeding the Term and Preterm Infant 1019
Specialized Feeding Techniques in the Newborn and Premature Infant 1030
Disorders of Nutrition 1040

43 **Dermatologic Conditions** • ANDREW M. MARGILETH 1061

Physiologic and Genetic Variations 1061
Trauma 1066
Diaper Dermatitis 1067
Miscellaneous Skin Lesions 1069
Nail, Sweat, and Hair Defects 1070
Nevi and Tumors 1072
Developmental Vascular Abnormalities 1076
Infections of the Skin 1085
Blistering Diseases: Noninfectious 1091
Scaling Disorders 1097
Eczema in the Newborn 1099
Idiopathic Dermatoses 1100

44 **Endocrine Disorders in the Newborn** • ALFRED M. BONGIOVANNI AND THOMAS MOSHANG, JR. 1104

Sexual Ambiguity and Gonadal Disorders 1104
Disorders of the Adrenal Gland 1112
Disorders of the Thyroid 1119

45 **Eye Disorders in Neonates** • DAVID S. FRIENDLY 1128

History and Examination Techniques 1128
Ophthalmia Neonatorum (Conjunctivitis) 1131
Cataracts 1132
Infantile Glaucoma 1133
Retrolental Fibroplasia 1135
Retinoblastoma 1138
Aniridia 1138
Toxoplasmosis 1139
Cytomegalovirus Disease 1140
Rubella Syndrome 1140
Retinal Dangers Associated with Phototherapy for Hyperbilirubinemia 1141

46 **Drugs and the Perinatal Patient** • GEORGE P. GIACOIA AND SUMNER J. YAFFE 1144

Introduction 1144
General Considerations 1144
Pharmacology of Pregnancy 1145
Fetal Pharmacology 1147
Neonatal Pharmacology 1150
Specific Drugs: Clinical Considerations 1154
Recent Advances in Neonatal Therapeutics 1165
Conclusion 1167

**Appendices** 1173
**Index** 1227


# Contributo


**R. Peter Altman, M.D.**
Professor of Surgery
Columbia Presbyterian College
Surgeons; and
Chief, Division of Pediatric Surg
Babies' Hospital
Columbia Presbyterian Medical
New York, New York

**Charles A. Alford, Jr., M.D.**
Meyer Professor of Pediatric Re
Department of Pediatrics
University of Alabama in Birmi
School of Medicine
Birmingham, Alabama

**Kathryn D. Anderson, M.D.**
Associate Professor of Surgery
Development
George Washington University
Senior Attending Surgeon
Children's Hospital National M
Washington, DC

**Gordon B. Avery, M.D., Ph.D.**
Professor of Child Health and D
George Washington University
Director, Division of Neonatolo
Children's Hospital National M
Washington, DC

**Joseph A. Bellanti, M.D.**
Professor of Pediatrics and Mic
Director, International Center f
Studies of Immunology
Georgetown University School
Washington, DC

Case No. 1:05-cv-00827-REB-KLM Document 130-35 filed 10/02/06 USDC Colorado pg 9 of 15

# 38

# Orthopedics in the Newborn

*Paul P. Griffin*

The orthopedic or musculoskeletal examination of the newborn is a significant part of the evaluation of the neonate. Normal variations in contour, size, relationships, and range of motion of joints are influenced by genetic factors and by *in utero* position. These must be distinguished from congenital anomalies and traumatic lesions. The basic principle, that the earlier appropriate treatment is started the better the correction, makes it incumbent upon those caring for the neonate to make the diagnosis early and to obtain appropriate consultation promptly.

## PHYSICAL EXAMINATION

The musculoskeletal system is examined first by inspection, looking for anomalies in contour and position, and observing the spontaneous and reflex movements of the infant; and second, by palpation and manipulation to determine whether there are abnormalities of passive motion. This is followed by stimulation, where indicated, to observe active motion.

A routine for examining a newborn should be developed so that the examination will be complete. This routine may vary with each physician, but each part of the musculoskeletal system should be examined systematically.

### Head and Neck

The neck is examined passively for rotation, lateral flexion, anterior flexion, and extension. Rotation of 80° and lateral flexion of 40° should be present. Both of these motions are normally symmetrical to the right and left. Extension and flexion are difficult to measure, but in flexion the chin should touch or nearly touch the chest wall, and on extension the occiput should touch or almost touch the back of the neck. When there is asymmetrical rotation or lateral flexion, or when motion is limited, radiographs of the neck should be made.

### Upper Extremities

The clavicle and shoulder girdle including the scapula and proximal humerus, elbow, forearm, and hand are inspected and palpated looking for anomalies in contour and postural attitudes. Range of motion of the shoulder girdle is evaluated. Flexion and abduction of the shoulder is 175° to 180°. Extension, internal rotation, and external rotation of the shoulder should be at least 25°, 80° and 45° respectively.

The elbow is next inspected and its motion is evaluated. Normally the newborn's elbow lacks 10° to 15° from going to full extension and flexes 145°. The forearm should pronate and supinate at least 80°. Limitation of these two motions can be easily missed. Supination



...pronation are tested by ...
...is at the side of the trunk ...
...flexed 90° with one hand, ...
...pronation are checked wit...
...flexes 75° or 80° and ext...
...normally clenched fist ...
...uld have full passive extens...
...all fingers. Active finger e...
...ited if necessary by a pinp...
...ension should be to 0° at ...
...langeal joint, but active e...
...rphalangeal joint usually ...
... going to 0°.

### ...pine

...the newborn, congenital ...
...ne are not readily detect...
...mination. However, gros...
...recognized by inspection ...
...passive flexion, extension ...
...of the spine. Flexion and ...
...smooth and regular, but la...
...lightly asymmetrical seco...
...ition. A hairy patch, cut...
...tern, or lipomatous mas...
...tale signs of underlying a...

### ...wer Extremities

The lower extremities are ...
...etry, variations in contou...
...ze. The hips of a newborn ...
...erally have a flexion cont...
...the Thomas test. This tes...
...xing both hips fully, then ...
...be tested while the oppo...
...xion to lock the pelvis. ...
...grees that the extended ...
...ing to 0° extension is the ...
...ntracture present. It is no...
...orn to have a 25° to 30° fle...
...e hip flexion contracture ...
...es during the first 12 wee...
...occasion will be prese...
...onths. The stability of the ...
...evaluated by doing an ...
...g. 38-14). Internal and e...
...e hip in general will rang...
... and abduction between ...
...ormal adduction is betwee...
...Babies who have not b...
...osition will generally ha...
...ntracture of 10° to 25° wit...
...flex to 120° to 145°. In t...



**Fig. 38-18.** A 3-week-old infant had a birth fracture of the proximal epiphysis of the femur.

the metaphysis is likely to be displaced above the center of the acetabulum as well as displaced laterally. After several days of incomplete separation, the hip will no longer be painful, and, in my experience, most of these have been recognized only after callus formation is seen on an incidental radiograph or after a large massive callus presents as a firm tumorous mass in the groin or upper thigh (Fig. 38-18). If the diagnosis is recognized before healing is underway, the hip should be manipulated gently and immobilized in flexion and abduction for 10 to 14 days. When the diagnosis is uncertain, aspiration of the joint will help differentiate the fracture from the congenital dislocation and acute pyarthrosis. If a fracture is present, blood should be found in the joint.

The diagnosis of a fracture separation of the distal femoral epiphysis can be made by x-ray studies. Ossification of the distal femoral epiphysis is present at birth and even slight displacement and angulation can be recognized. If there is swelling around the knee and pain on passive motion, a radiograph will confirm the diagnosis. Treatment is by immobilization in plaster for 10 to 14 days, if displacement is not severe. When displacement or angulation is excessive, traction should be applied to the leg for reduction and immobilization of the fracture.

## Brachial Plexus Injuries (See also Chap. 41)

Traumatic neuropathy of the brachial plexus is one of the more common birth injuries. It is the result of traction and lateral flexion of the neck. In vertex presentations, it occurs by traction and lateral flexion applied to deliver the shoulder, and in breech by traction and lateral flexion to deliver the head.

The clinical picture is easily recognized by the absence of motion of the involved extremity in the moro reflex. There may be supraclavicular swelling and the clavicle may be fractured in addition to the plexus injury.

There are three types of obstetric palsy and the clinical findings are different in each. The upper plexus type is called Erb–Duchenne (Fig. 38-19), and in this the C5 and C6 nerve roots are affected. In the lower plexus type, known as Klumpke's, the C8 and T1 roots are involved. The third type is a total involvement of all roots that make up the plexus. If the C5 and C6 roots are affected, the shoulder is held internally rotated with the forearm supinated and the elbow extended and the wrist and fingers flexed. When the lower roots, C8 and T1, are involved, the hand is flaccid with little or no control. When the entire plexus is affected, the total extremity is flaccid.

The early treatment of the obstetric palsy is conservative. Myelography and surgical exploration have little to offer in the management of this problem. Recovery of function depends of course on the degree of injury. When the injury is a neuropraxia, complete recovery over several weeks usually takes place. When there is a neurotomesis no recovery takes place. Because it is not possible to say which degree of injury is present, all should be treated by prevention of further injury to the plexus by gentle handling. The arm needs protection for the first 4 or 5 days until swelling has subsided. After this period, the joints of the arm may be carried through a passive range of motion several times each day to maintain flexibility. The paralyzed muscles should be supported in a position of relaxation for most of each day, care being taken that a contraction



**Fig. 38-**

of the protected muscles d
ervated muscles undergo
become contractured, pro
formity.

Passive exercises, prote
sive active exercises shoul
months and years, as lon
progressive improvement.
Certain residual deformitie
surgically.

## BONE AND JOINT INFEC

Osteomyelitis and acute
cur in the neonate althou
as in older infants. The pr
are different in osteomy
thritis and the difference
importance.

***Osteomyelitis*** occurs aln
atogenous spread from
oral, or other lesion.
Streptococcus are the mo
organisms. The infection
physis of long bones. Ba

Case No. 1:05-cv-00827-REB-KLM Document 130-35 filed 10/02/06 USDC Colorado pg 11 of 15



ster for 10 to 14 days, i
t severe. When displace
on ; excessive, traction
o tl g for reduction and
he fracture.

njuries
41)

athy of the brachial plexus
common birth injuries. It
tion and lateral flexion of
presentations, it occurs by
flexion applied to deliver
in breech by traction and
liver the head.
re is easily recognized by
on of the involved extrem-
lex. There may be supra-
and the clavicle may be
n to the plexus injury.
pes of obstetric palsy and
are different in each. The
is called Erb–Duchenne
this the C5 and C6 nerve
In the lower plexus type,
s, the C8 and T1 roots are
ype is a total involvement
e up the plexus. If the C5
cted, the shoulder is held
ith the forearm supinated
nd nd the wrist and
the wer roots, C8 and
hand is flaccid with little
n the entire plexus is af-
emity is flaccid.
t of the obstetric palsy is
graphy and surgical ex-
o offer in the management
very of function depends
gree of injury. When the
xia, complete recovery
sually takes place. When
esis no recovery takes
ot possible to say which
sent, all should be treated
ther injury to the plexus.
he arm needs protection
days until swelling has
period, the joints of the
through a passive range
es each day to maintain
zed muscles should be
n of relaxation for most
taken that a contraction



**Fig. 38-19.** An Erb–Duchenne type of brachial plexus injury.

of the protected muscles does not occur. Denervated muscles undergo fibrosis which can become contractured, producing a fixed deformity.

Passive exercises, protection, and progressive active exercises should be continued for months and years, as long as there is some progressive improvement. At 3 to 5 years, certain residual deformities can be improved surgically.

## BONE AND JOINT INFECTIONS

Osteomyelitis and acute septic arthritis occur in the neonate although not as frequently as in older infants. The priorities of treatment are different in osteomyelitis and septic arthritis and the differences are of paramount importance.

***Osteomyelitis*** occurs almost always by hematogenous spread from either a cutaneous, oral, or other lesion. Staphylococcus and streptococcus are the most frequent causative organisms. The infection begins in the metaphysis of long bones. Bacteria reach the metaphysis through the nutrient artery, which terminates in the sinusoids adjacent to the epiphyseal plate.[9,10] The rate of flow in the sinusoid is slower, creating an ideal situation for bacteria to settle and begin to multiply. Edema, vascular engorgement, and cellulitis is followed by thrombosis and abscess formation, with destruction and absorption of trabeculae. The purulent exudate in the metaphysis spreads by way of Volkmann canals to the periosteal space and elevates the loosely attached periosteum, which responds by laying down new bone over the original cortex. The new bone is the envolucrum. In infants, unlike older children, the exudate perforates the cortex of the metaphysis early and does not spread down the diaphysis, sparing the endosteal and haversian vessels, and therefore does not cause massive sequestrum as readily as in older children.

In children beyond infancy, the epiphyseal plate acts as a barrier that prevents spread to the epiphysis. In the infant, Trueta has shown that vessels cross the epiphyseal plate, so that infection of the metaphysis may spread to the

ıre of spina bifida cystica. Arch
3, 1963
Results of treatment of menin
. Analysis of 524 unselec
h special reference to possible
treatment. Dev Med Child Neu
71

# 41

# Neuromuscular Diseases

*Gloria D. Eng*

The principles of rehabilitation medicine are important in the evaluation and treatment of infants who present with nerve or muscle problems which affect tone, posture, and movement, congenital or traumatic in origin. They include accurate diagnosis, prevention of functional loss, minimizing deformity which exaggerates with growth, training in compensatory movements when function is permanently lost, and effective assistance of infants to reach maximum potential despite permanent disability. The parents are integrally involved and educated in the treatment program which they can apply daily to their infants.

The more common clinical disorders coming under the purview of rehabilitation medicine are herein detailed.

## TRAUMATIC PERIPHERAL NERVE PALSIES

Traumatic peripheral palsies in the newborn are usually associated with difficult deliveries. The infant's head and face may be subject to prolonged pressure; the baby may have difficulty slipping his shoulders through the birth canal because of their width; or if he presents in breech position, too much traction may be exerted on his legs. The peripheral nerves lying under the thin skin and subcutaneous tissue are vulnerable to pressure, stretch, or actual avulsion.

### Facial Palsy

Frequently following a complicated delivery, facial palsy may occur, particularly where there is extended impingement of the baby's head against the maternal sacrum, prolonged application of forceps, or intracranial bleeding with or without skull fracture. The infant is unable to wrinkle his forehead, close his eye, or suck the nipple without dribbling on the affected side. (Fig. 41-1.) This condition must be differentiated from congenital maldevelopment of the seventh nerve nucleus itself, which is frequently bilateral, and associated with abducens palsy, as seen in the Möbius syndrome. It should not be confused with persistent partial congenital palsies associated with chondrocardiac anomalies (i.e., Klippel–Feil, Sprengel's deformity), phocomelia, and cardiac malformations, or maldevelopment of the visceral arches. Central facial palsy involves the lower portion of the face and is characterized by flattening of the nasolabial fold, a droop of the involved corner of the mouth, and widening of the palpebral fissure. It is usually associated with anoxia at birth. To be distinguished from all the others is a

Case No. 1:05-cv-00827-REB-KLM Document 130-35 filed 10/02/06 USDC Colorado pg 13 of 15



lasia of the depressor anguli or
nth-old infant.

abilization or gradual recovery
t.

uction latency. The facial nerv
ront of the ear, and the impulse
the frontalis or levator anguli
g. 41-3). If the nerve loses all
ctrical stimulation, the prog
This test may be done 7 days

nd strength duration curve
is is delivered directly to the
ne threshold of response rises
nerates. These tests may be
on

ram (EMG). This may be
ys after onset. Absence of
ity, presence of fibrillation
arp waves depict a state of
study is particularly useful
luate regeneration and grad

nfants with facial palsy re
ily within several days to
livery, the pathophysiology
undoubtedly one of mild
nfants who are referred for
isually more seriously in
umbers are not large in the
acial palsies affecting chil
and Adour's series of 61
ears of age seen over a 4
5 were the result of birth
ed 28 patients with facial
period.[3] Only 11 were seen
od; 6 had traumatic palsies
al palsies associated with
nly 1 infant out of the 6





Fig. 41-3. Nerve conduction latency determination in a 6-week-old baby with hypoplasia of the left depressor anguli oris muscle.

traumatic palsies did not recover spontaneously by 5 months of age. If there was evidence of degeneration of the nerve on initial electrodiagnostic studies, then the nerve regenerated at approximately an inch per month. The congenital group did not change on follow-up because, in this group, there was agenesis of a lower branch or the entire lower division of the facial nerve.

General principles of management have been formulated based on our experience with this problem. If the clinical picture and electrodiagnosis suggest mild involvement or neuropraxia, no treatment is required. If partial denervation exists, then physical therapy, including massage, electrical stimulation, and later active exercises, is prescribed. If there is further loss of nerve excitability after 72 hours from onset, surgical decompression may be indicated. In none of our infants was the last consideration necessary. The use of corticosteroids to suppress edema and inflammation seems to hold no justification in birth palsy. Methylcellulose drops and taping of the involved eye to prevent excoriation of the cornea may be the only treatment indicated.

## Brachial Plexus Palsy

The brachial plexus may be injured during delivery when the infant's head has been delivered and his shoulders are trapped in the birth canal. Hyperextension of the head may exert traction on the cervical roots and plexus.

**Erb's palsy** is paralysis of the muscles of the arm supplied by components of C5 and C6 nerve roots. It is the most common form of paralysis and is clinically obvious in an infant who has a one-side Moro reflex, whose affected arm hangs limply adducted and internally rotated at the shoulder, extended and pronated at the elbow, and with flexed wrist in the typical "waiter's tip" posture (Fig. 41-4).

**Klumpke's paralysis** affects only the muscles of the hand supplied by C8 to T1 nerve roots. It is rarely seen in infancy as an isolated entity. Total plexus involvement affects all the muscles in the arm because the entire plexus from C5 to T1 has been damaged (Fig. 41-5). The arm lies motionless, usually with absence of sweat and sensation, and the hand is small, dry, and atrophic. The deep tendon reflexes are markedly diminished or regularly absent in the affected arm.



Fig. 41-4. A 2-month-old baby girl with a left Erb's palsy.

Case No. 1:05-cv-00827-REB-KLM Document 130-35 filed 10/02/06 USDC Colorado pg 14 of 15





A

Fig. 41.5. A. Newborn baby girl with complete brachial plexus palsy involving the left arm. Note the atrophy of the pectoralis major muscle, also the Horner's syndrome: ptosis of the left lid. B. At 1 year of age, she has return of the function of the C5, C6 supplied muscles, but no return of the C7, C8 and T1 muscles. The hand is atrophic and devoid of sensation. Note the persistent Horner's syndrome.



B

In our early report and in subsequent study of 135 of those unfortunate infants, the obstetric histories have been complicated.[4,5] Long, difficult labors and the use of general anesthesia were the rule. The babies, with the exception of one, weighed between 3600–7000 g. The incidence of abnormal presentation was high. Associated defects included torticollis; facial palsies; subluxation of the shoulder; fracture of the clavicle and humerus; slippage of the capital head of the radius; subluxation of the cervical spine with evidence of traction injury of the cervical cord; ipsilateral diaphragmatic paralysis; and even periadrenal hemorrhage; all, suggest the traumatic nature of these deliveries. Horner's syndrome associated with complete plexus palsy was seen in eight of our infants.

EMG is extremely useful in accurate anatomic delineation of the extent of pathology in these arms, to determine severity of denervation and estimate prognosis. The first examination can be accomplished 2 to 3 weeks after birth. Serial studies at 6-week intervals will give information on the degree of return. The EMG recovery precedes the clinical return of function by several weeks, and, as in all nerve lesions with the exception of neuropraxia, the regeneration proceeds at approximately an inch per month.

Treatment is critical and includes early and meticulous movement of the joints in the paralyzed extremity. Scapulohumeral winging, limitation of internal and external rotation, abduction of the shoulder, loss of supination of the elbow, flexion deformity of the wrist, and tight adduction of the thumb quickly develop without treatment. Supportive splints to hold the wrist and hand in good alignment may be indicated. Electrical stimulation of the denervated muscle to prevent fibrosis is recommended. To be effective, treatment must be started early, be applied with regularity, and be of sufficient current intensity to cause maximal muscle contraction. As recovery ensues, active exercises to strengthen the proximal shoulder girdle and arm muscles are included.

the infant must be made
tremity as a part of himsel
Sequelae, even in the
include scapular winging (
shoulder abduction, and
More serious complicatio
bone growth (Fig. 41-7),
sensation, and total lack o
arm by the infant even wit
and sensory recovery.

## Lumbosacral Plexus Inj

Such injury is suspect
presents with paralysis of
of involvement may be det
examination and substanti
frequency of this injury i
occurring primarily after
eries. In 128 neonatal perip
over a 7-year period, only
sacral traction injury have



A

Fig. 41-7. A. A 4-week
At 3 years of age. Not
intrinsic muscles are w

5. A. Newborn baby girl with
e brachial plexus palsy involv
left arm. Note the atrophy of
oralis major muscle, also the
; syndrome: ptosis of the left
.t 1 year of age, she has return
inction of the C5, C6 supplied
but no return of the C7, C8
nuscles. The hand is atrophic
oid of sensation. Note the per
Horner's syndrome.

ie with evidence of traction
al cord; ipsilateral diaphrag
id even periadrenal hemor
t the traumatic nature of
Horner's syndrome associ
e plexus palsy was seen in
s.
ely useful in accurate ana
f the extent of pathology in
termine severity of dener
e prognosis. The first ex
accomplished 2 to 3 weeks
stud at 6-week intervals
on the degree of return
precedes the clinical return
eral weeks, and, as in all
1 the exception of neuro
ation proceeds at approxi
month.
ical and includes early and
ient of the joints in the
/. Scapulohumeral winging
ial and external rotation
houlder, loss of supination
on deformity of the wrist
1 of the thumb quickly de
ment. Supportive splints to
iand in good alignment may
rical stimulation of the de
prevent fibrosis is recom
ective, treatment must be
oplied with regularity, and
ent intensity to cause max
ction. As recovery ensues
strengthen the proxima
arm muscles are included

The infant must be made aware of that extremity as a part of himself.

Sequelae, even in the mildest paralysis, include scapular winging (Fig. 41-6), loss of shoulder abduction, and elbow supination. More serious complications include loss of bone growth (Fig. 41-7), persistent loss of sensation, and total lack of awareness of the arm by the infant even with good neuromotor and sensory recovery.

## Lumbosacral Plexus Injury

Such injury is suspect in an infant who presents with paralysis of one leg. The extent of involvement may be determined by clinical examination and substantiated by EMG. The frequency of this injury is undoubtedly low, occurring primarily after frank breech deliveries. In 128 neonatal peripheral palsies studied over a 7-year period, only 3 cases of lumbosacral traction injury have come to our atten-



**Fig. 41-6.** Note the winging of the scapula in an 18-month-old baby girl with a C5, C6, C7 brachial plexus palsy.




**Fig. 41-7. A.** A 4-week-old boy with complete brachial plexus palsy involving the right arm. **B.** At 3 years of age. Note the length discrepancy and loss of growth of the right arm. The hand intrinsic muscles are weak and sensation is not intact.