Case No. 1:05-cv-00827-REB-KLM   Document 130-39   filed 10/02/06   USDC Colorado
pg 1 of 23

NELSON
TEXTBOOK
OF
PEDIATRICS

14TH ED.

MEDICINE
RJ
45
N4
1992

# *NELSON* ▌▌▌▌▌ **Textbook** *of* **Pediatrics**

■  ■  ▣  ■  ▣  ■  **FOURTEENTH EDITION**

## RICHARD E. BEHRMAN, M.D.

Managing Director
Center for the Future of Children
David and Lucile Packard Foundation;
Clinical Professor of Pediatrics
Stanford University and UCSF;
Attending Physician
Lucile Salter Packard
Children's Hospital at Stanford
Stanford, California

### *Associate Editor*
## ROBERT M. KLIEGMAN, M.D.

Vice Chairman and Associate Director of Pediatrics
Rainbow Babies and Childrens Hospital
Cleveland, Ohio;
Professor of Pediatrics
Case Western Reserve University School of Medicine
Cleveland, Ohio

### *Senior Editors*
## WALDO E. NELSON, M.D.

Professor of Pediatrics
Medical College of Pennsylvania and
Temple University School of Medicine;
Attending Physician
St. Christopher's Hospital for Children
Philadelphia, Pennsylvania

## VICTOR C. VAUGHAN III, M.D.

Clinical Professor of Pediatrics
Stanford University;
Attending Physician
Lucile Salter Packard
Children's Hospital at Stanford
Stanford, California

**W. B. SAUNDERS COMPANY**
Harcourt Brace Jovanovich, Inc.

Philadelphia  London  Toronto  Montreal  Sydney  Tokyo

# CONTENTS

## 1

**THE FIELD OF PEDIATRICS** ..................... 1

SCOPE AND HISTORY OF PEDIATRICS  1
PATTERNS OF HEALTH CARE  3
PLANNING A SYSTEM OF CARE  3
COSTS OF HEALTH CARE  4
EVALUATION OF HEALTH CARE  4
GROWTH OF SPECIALIZATION  4
NEED FOR CONTINUING SELF-EDUCATION  4
*Richard E. Behrman*

## 2

**ETHICAL AND CULTURAL ISSUES IN PEDIATRICS** ................................... 6

ETHICS IN PEDIATRIC CARE .................... 6

CONCEPTUAL ISSUES ......................... 6

COMMON CLINICAL ETHICAL DILEMMAS ......... 7

Withholding and Withdrawing Life Support ......... 7

Screening ...................................... 8

Adolescent Health Care .......................... 8

Experimentation .................................. 8

Definition of Death ............................. 9

Maternal-Fetal Conflicts ......................... 9

Allocation of Limited Health Care Resources (Distributive Justice) .......................... 9
*Norman Fost*

CULTURAL ISSUES IN PEDIATRIC CARE ....... 10
*Lee M. Pachter*

## 3

**GROWTH AND DEVELOPMENT** .................. 13

Introduction ...................................... 13

STATISTICAL PRINCIPLES IN ASSESSMENT
OF VARIABILITY IN GROWTH AND
DEVELOPMENT  13

Fetal Growth and Development .................... 14

The Newborn Infant .............................. 15

Infant Born Prematurely .......................... 18

The 1st Year ..................................... 18

FIRST 3 MONTHS OF LIFE  19
3–6 MONTHS  20
6–12 MONTHS  20

The 2nd Year ..................................... 21

Preschool Years .................................. 22

Early School Years ............................... 27
*Victor C. Vaughan III*
*Iris F. Litt*

Adolescence ...................................... 28

EARLY ADOLESCENCE  28
MIDDLE ADOLESCENCE  31

LATE ADOLESCENCE  32
*Iris F. Litt*
*Victor C. Vaughan III*

Assessment of Growth and Development ........... 32

ASSESSMENT OF PHYSICAL GROWTH AND
DEVELOPMENT  32
VARIABILITY IN BODY PROPORTIONS  33
EVALUATION OF OSSEOUS MATURATION  37
EVALUATION OF DENTAL DEVELOPMENT  37
SPECIAL FEATURES OF GROWTH IN THE
RESPIRATORY TRACT  38
SPECIAL FEATURES OF GROWTH IN THE
CARDIOVASCULAR SYSTEM  38
SPECIAL ASPECTS OF METABOLISM AND
NUTRITION  38
DEVELOPMENTAL ASPECTS OF DRUG
METABOLISM  39
TECHNIQUES OF PHYSICAL MEASUREMENTS  39

Assessment of Neurodevelopmental Status ......... 41

Assessment of Psychosocial Development .......... 43
*Victor C. Vaughan III*
*Iris F. Litt*

**PSYCHOSOCIAL DIMENSIONS OF PEDIATRICS** ................................... 43

INTRODUCTION .................................... 43

Some Conceptual Models of Child Development .... 43

Phases of Development ........................... 45

SOCIAL ISSUES .................................. 50

Adoption ......................................... 50

Foster Care ...................................... 51

Effects of a Mobile Society ....................... 51

Separation and Death ............................ 51

Impact of Television ............................. 53

ASSESSMENT AND INTERVIEWING ............... 53

The Clinical Interview (History) ..................... 53

Other Sources for Assessment ..................... 55

PSYCHOSOCIAL PROBLEMS ..................... 56

Psychiatric Considerations of Central Nervous
System Injury ..................................... 56

Psychosomatic Disorders ......................... 57

Disorders Related to Vegetative Functions .......... 58

RUMINATION DISORDER  58
PICA  58
ENURESIS (BEDWETTING)  58
ENCOPRESIS  59
SLEEP DISORDERS  59

Habit Disorders .................................. 59

Anxiety Disorders ................................ 60

Affective Disorders ............................... 61

MAJOR DEPRESSION  62
DYSTHYMIC DISORDER  63
BIPOLAR DISORDER  63

Suicide and Attempted Suicide ..................... 63

Disruptive Behavioral Disorders .................... 65

xiv

## CONTENTS

Attention Deficit Hyperactivity Disorder (ADHD) ..... 67

Sexual Behavior and Its Variations ................. 69

GENDER IDENTITY DISORDER (GID) 70
HOMOSEXUALITY 70

## PSYCHOSIS IN CHILDHOOD ..................... 71

EARLY ONSET .................................... 71

Infantile Autism .................................... 71

Pervasive Developmental Disorder ................. 71

LATE ONSET .................................... 72

Borderline Personality Disorder ..................... 72

## PSYCHOLOGIC TREATMENT OF CHILDREN AND ADOLESCENTS ........................... 72

Psychopharmacology ............................. 73

Psychotherapy .................................... 74

Hospitalization .................................... 75
Richard F. Dalton, Jr.
Marc A. Forman
Betty A. Muller

## ABUSE AND NEGLECT OF CHILDREN .......... 78

The Spectrum of Child Abuse and Neglect .......... 78

Physical Abuse ................................... 79

Sexual Abuse .................................... 81

Nonorganic Failure to Thrive (from Neglect) ......... 82
Barton D. Schmitt
Richard D. Krugman

## NEURODEVELOPMENTAL DYSFUNCTION IN THE SCHOOL-AGED CHILD ..................... 84

ETIOLOGY 84
CLINICAL MANIFESTATIONS 84
DIAGNOSIS (ASSESSMENT) 88
TREATMENT 89
Melvin D. Levine

## CHILDREN WITH SPECIAL HEALTH NEEDS: AN OVERVIEW ................................. 90
James M. Perrin
Jack P. Shonkoff

Chronic Illness in Childhood ..................... 91

EPIDEMIOLOGY 91
ISSUES COMMON TO DIVERSE CHRONIC
CONDITIONS 92
DEVELOPMENTAL ASPECTS OF LONG-TERM
ILLNESS 93
CHARACTERISTICS OF PROGRAMS AND
SERVICES FOR FAMILIES 93
PEDIATRIC CARE IN THE COMMUNITY 94
James M. Perrin

Mental Retardation .............................. 94

Jack P. Shonkoff

## CARE OF THE CHILD WITH A FATAL ILLNESS ....................................... 98

CARE OF PARENTS 98
CARE OF THE CHILD 99
OTHER RESOURCES 99
MANAGEMENT OF PAIN 99
TERMINAL CARE 100
DEATH OF THE NEWBORN INFANT 100
POST MORTEM EXAMINATION 100
Victor C. Vaughan III

## INTERACTION BETWEEN THE CHILD AND THE FAMILY ................................. 101

BASIC ASSUMPTIONS AND TENETS 101
APPLICATIONS AND IMPLICATIONS FOR
CLINICAL PRACTICE 102
COPING WITH CHRONIC ILLNESS 103
Jack H. Medalie

# 4

## NUTRITION AND NUTRITIONAL DISORDERS ................................. 105

NUTRITIONAL REQUIREMENTS ................. 105

Water ........................................... 105

Calories ......................................... 105

Proteins ......................................... 107

Carbohydrates ................................... 107

Fats ............................................. 109

Minerals ........................................ 109

Vitamins ........................................ 109

Miscellaneous Factors ........................... 109

Evaluation of Diet ............................... 114

Feeding of Infants ............................... 115

Breast-Feeding .................................. 116

ESTABLISHING AND MAINTAINING THE
MILK SUPPLY 117
TECHNIQUE OF BREAST-FEEDING 118

Formula Feeding ................................. 120

TECHNIQUE OF ARTIFICIAL FEEDING 120
COMPARISON OF HUMAN MILK AND
COW'S MILK 120
MILK USED IN FORMULAS 122
MILK FORMULAS 124

Other Foods .................................... 126

First-Year Feeding Problems ..................... 127

Feeding During the Second Year of Life ........... 129

VEGETARIAN DIET 130
DIET FOR ATHLETIC ACTIVITIES 130

NUTRITIONAL DISORDERS ..................... 130

Malnutrition .................................... 130

MARASMUS 130
PROTEIN MALNUTRITION 131
MALNUTRITION IN CHILDREN BEYOND
INFANCY 132
PROTEIN EXCESS 133

Obesity ......................................... 133

Vitamins ........................................ 134

VITAMIN A DEFICIENCY 134
VITAMIN B COMPLEX DEFICIENCY 136
THIAMINE DEFICIENCY 136
RIBOFLAVIN DEFICIENCY 137
NIACIN DEFICIENCY 137
PYRIDOXINE (VITAMIN B₆) DEFICIENCY 138
BIOTIN 139
VITAMIN B₁₂ 139
VITAMIN C (ASCORBIC ACID) 139
RICKETS OF VITAMIN D DEFICIENCY 141
TETANY OF VITAMIN D DEFICIENCY 145
HYPERVITAMINOSIS D 145
VITAMIN E DEFICIENCY 146
VITAMIN K DEFICIENCY 146
Lewis A. Barness

# 5

## PREVENTIVE PEDIATRICS AND EPIDEMIOLOGY ........................ 147

PRIMARY PREVENTION ........................ 148

SECONDARY AND TERTIARY PREVENTION ...... 154

EPIDEMIOLOGY IN PEDIATRICS ................ 155

CHILD HEALTH IN THE DEVELOPING WORLD .... 157
*Edward A. Mortimer, Jr.*

CHILDREN AT SPECIAL RISK ................... 160
NATIVE AMERICANS, INCLUDING ALASKAN ESKIMOS AND ALEUTS  160
CHILDREN OF MIGRANT FARM WORKERS  161
CHILDREN OF IMMIGRANTS  161
HOMELESS CHILDREN  162
RUNAWAY YOUTH  162
FOSTER CHILDREN  162
CHILDREN IN POVERTY  163
INHERENT STRENGTHS IN VULNERABLE CHILDREN AND INTERVENTIONS  164
*Robert J. Haggerty*

HEALTH ADVICE FOR TRAVELING CHILDREN ... 165
GENERAL RECOMMENDATIONS  165
IMMUNIZATIONS  165
TRAVELERS' DIARRHEA  168
MALARIA CHEMOPROPHYLAXIS  168
*Robert A. Salata*

# 6

## GENERAL CONSIDERATIONS IN THE CARE OF SICK CHILDREN ................ 171

CLINICAL EVALUATION OF THE WELL AND SICK CHILD: OBSERVATION, HISTORY, AND PHYSICAL EXAMINATION ................ 171
*Paul L. McCarthy*

PATHOPHYSIOLOGY OF BODY FLUIDS ........ 176

Water ........................ 176
TOTAL BODY WATER  176
REGULATION OF BODY WATER  177
MECHANISMS FOR DISTRIBUTING FLUID WITHIN THE BODY  179
OSMOLALITY OF BODY FLUIDS  179

Sodium ........................ 179
BODY CONTENT OF SODIUM  179
REGULATION OF SODIUM  179
DISTRIBUTION OF BODY SODIUM  181
INFLUENCE OF DISEASE STATES  181

Potassium ........................ 182
BODY CONTENT OF POTASSIUM  182
REGULATION OF POTASSIUM  182

Calcium ........................ 184
BODY CALCIUM  184
REGULATION  184

Magnesium ........................ 185
TOTAL BODY MAGNESIUM  185
REGULATION  185

Hydrogen Ion ........................ 186
TERMINOLOGY  186
REGULATING MECHANISMS  186
USUAL ACID-BASE BALANCE  188
DISTURBANCES OF ACID-BASE BALANCE  189
CLINICAL ASSESSMENT OF ACID-BASE DISORDERS  190
INTRACELLULAR pH  191
CEREBROSPINAL FLUID pH  192

Chloride ........................ 192

Phosphorus ........................ 193
BODY PHOSPHORUS  193
REGULATION OF PLASMA PHOSPHATE  194

PARENTERAL FLUID THERAPY ................ 195

Maintenance Therapy ........................ 195
REPLACEMENT OF NORMAL LOSSES  195
MODIFICATION OF MAINTENANCE REQUIREMENTS BY DISEASE STATES  196
ADMINISTRATION OF MAINTENANCE REQUIREMENTS  197

Deficit Therapy ........................ 198
SEVERITY OF DEFICIT  198
TYPES OF DEHYDRATION  198
ESTIMATION OF MAGNITUDE AND TYPE OF DEFICIT  199

Principles of Therapy ........................ 201
SIMPLIFIED METHODS TO CALCULATE REQUIREMENTS  203

Therapy in Specific Disease States ................ 204
DIARRHEA  204
PYLORIC STENOSIS  206
FASTING AND THIRSTING  206
SALICYLATE POISONING  206
ELECTROLYTE DISTURBANCES ASSOCIATED WITH CENTRAL NERVOUS SYSTEM DISORDERS  207
PREOPERATIVE, INTRAOPERATIVE, AND POSTOPERATIVE FLUIDS  208
ISOLATED DISTURBANCES IN CONCENTRATIONS OF ELECTROLYTES  208

Parenteral Solutions ........................ 211

TETANY ........................ 211
HYPOCALCEMIC TETANY  212
HYPOMAGNESEMIC TETANY  214
*Alan M. Robson*

FAILURE TO THRIVE ........................ 214
*Giulio J. Barbero*

ACCIDENTAL INJURY AND EMERGENCY MEDICAL SERVICES FOR CHILDREN ........... 216

Accidental Injury ........................ 216

Emergency Medical Services for Children ........... 217
PREHOSPITAL CARE  217
HOSPITAL-BASED PEDIATRIC EMERGENCY CARE  221
MAJOR TRAUMA MANAGEMENT IN THE EMERGENCY DEPARTMENT  222
*Joseph E. Simon*

Pediatric Critical Care ........................ 224
INTENSIVE CARE OF THE CHILD  227
PATTERNS OF PRESENTATION IN CRITICAL CARE  229
*Peter R. Holbrook*

Drowning and Near-Drowning ........................ 230
*A. W. Conn*

Burn Injuries ........................ 233
*Hugo F. Carvajal*

TRANSPLANTATION MEDICINE ................ 238

Transplantation Immunology ........................ 238

Principles of Immunosuppression ................ 240

Organ Donation ........................ 241

Bone Marrow Transplantation ........................ 242

**xviii** CONTENTS

Hypoxia-Ischemia ................................ 458
Pediatric Emergencies in the Delivery Room ........ 459
DISTURBANCES OF ORGAN SYSTEMS ........... 461
Respiratory Tract ................................ 461
  TRANSITION TO PULMONARY
    RESPIRATION  461
  APNEA  462
  HYALINE MEMBRANE DISEASE (HMD)  463
  TRANSIENT TACHYPNEA OF THE
    NEWBORN  469
  ASPIRATION OF FOREIGN MATERIAL  469
  MECONIUM ASPIRATION  469
  PERSISTENT FETAL CIRCULATION (PFC)  470
  EXTRAPULMONARY EXTRAVASATION
    OF AIR  471
  INTERSTITIAL PULMONARY FIBROSIS  472
  LOBAR EMPHYSEMA  473
  LUNG CYSTS  473
  PULMONARY HEMORRHAGE  474
  CONGENITAL PULMONARY
    LYMPHANGIECTASIA  474
  CHYLOTHORAX  474

DIGESTIVE SYSTEM ............................ 474
  MECONIUM ILEUS IN CYSTIC FIBROSIS  475
  NEONATAL NECROTIZING
    ENTEROCOLITIS (NEC)  476
  JAUNDICE AND HYPERBILIRUBINEMIA IN
    THE NEWBORN  476
  KERNICTERUS  479

The Blood ........................................ 481
  ANEMIA IN THE NEWBORN INFANT  481
  HEMOLYTIC DISEASE OF THE NEWBORN  482
  PLETHORA IN THE NEWBORN INFANT  486
  HEMORRHAGE IN THE NEWBORN INFANT  486

Genitourinary System ............................. 488
The Cranium ...................................... 488
The Skin .......................................... 488
The Eye ........................................... 488
The Umbilicus .................................... 488
Metabolic Disturbances ........................... 489
  HYPERTHERMIA IN THE NEWBORN  489
  NEONATAL COLD INJURY  489
  EDEMA  489
  HYPOCALCEMIA (TETANY)  490
  HYPOMAGNESEMIA  490
  HYPERMAGNESEMIA  490
  OTHER METABOLIC DISEASES  490
  SUBSTANCE ABUSE AND WITHDRAWALS  490
  LATE METABOLIC ACIDOSIS  492

The Endocrine System ............................ 492
  INFANTS OF DIABETIC MOTHERS  492
  HYPOGLYCEMIA  493
  Robert M. Kliegman
  Richard E. Behrman

INFECTIONS OF THE NEWBORN ................. 495
General Considerations ............................ 495
Nosocomial Nursery Infection ...................... 500
Clinical Syndromes ............................... 501
  NEONATAL SEPSIS  501
  CONJUNCTIVITIS  504
  HEPATITIS  505
  MENINGITIS  506
  OSTEOMYELITIS AND SEPTIC ARTHRITIS  507
  OTITIS MEDIA  507
  PNEUMONIA  507
  URINARY TRACT INFECTION  509

Specific Bacterial Infections ....................... 509
  CHLAMYDIA  509
  ENTERIC ORGANISMS  509
  GROUP B STREPTOCOCCUS (GBS)  509
  LISTERIA  513
  SPIROCHAETIS  513
  STAPHYLOCOCCI  513
  TUBERCULOSIS  513

Genital Mycoplasma .............................. 513
Specific Viral Infections .......................... 514
  CYTOMEGALOVIRUS (CMV)  514
  ENTEROVIRUSES  516
  HERPES SIMPLEX VIRUS (HSV)  517
  HUMAN IMMUNODEFICIENCY VIRUS (HIV)  520
  PARVOVIRUS B19  520
  RUBELLA  520
  VARICELLA  522

Candida .......................................... 523
Toxoplasmosis .................................... 524
  Samuel P. Gotoff

# 10

SPECIAL HEALTH PROBLEMS DURING
ADOLESCENCE ................................... 525
Accidents ........................................ 525
Psychosocial Problems ............................ 525
  DEPRESSION  525
  SUICIDE  526
  SUBSTANCE ABUSE  526
  SLEEP DISORDERS  532
  ANOREXIA NERVOSA AND BULIMIA  533

Problems Related to Adolescent Sexuality .......... 534
  PREGNANCY  534
  CONTRACEPTION  534
  SEXUALLY TRANSMITTED DISEASES  536

Menstrual Problems of Adolescents ................ 537
  AMENORRHEA  537
  MENOMETRORRHAGIA  538
  DYSMENORRHEA  539
  PREMENSTRUAL SYNDROME  539
  TOXIC SHOCK SYNDROME  540

The Breast ....................................... 540
Skin Problems .................................... 540
Orthopedic Problems .............................. 540
Delivery of Health Care to Adolescents ............. 540
  LEGAL ISSUES  541
  SCREENING  541
  HEALTH ENHANCEMENT  543
  Iris F. Litt

# 11

IMMUNITY, ALLERGY, AND DISEASES
OF INFLAMMATION .............................. 545
THE IMMUNOLOGIC SYSTEM .................... 545
  PHYSIOLOGY  545
Assessment of T and B Cells ...................... 548
  T CELLS  548
  B CELLS  549
  DISEASES DUE TO IMMUNOLOGIC
  DEFICIENCY ..................................... 550

Primary Immunodeficiency ........................ 550

Primary B Cell Diseases ......................... 551

PANHYPOGAMMAGLOBULINEMIA  551
COMMON VARIABLE IMMUNODEFICIENCY  552
SELECTIVE DEFICIENCIES  552

Primary T Cell Diseases ......................... 553

DiGEORGE ANOMALY  553
NEZELOF SYNDROME  554
CARTILAGE-HAIR HYPOPLASIA  554

Combined T and B Cell Disease ................... 554

COMBINED IMMUNODEFICIENCY DISEASE
(CID)  554
COMBINED IMMUNODEFICIENCY DISEASE
AND LETTERER-SIWE SYNDROME  555
WISKOTT-ALDRICH SYNDROME  555
ATAXIA-TELANGIECTASIA  555
CHRONIC MUCOCUTANEOUS CANDIDOSIS  556
GRAFT-VERSUS-HOST DISEASE (GVHD)  556

Secondary Immunodeficiency Diseases ............ 556
Richard Hong

COMPLEMENT AND ASSOCIATED DISEASES .... 557

Complement ...................................... 557

Diseases of the Complement System .............. 560

PRIMARY DEFICIENCIES OF COMPLEMENT
COMPONENTS  560
PRIMARY DEFICIENCIES OF COMPLEMENT
CONTROL PROTEINS  561
SECONDARY DEFICIENCIES OF
COMPLEMENT  561
DIAGNOSIS OF DISORDERS OF THE
COMPLEMENT SYSTEM  562
MANAGEMENT OF DISORDERS OF THE
COMPLEMENT SYSTEM  562

Richard B. Johnston, Jr.

THE PHAGOCYTIC SYSTEMS AND
ASSOCIATED DISEASES ...................... 563

NORMAL PHYSIOLOGY OF THE PHAGOCYTIC
INFLAMMATORY RESPONSE  563
LEUKOCYTE ADHESION DEFICIENCY
(LAD): A GENETIC DISORDER OF
ADHESION-DEPENDENT
LEUKOCYTE FUNCTION  564
NEUTROPHIL GRANULE DEFECTS  566
CHRONIC GRANULOMATOUS DISEASE  567
DISORDERS OF NEUTROPHIL OXIDATIVE
METABOLISM OTHER THAN CGD  569

Robert L. Baehner

ALLERGIC DISORDERS ......................... 570

IMMUNOLOGIC BASIS OF ATOPIC DISEASE  570
CHEMICAL MEDIATORS OF ALLERGIC
REACTIONS AND MECHANISMS
OF RELEASE  572
GENERAL AND SPECIFIC METHODS OF
DIAGNOSIS  574
PRINCIPLES OF TREATMENT OF ALLERGIC
DISORDERS  578
PHARMACOLOGIC THERAPY  579
IMMUNOTHERAPY  584

Respiratory Allergy ............................ 585

ALLERGIC RHINITIS  586
ASTHMA  587

Atopic Dermatitis .............................. 596

Urticaria-Angioedema .......................... 599

Anaphylaxis ................................... 601

Serum Sickness ............................... 602

Adverse Reactions to Drugs .................... 603

Insect Allergy ................................. 606

Ocular Allergies ............................... 607

Adverse Reactions to Foods .................... 608
R. Michael Sly

RHEUMATIC DISEASES OF CHILDHOOD ....... 610

Laboratory Studies in the Rheumatic Diseases ...... 610

Juvenile Rheumatoid Arthritis .................. 612

Ankylosing Spondylitis ......................... 621

Other Spondyloarthropathies in Children ......... 622

Systemic Lupus Erythematosus (SLE) ........... 624

NEONATAL LUPUS PHENOMENA  627

Vasculitis Syndromes .......................... 627

HENOCH-SCHÖNLEIN PURPURA
(VASCULITIS)  628
KAWASAKI DISEASE  629
RARE VASCULITIC FORMS  631

Dermatomyositis ............................... 632

Scleroderma ................................... 633

Rheumatic Syndromes of Uncertain Classification ... 634

MIXED CONNECTIVE TISSUE DISEASE  634
FASCIITIS  635

Miscellaneous Conditions Associated with
Rheumatic Symptoms or Signs in Children ........ 635

BENIGN RHEUMATOID NODULES  635
ERYTHEMA NODOSUM  636
SARCOIDOSIS  636
STEVENS-JOHNSON SYNDROME  636
GOODPASTURE SYNDROME  636
FIBROSITIS-FIBROMYALGIA  636
RELAPSING NODULAR NONSUPPURATIVE
PANNICULITIS  636
RELAPSING POLYCHONDRITIS  636
SYNDROME OF NEONATAL FEVER, RASH, AND
ARTHROPATHY  636
BEHÇET SYNDROME  636
SJÖGREN SYNDROME  637

Nonrheumatic Conditions Mimicking Rheumatic
Diseases of Childhood ......................... 637
Jane Green Schaller

Rheumatic Fever .............................. 640
Edward L. Kaplan

# 12

INFECTIOUS DISEASES ....................... 647

GENERAL CONSIDERATIONS .................. 647

FEVER ...................................... 647

Fever as a Manifestation of Serious
Bacterial Disease ............................ 648
Robert M. Kliegman
Richard E. Behrman

Fever of Unknown Origin ..................... 651

Fever Associated with Diseases of the Central
Nervous System ............................. 654
Ralph D. Feigin

Rash ....................................... 657
Robert M. Kliegman
Ralph D. Feigin
Richard E. Behrman

CLINICAL USE OF THE MICROBIOLOGY
LABORATORY ............................... 658

Laboratory Diagnosis of Bacterial Infections ........ 658

Laboratory Diagnosis of Viruses ............... 659

xx

CONTENTS

Laboratory Diagnosis of Other Organisms ........... 660

Molecular Biology in Microbiologic Diagnosis ........ 660

Infection Control ................................... 661
*Stanley A. Plotkin*

## DISORDERS CAUSED BY A VARIETY OF INFECTIOUS AGENTS ............................ 662

Diarrhea .......................................... 662
*Ralph D. Feigin*
*Marshall L. Stoller*

Acute Aseptic Meningitis ........................... 664

Encephalitis ....................................... 666
*James D. Cherry*

INFECTIONS IN THE COMPROMISED HOST ...... 669
*Robert M. Kliegman*
*Ralph D. Feigin*
*Richard E. Behrman*

## BACTERIAL INFECTIONS ......................... 681

Bacteremia and Septicemia ......................... 681
*Robert M. Kliegman*
*Richard E. Behrman*

Acute Bacterial Meningitis Beyond the
Neonatal Period ................................... 683

Osteomyelitis and Septic Arthritis .................. 691
   OSTEOMYELITIS  691
   SEPTIC ARTHRITIS  694

Streptococcal Infections ........................... 698

Staphylococcal Infections .......................... 703
*Robert M. Kliegman*
*Ralph D. Feigin*
   TOXIC SHOCK SYNDROME (TSS)  708
   *Ralph D. Feigin*

Pneumococcal Infections ........................... 709
*Ralph D. Feigin*
*Carrie Byington*

Haemophilus Influenzae ........................... 711
   INFECTIONS DUE TO *HAEMOPHILUS
   INFLUENZAE* TYPE B  712
   *Sheldon L. Kaplan*
   *Ralph D. Feigin*

Meningococcal Infections .......................... 713
*Ralph D. Feigin*
*Rebecca Snider*

Gonococcal Infections ............................. 716
*Ralph D. Feigin*
*Robert Sugerman*

Diphtheria ........................................ 720

Pertussis ......................................... 724
*Ralph D. Feigin*

Diarrheagenic Escherichia Coli ..................... 727
*Thomas G. Cleary*

Infections Due to Salmonellae ..................... 729
   NONTYPHOIDAL SALMONELLOSIS  729

Typhoid Fever .................................... 731
*Ralph D. Feigin*

Shigellosis ....................................... 734
*Thomas G. Cleary*

Cholera .......................................... 736
*Michael H. Merson*

Infections Due to Pseudomonas ................... 738
*Ralph D. Feigin*

Brucellosis ....................................... 741
*Ralph D. Feigin*
*Mark A. Groshek*

Yersinial Infections ............................... 742

Tularemia ........................................ 744

Listeriosis ....................................... 745
*Ralph D. Feigin*

Tetanus .......................................... 747

Other Clostridial Infections ....................... 750
   BOTULISM  752

Anaerobic Infections Other Than Clostridial ........ 754
*Ralph D. Feigin*
*Kathleen M. Finta*

Campylobacter Enteritis ........................... 757
*Ralph D. Feigin*

Helicobacter Pylori (Campylobacter Pyloridis) ...... 758
*Ralph D. Feigin*
*Ameeta B. Martin*

Legionellosis ..................................... 759

Pittsburgh Pneumonia Agent ...................... 761
*Ralph D. Feigin*

Actinomycosis .................................... 761

Nocardiosis ...................................... 762

Tuberculosis ..................................... 763
   CLINICAL FORMS OF TUBERCULOSIS  764
   CHEMOTHERAPY OF TUBERCULOSIS  769
   PREVENTION  771
   TUBERCULOSIS DURING PREGNANCY  771
   *William T. Speck*

Nontuberculous Mycobacteria Infection ............. 772
*William T. Speck*
*James B. Besunder*

Leprosy (Hansen's Disease) ....................... 774
*Richard A. Miller*

Spirochetal Diseases ............................. 777
   SYPHILIS  777
   NONVENEREAL ENDEMIC CHILDHOOD
      SYPHILITIC DISEASES  780
   LEPTOSPIROSIS  781
   RAT-BITE FEVERS  783
   RELAPSING FEVER  784
   LYME DISEASE  785
   *William T. Speck*
   *Philip Toltzis*

Chlamydial Infections ............................ 786
   CHLAMYDIAL CONJUNCTIVITIS AND
      PNEUMONIA IN INFANTS  787
   *CHLAMYDIA PNEUMONIAE*  787
   PSITTACOSIS/ORNITHOSIS  787
   LYMPHOGRANULOMA VENEREUM  788
   *Carol F. Phillips*

Mycoplasmal Infections ........................... 789
   RESPIRATORY MYCOPLASMAS  789
   GENITAL MYCOPLASMAS  790
   *Dwight A. Powell*

## VIRAL INFECTIONS AND THOSE PRESUMED TO BE CAUSED BY VIRUSES .................... 791

Measles .......................................... 791

Rubella .......................................... 794

Exanthem Subitum ................................ 796

Erythema Infectiosum ............................ 797

Herpes Simplex Virus (HSV) .......................... 797

Varicella and Herpes Zoster ....................... 800
  VARICELLA  801
  HERPES ZOSTER  802

Smallpox ................................................ 803
Carol F. Phillips

Cytomegalovirus ...................................... 803
Donald N. Medearis, Jr.

Infectious Mononucleosis ........................... 805
Stanley A. Plotkin

Mumps ................................................... 808
Carol F. Phillips

Influenza Viral Infections ............................ 810

Parainfluenza Viral Infections ...................... 812
James D. Cherry

Infections Due to Respiratory Syncytial Virus ........ 814

Adenoviruses ......................................... 816

Rhinoviral Infections ................................. 817
Kenneth McIntosh

Hepatitis ............................................... 818
Philip A. Brunell

Enteroviruses ......................................... 823
James D. Cherry

Rotavirus .............................................. 831
Robert M. Kliegman
Stanley A. Plotkin

Rabies .................................................. 832
Stanley A. Plotkin

Human Immunodeficiency Virus (HIV) Infection ..... 835
Hugh E. Evans

Slow Viral Infections of the Human
Nervous System ...................................... 842
  SLOW INFECTIONS WITH CONVENTIONAL
    VIRUSES  843
  OTHER CHRONIC CONVENTIONAL VIRAL
    INFECTIONS OF THE NERVOUS SYSTEM  845
  SLOW INFECTIONS WITH UNCONVENTIONAL
    VIRUSES: THE SUBACUTE SPONGIFORM
    ENCEPHALOPATHIES  846
  OTHER DEGENERATIVE DISEASES OF THE
    CENTRAL NERVOUS SYSTEM CAUSED BY
    UNCONVENTIONAL VIRUSES  848
  David M. Asher

Yellow Fever .......................................... 849
Thomas P. Monath

Dengue Fever and Dengue-Like Disease ........... 850

Dengue Hemorrhagic Fever/Dengue
Shock Syndrome ..................................... 852

Other Viral Hemorrhagic Fevers .................... 853
Scott B. Halstead

Antiviral Drugs ....................................... 856
Carol F. Phillips

Rickettsiae ............................................ 857
  TYPHUS FEVER  859
  MURINE TYPHUS  860
  SCRUB TYPHUS  860
  ROCKY MOUNTAIN SPOTTED FEVER  860
  BOUTONNEUSE FEVER  862
  RICKETTSIALPOX  862
  Q FEVER  862
  Mary Lou Clements

Cat-Scratch Disease ................................. 863
William T. Speck

MYCOTIC INFECTIONS ............................. 864

Histoplasmosis ....................................... 864

Blastomycosis ........................................ 866

Cryptococcosis ....................................... 866

Mucormycosis ........................................ 867

Sporotrichosis ........................................ 868

Aspergillosis .......................................... 869
William T. Speck
Stephen C. Aronoff

Coccidioidomycosis .................................. 870
Demosthenes Pappagianis

PARASITIC INFECTIONS .......................... 872

PROTOZOA .......................................... 873

Intestinal Protozoa ................................... 873
  AMEBIASIS  873
  GIARDIASIS  875
  CRYPTOSPORIDIOSIS  875
  OTHER INTESTINAL PROTOZOA  876
  Robert A. Salata
  John N. Aucott

Systemic Protozoan Infections ...................... 876
  MALARIA  876
  David F. Clyde

  AMERICAN TRYPANOSOMIASIS  879
  Nadia Nogueira

  AFRICAN TRYPANOSOMIASIS  882
  Adel A. F. Mahmoud

  TOXOPLASMOSIS  883
  Rima McLeod
  Jack S. Remington

  LEISHMANIASIS  892
  David J. Wyler

  PNEUMOCYSTIS CARINII  895
  PRIMARY AMEBIC MENINGOENCEPHALITIS  895
  William T. Speck

HELMINTHS .......................................... 896

Nematodes ........................................... 896
  INTESTINAL NEMATODES  896
  James W. Kazura
  Adel A. F. Mahmoud

  TISSUE NEMATODES  900
  James W. Kazura

Trematodes ........................................... 903
  BLOOD FLUKES  903
  LIVER FLUKES  904
  INTESTINAL FLUKES  905
  LUNG FLUKES  905

Cestodes ............................................. 905
  TENIASIS AND DIPHYLLOBOTHRIASIS  905
  HYMENOLEPIASIS  906
  ECHINOCOCCOSIS  907
  Adel A. F. Mahmoud

ANTIPARASITIC DRUGS FOR CHILDREN ......... 907
Robert A. Salata

ARTHROPODS AND DISEASE .................... 908
  BLOOD-SUCKING ECTOPARASITES  908
  DIRECT INVASION  918
  CONTACT DERMATITIS  918
  ENVENOMATION  919
  TRANSMISSION OF HUMAN DISEASE  920
  Niranjan Kanesa-thasan
  Stephen C. Aronoff

CONTENTS

# 13

THE DIGESTIVE SYSTEM ......................... 923

ORAL CAVITY .................................... 923

Development of the Teeth ......................... 923

Anomalies Associated with Tooth Development ..... 923

Disorders of the Teeth Associated with
Other Conditions .................................... 924

Malocclusion ....................................... 925

Developmental Abnormalities with Multiple Dental
and Oral Problems .................................. 926

CLEFT LIP AND PALATE 926
PALATOPHARYNGEAL INCOMPETENCE 927
SYNDROMES WITH ORAL MANIFESTATIONS 927

Dental Caries ...................................... 928

Periodontal Diseases .............................. 930

Oral Trauma ....................................... 932

DENTAL INJURIES 932

Common Lesions of the Oral Soft Tissues .......... 933

Salivary Glands .................................... 934

Diseases of the Jaws .............................. 935

Diagnostic Roentgenograms in Dental
Assessment ....................................... 935

David C. Johnsen

GASTROINTESTINAL TRACT ...................... 935

Normal Digestive Tract Phenomena ................ 935

Major Symptoms and Signs of
Digestive Tract Disorders ......................... 936

J. Richard Hamilton

ESOPHAGUS ..................................... 940

Development and Function of the Esophagus ....... 940

Disorders of the Esophagus ........................ 941

ATRESIA AND TRACHEOESOPHAGEAL FISTULA 941
OTHER DISORDERS OF THE ESOPHAGUS 942
ACHALASIA 943
HIATAL HERNIA 943
GASTROESOPHAGEAL REFLUX 943
ESOPHAGITIS 945
ESOPHAGEAL PERFORATION 946
ESOPHAGEAL VARICES 946
FOREIGN BODIES IN THE ESOPHAGUS 946

John J. Herbst

STOMACH AND INTESTINES ...................... 947

Normal Development, Structure, and Function ...... 947

J. Richard Hamilton

Congenital and Perinatal Anomalies of the
Gastrointestinal Tract and Intestinal Obstruction ..... 948

CONGENITAL (INFANTILE) HYPERTROPHIC
PYLORIC STENOSIS 948
CONGENITAL INTESTINAL OBSTRUCTION 950
ATRESIA AND STENOSIS 951
CONGENITAL DUODENAL OBSTRUCTION 951
ANOMALIES OF ROTATION 952
JEJUNAL OR ILEAL OBSTRUCTION 953
CONGENITAL MEGACOLON 954
DIVERTICULA AND DUPLICATIONS 956
ACQUIRED INTESTINAL OBSTRUCTION 957
INTUSSUSCEPTION 958
HERNIAS 959
FOREIGN BODIES IN THE STOMACH AND
INTESTINES 959
MOTILITY DISORDERS 960
CHRONIC IDIOPATHIC INTESTINAL
PSEUDO-OBSTRUCTION 960
ANORECTAL MALFORMATIONS 961

Barry Shandling

Noninfective Inflammatory Gastrointestinal
Disease .......................................... 964

ULCER DISEASE 964
John J. Herbst

INFLAMMATORY BOWEL DISEASE 966
CHRONIC NONSPECIFIC ULCERATIVE
COLITIS 966
CROHN DISEASE 969
NEONATAL NECROTIZING
ENTEROCOLITIS (NEC) 970
ANTIBIOTIC-ASSOCIATED
PSEUDOMEMBRANOUS COLITIS 970
GASTROINTESTINAL SYMPTOMS IN
ANAPHYLACTOID PURPURA 970
GASTROINTESTINAL PROBLEMS IN
HEMOLYTIC-UREMIC SYNDROME 971
BEHÇET SYNDROME 971
DIETARY PROTEIN INTOLERANCE 971
EOSINOPHILIC GASTROENTERITIS 972
MUNCHAUSEN SYNDROME BY PROXY 972

Malabsorptive Disorders .......................... 972

EVALUATION OF PATIENTS SUSPECTED OF
HAVING INTESTINAL MALABSORPTION 973
DISEASES CAUSING GENERALIZED
MALDIGESTION OR MALABSORPTION 975
EXOCRINE PANCREATIC INSUFFICIENCY 975
DIGESTIVE TRACT IN CHRONIC
MALNUTRITION 975
LIVER AND BILIARY DISORDERS 975
INTESTINAL INFECTIONS CAUSING
MALABSORPTION 975
IMMUNODEFICIENCY AND THE INTESTINE 975
IMMUNOPROLIFERATIVE SMALL
INTESTINAL DISEASE 976
STAGNANT LOOP SYNDROME 976
SHORT BOWEL SYNDROME 977
CELIAC DISEASE (GLUTEN-SENSITIVE
ENTEROPATHY) 977

J. Richard Hamilton

POSTENTERITIS SYNDROMES 979
CHRONIC PERSISTENT DIARRHEA 979
INTRACTABLE DIARRHEA OF INFANCY 980
CHRONIC NONSPECIFIC DIARRHEA:
TODDLER DIARRHEA 981

Robert M. Kliegman

OTHER MALABSORPTIVE SYNDROMES 982

Defects of Specific Enzymes or Transport
Processes Involved in Digestion or Absorption ...... 983

ENZYME DEFICIENCIES 983
DEFECTS OF ABSORPTION OR TRANSPORT 984
RECURRENT ABDOMINAL PAIN 986

J. Richard Hamilton

ACUTE APPENDICITIS ............................ 987

Barry Shandling
James C. Fallis

Surgical Conditions of the Anus, Rectum,
and Colon ........................................ 990

ANAL FISSURE 990
ANORECTAL ABSCESS 991
ANAL FISTULA 991
HEMORRHOIDS 991
PRURITUS ANI 991
PROLAPSE AND PROCIDENTIA OF THE
RECTUM AND SIGMOID 991
POSTANAL DIMPLE 992

Barry Shandling

Tumors of the Digestive Tract in Children ........... 992

DIARRHEA FROM HORMONE-SECRETING
TUMORS 994

J. Richard Hamilton

Hernias .......................................... 994
  INDIRECT INGUINAL HERNIAS  994
  *Barry Shandling*

Exocrine Pancreas ............................... 996
  EMBRYOLOGY AND ANATOMY  996
  PHYSIOLOGY  997
  PANCREATIC FUNCTION TESTS  997
  DISORDERS OF THE EXOCRINE PANCREAS  997
  TREATMENT OF PANCREATIC
    INSUFFICIENCY  998
  ACUTE PANCREATITIS  998
  CHRONIC PANCREATITIS  1000
  PANCREATIC PSEUDOCYST  1000
  NEOPLASIA  1001
  *Steven L. Werlin*

LIVER AND BILIARY SYSTEM ..................... 1001

Development of Hepatic and Biliary Structure
and Function .................................... 1001
  METABOLIC FUNCTIONS OF THE LIVER  1002
  HEPATIC EXCRETORY FUNCTION  1004

Manifestations of Liver Disease ................ 1004

Evaluation of the Patient with Possible
Liver Dysfunction ............................... 1007

Diseases of the Liver .......................... 1009
  NEONATAL CHOLESTASIS  1009
  CHOLESTASIS IN THE OLDER CHILD  1013
  METABOLIC DISEASES OF THE LIVER  1013
  *William F. Balistreri*
  INFECTIOUS DISORDERS OF THE LIVER  1017
  LIVER DISEASE ASSOCIATED WITH
    SYSTEMIC DISORDERS  1018
  REYE SYNDROME  1020
  *William F. Balistreri*
  CHRONIC HEPATITIS  1021
  DRUG- AND TOXIN-INDUCED LIVER
    INJURY  1023
  FULMINANT HEPATIC FAILURE  1024
  CYSTIC DISEASES OF THE BILIARY TRACT
    AND LIVER  1025
  DISEASES OF THE GALLBLADDER  1026
  *Frederick J. Suchy*

Portal Hypertension and Varices ............... 1029

PERITONEUM AND ALLIED STRUCTURES ........ 1030

Malformations of the Peritoneum ............... 1030

Ascites ........................................ 1030
  CHYLOUS ASCITES  1030

Peritonitis .................................... 1030
  ACUTE PRIMARY PERITONITIS  1030
  ACUTE SECONDARY PERITONITIS  1031
  ACUTE SECONDARY LOCALIZED
    PERITONITIS  1031
  TUBERCULOUS PERITONITIS  1032

Inguinal Hernia ................................ 1032

Hydrocele ...................................... 1032

Epigastric Hernia .............................. 1032

Incisional Hernia .............................. 1032

Diaphragmatic Hernia .......................... 1032
  *Barry Shandling*

## 14

THE RESPIRATORY SYSTEM ................... 1035

DEVELOPMENT OF THE RESPIRATORY
SYSTEM ......................................... 1035
  PRENATAL DEVELOPMENT:
    MORPHOGENESIS  1035
  ADAPTATION TO AIR-BREATHING  1036
  POSTNATAL DEVELOPMENT  1036

RESPIRATORY FUNCTION AND APPROACH
TO RESPIRATORY DISEASE ................... 1037
  GAS EXCHANGE  1037
  MECHANICS OF BREATHING  1037
  DIAGNOSTIC APPROACH TO RESPIRATORY
    DISEASE  1039

REGULATION OF RESPIRATION ................. 1041

DEFENSE MECHANISMS OF THE LUNG .......... 1044

METABOLIC FUNCTIONS OF THE LUNG .......... 1045
  *Gabriel G. Haddad*
  *J. Pérez Fontán*

DIAGNOSTIC PROCEDURES IN
PULMONARY MEDICINE ........................ 1046
  RADIOGRAPHIC TECHNIQUES  1046
  ENDOSCOPY  1046
  THORACENTESIS  1047
  PERCUTANEOUS LUNG TAP  1047
  LUNG BIOPSY  1047
  TRANSILLUMINATION OF THE CHEST
    WALL  1047
  MICROBIOLOGY  1047
  BLOOD GAS ANALYSIS  1048
  PULMONARY FUNCTION TESTING  1048
  *Robert E. Wood*

DISEASES OF THE RESPIRATORY SYSTEM ..... 1049

General Considerations ........................ 1049
  ACUTE RESPIRATORY FAILURE  1030
  IATROGENIC AND DRUG-INDUCED
    PULMONARY DISEASE  1050
  *Robert C. Stern*

UPPER RESPIRATORY TRACT ................... 1052

Congenital Disorders of the Nose ............. 1053

Acquired Disorders of the Nose ............... 1053
  FOREIGN BODY  1053
  EPISTAXIS  1054

Infections of the Upper Respiratory Tract ............ 1054
  ACUTE NASOPHARYNGITIS  1055
  ACUTE PHARYNGITIS  1056
  ACUTE UVULITIS  1057
  CHRONIC RHINITIS AND
    NASOPHARYNGITIS  1057
  RETROPHARYNGEAL ABSCESS  1058
  LATERAL PHARYNGEAL ABSCESS  1059
  PERITONSILLAR ABSCESS  1059
  SINUSITIS  1059
  NASAL POLYPS  1060
  TONSILS AND ADENOIDS  1061
  *James E. Arnold*

LOWER RESPIRATORY TRACT ................... 1062

Congenital Anomalies .......................... 1062
  CONGENITAL LARYNGEAL ANOMALIES  1062
  CONGENITAL LARYNGEAL STRIDOR  1062
  TRACHEOESOPHAGEAL FISTULA  1063
  VASCULAR RING  1063

**xxiv**                                        CONTENTS

AGENESIS/HYPOPLASIA OF THE LUNG   1063
LOBAR EMPHYSEMA   1063
PULMONARY SEQUESTRATION   1063
BRONCHOGENIC CYSTS   1064
BRONCHOBILIARY FISTULA   1064
CONGENITAL PULMONARY
   LYMPHANGIECTASIS   1064
CYSTIC ADENOMATOID MALFORMATION   1064
Acquired Disease .................................. 1064
ACUTE INFECTIONS OF THE LARYNX AND
   TRACHEA   1064
INFECTIOUS CROUP   1065
BACTERIAL TRACHEITIS   1068
FOREIGN BODIES IN THE LARYNX, TRACHEA,
   AND BRONCHI   1068
TRAUMA TO THE LARYNX   1071
ACUTE LARYNGEAL STENOSIS   1072
CHRONIC LARYNGEAL STENOSIS   1072
NEOPLASMS OF THE LARYNX   1072
TRACHEAL AMYLOIDOSIS   1072
ACUTE BRONCHITIS   1073
CHRONIC BRONCHITIS   1073
PRIMARY CILIARY DYSKINESIS   1074
ACUTE BRONCHIOLITIS   1075
BRONCHIOLITIS OBLITERANS   1076
BRONCHIAL ASTHMA   1077
PNEUMONIA   1077
BACTERIAL PNEUMONIA   1077
PNEUMONIAS OF VIRAL ORIGIN   1082
GIANT CELL PNEUMONIA   1083
PNEUMONIAS OF MISCELLANEOUS
   CAUSES   1083
RESPIRATORY BURNS AND
   SMOKE INHALATION   1088
PULMONARY HEMOSIDEROSIS   1089
PULMONARY ALVEOLAR PROTEINOSIS   1090
IDIOPATHIC DIFFUSE INTERSTITIAL FIBROSIS
   OF THE LUNG   1091
PULMONARY ALVEOLAR MICROLITHIASIS   1091
EOSINOPHILIC GRANULOMA OF THE LUNG   1092
ATELECTASIS   1092
EMPHYSEMA AND OVERINFLATION   1094
PULMONARY EDEMA   1097
PULMONARY EMBOLISM AND INFARCTION   1098
PULMONARY SUPPURATION   1099
HERNIA OF LUNG   1101
PULMONARY NEOPLASMS   1101
*Robert C. Stern*
APPROACH TO RECURRENT OR PERSISTENT
   LOWER RESPIRATORY TRACT SYMPTOMS
   IN CHILDREN   1102
JUDGING THE SERIOUSNESS OF CHRONIC
   RESPIRATORY COMPLAINTS   1102
CYSTIC FIBROSIS   1106
*Thomas F. Boat*
Diseases of the Pleura ............................ 1116
PLEURISY   1116
PNEUMOTHORAX   1118
PNEUMOMEDIASTINUM   1119
HYDROTHORAX   1120
HEMOTHORAX   1120
CHYLOTHORAX   1120
Neuromuscular and Skeletal Diseases Affecting
Pulmonary Function ............................... 1120
PECTUS EXCAVATUM   1120
ASPHYXIATING THORACIC DYSTROPHY   1121
RIB ANOMALIES   1121
NEUROMUSCULAR DISEASES WITH
   HYPOVENTILATION   1121
KYPHOSCOLIOSIS   1122
OBESITY   1122
PRIMARY FAILURE OF RESPIRATORY
   REGULATION   1123
COUGH SYNCOPE   1123
*Robert C. Stern*

## 15

THE CARDIOVASCULAR SYSTEM ............. 1125
EVALUATION OF THE CARDIOVASCULAR
SYSTEM ......................................... 1125
History and Physical Examination ................... 1125
Roentgenographic Examination ..................... 1132
Electrocardiogram ................................. 1133
Hematologic Data ................................. 1137
Echocardiography ................................. 1137
Exercise Testing .................................. 1138
Magnetic Resonance Imaging (MRI) and Radionuclide
Studies .......................................... 1140
Cardiac Catheterization ........................... 1141
FETAL AND NEONATAL CIRCULATION ......... 1144
Critically Ill Neonate with Cyanosis and
Respiratory Distress .............................. 1145
Neonatal Pulmonary Hypertension ................. 1146
CONGENITAL HEART DISEASE ................. 1147
CONGENITAL CARDIAC DISEASE
WITH CYANOSIS ................................. 1149
Tetralogy of Fallot ............................... 1149
Pulmonary Atresia with Ventricular Septal Defect .... 1153
Pulmonary Atresia with Intact Ventricular Septum ... 1153
Tricuspid Atresia ................................. 1154
Origin of Both Great Vessels from the
Right Ventricle (Double-Outlet Right Ventricle),
with Pulmonary Stenosis .......................... 1155
D-Transposition of the Great Arteries (TGA) ......... 1156
   D-TRANSPOSITION OF THE GREAT ARTERIES
      (TGA) WITH INTACT VENTRICULAR SEPTUM   1156
   TRANSPOSITION OF THE GREAT ARTERIES
      WITH VENTRICULAR SEPTAL DEFECT   1157
   TRANSPOSITION OF THE GREAT ARTERIES
      WITH VENTRICULAR SEPTAL DEFECT AND
      PULMONARY STENOSIS   1159
   TOTAL ANOMALOUS PULMONARY
      VENOUS RETURN   1159
   EBSTEIN DISEASE   1160
Truncus Arteriosus ............................... 1161
Single Ventricle .................................. 1162
Eisenmenger Syndrome ........................... 1162
Hypoplastic Left Heart Syndrome .................. 1163
Abnormal Positions of the Heart:
Dextrocardia and Levocardia ....................... 1164
Pulmonary Arteriovenous Fistula ................... 1165
Ectopia Cordis ................................... 1166
Diverticulum of the Left Ventricle .................. 1166
CONGENITAL HEART DISEASE WITH LITTLE
OR NO CYANOSIS ............................... 1167
Ventricular Septal Defect .......................... 1167
   VENTRICULAR SEPTAL DEFECT WITH AORTIC
      INSUFFICIENCY   1168
   DOUBLE-OUTLET RIGHT VENTRICLE WITHOUT
      PULMONARY STENOSIS   1169
   L-TRANSPOSITION OF THE GREAT ARTERIES   1169
Atrial Septal Defect .............................. 1169
   OSTIUM SECUNDUM DEFECT   1170
   SINUS VENOSUS DEFECT   1171
   PARTIAL ANOMALOUS PULMONARY VENOUS
      RETURN   1171
   OSTIUM PRIMUM DEFECT AND COMMON
      ATRIOVENTRICULAR CANAL   1171

CONTENTS                                                                                          XXV

Patent Ductus Arteriosus .......................... 1173
   PATENT DUCTUS ARTERIOSUS IN LOW
      BIRTHWEIGHT INFANTS  1174
Aorticopulmonary Septal Defect .................... 1174
Coronary Artery Fistula ........................... 1174
Ruptured Sinus of Valsalva ........................ 1174
Pulmonary Valve Stenosis with Intact Ventricular
Septum .......................................... 1174
   INFUNDIBULAR PULMONARY STENOSIS AND
      DOUBLE RIGHT VENTRICLE  1176
   PULMONARY STENOSIS WITH LEFT TO
      RIGHT SHUNT  1176
   PULMONARY STENOSIS WITH RIGHT TO
      LEFT SHUNT  1177
Pulmonary Arterial Branch Stenosis ................ 1177
Pulmonary Valvular Insufficiency ................... 1177
Coarctation of the Aorta ........................... 1177
   POSTCOARCTECTOMY SYNDROME  1179
Coarctation in Infancy ............................. 1179
   COARCTATION WITH VENTRICULAR SEPTAL
      DEFECT IN INFANCY  1180
Congenital Aortic Stenosis ......................... 1180
Congenital Mitral Stenosis ......................... 1181
Congenital Mitral Insufficiency ..................... 1182
Mitral Valve Prolapse ............................. 1182
Pulmonary Venous Hypertension ................... 1182
Anomalies of the Aortic Arch ...................... 1183
Anomalous Origin of Coronary Arteries ............. 1183
Primary Pulmonary Hypertension .................. 1185
PRINCIPLES OF TREATMENT OF CONGENITAL
HEART DISEASE .................................. 1186

DISTURBANCES OF RATE AND RHYTHM
OF THE HEART ................................... 1191
Tachyarrhythmias ................................. 1193
   SUPRAVENTRICULAR TACHYARRHYTHMIAS
      (SVT)  1193
   VENTRICULAR TACHYARRHYTHMIAS  1196
Bradyarrhythmias ................................. 1197
Sick-Sinus Syndrome ............................. 1198

INFECTIVE ENDOCARDITIS ...................... 1199

RHEUMATIC HEART DISEASE ................... 1204

DISEASES OF THE MYOCARDIUM .............. 1207
Conditions Causing Myocardial Damage ........... 1207
Myocarditis ....................................... 1209
Endocardial Fibroelastosis ........................ 1209
Cardiomyopathy .................................. 1210
Congestive Heart Failure .......................... 1212
Cardiogenic Shock ................................ 1216

DISEASES OF THE PERICARDIUM ............. 1218

DISEASES OF THE BLOOD VESSELS .......... 1220
Aneurysms and Fistulas .......................... 1220
Cold Injury ....................................... 1221

TUMORS OF THE HEART ....................... 1221
Welton M. Gersony

SYSTEM HYPERTENSION .................... 1222
Albert W. Pruitt

## 16

DISEASES OF THE BLOOD ..................... 1229

DEVELOPMENT OF THE HEMATOPOIETIC
SYSTEM ......................................... 1229
Red Blood Cells .................................. 1229
Hemoglobin ...................................... 1229
Metabolism of the Red Blood Cell ................. 1231
THE ANEMIAS ................................... 1231
ANEMIAS RESULTING FROM INADEQUATE
PRODUCTION OF RED BLOOD CELLS ........... 1232
Congenital Pure Red Blood Cell Anemia .......... 1232
Acquired Pure Red Blood Cell Anemias ........... 1234
   TRANSIENT ERYTHROBLASTOPENIA OF
      CHILDHOOD (TEC)  1234
Anemias of Chronic Infection, Inflammation, and
Renal Disease .................................... 1234
Congenital Dyserythropoietic Anemias ............. 1235
Physiologic Anemia of Infancy .................... 1235
Megaloblastic Anemias ........................... 1236
   FOLIC ACID DEFICIENCIES  1236
   VITAMIN $B_{12}$ DEFICIENCIES  1238
   RARE MEGALOBLASTIC ANEMIAS  1239
MICROCYTIC ANEMIAS .......................... 1239
Iron Deficiency Anemia ........................... 1239
Other Microcytic Anemias ......................... 1241
   SIDEROBLASTIC ANEMIAS  1241
   LEAD POISONING  1241
   RARE TYPES OF HYPOCHROMIC MICROCYTIC
      ANEMIA  1241
HEMOLYTIC ANEMIAS ........................... 1241
Hemolytic Anemias Caused by Intrinsic
Abnormalities of the Red Blood Cell ............... 1242
   HEREDITARY SPHEROCYTOSIS  1242
   HEREDITARY ELLIPTOCYTOSIS  1243
   OTHER STRUCTURAL DEFECTS  1243
Hemolytic Anemias Caused by Enzymatic Defects
of the Red Blood Cells ............................ 1245
   PYRUVATE KINASE DEFICIENCY  1245
   DEFICIENCIES OF OTHER GLYCOLYTIC
      ENZYMES  1245
   DEFICIENCIES OF ENZYMES OF THE PENTOSE
      PHOSPHATE PATHWAY AND RELATED
      COMPOUNDS  1245
   GLUCOSE-6-PHOSPHATE DEHYDROGENASE
      (G-6-PD) DEFICIENCY  1245
   James A. Stockman III
Hemoglobin Disorders ............................ 1246
   HEMOGLOBIN STRUCTURAL ABNORMALITIES  1247
   George R. Honig
Hemolytic Anemias Resulting from
Abnormalities of the Red Blood Cell
Produced by Extrinsic Factors ..................... 1254
   AUTOIMMUNE HEMOLYTIC ANEMIAS
      ASSOCIATED WITH "WARM" ANTIBODIES  1254
   AUTOIMMUNE HEMOLYTIC ANEMIAS
      ASSOCIATED WITH "COLD" ANTIBODIES  1255
   HEMOLYTIC ANEMIAS OF INTOXICATIONS
      AND INFECTIONS  1256
   James A. Stockman III

xxvi                                                CONTENTS

POLYCYTHEMIA .................................. 1257
  Secondary Polycythemia ........................... 1257
  Polycythemia Rubra Vera ......................... 1257
  Plethora of the Newborn .......................... 1257
THE PANCYTOPENIAS .......................... 1258
  Constitutional Aplastic Pancytopenia ............... 1258
  Acquired Aplastic Pancytopenias .................. 1258
  Pancytopenia Caused by Marrow Replacement ..... 1259
TRANSFUSIONS ................................. 1260
  Indications for Transfusion ......................... 1260
    ACUTE HEMORRHAGE   1260
    CHRONIC ANEMIAS   1260
  Use of Blood Fractions ............................ 1260
    PLATELET TRANSFUSIONS   1260
    GRANULOCYTE TRANSFUSIONS   1260
    PLASMA AND PLASMA CONCENTRATES   1261
  Special Considerations ............................ 1261
    CHOICE OF BLOOD FOR TRANSFUSION   1261
    RISKS OF BLOOD TRANSFUSION   1261
    REACTIONS TO BLOOD TRANSFUSION   1262
    James A. Stockman III
DISORDERS OF THE LEUKOCYTES ............ 1262
  Types of Leukocytes .............................. 1262
QUANTITATIVE DISORDERS OF
THE NEUTROPHILS ............................. 1264
  Neutrophilia ....................................... 1264
  Neutropenia ....................................... 1265
    DISORDERS OF PROLIFERATION OF
      COMMITTED STEM CELLS   1265
    PHENOTYPIC ABNORMALITIES   1266
    DISORDERS OF NEUTROPHIL SURVIVAL   1266
QUALITATIVE ABNORMALITIES OF THE
NEUTROPHILS ................................. 1268
  Disorders of Cell Motility and Chemotaxis ........... 1268
  Disorders of Neutrophil Ingestion ................... 1268
  Disorders of Degranulation ........................ 1269
    CHÉDIAK-HIGASHI SYNDROME   1269
  Disorders of Oxidative Microbicidal Activity .......... 1269
    CHRONIC GRANULOMATOUS DISEASE   1269
    GLUCOSE-6-PHOSPHATE DEHYDROGENASE
      DEFICIENCY   1270
  Disorders of Oxidant Removal ..................... 1270
    GLUTATHIONE REDUCTASE AND
      GLUTATHIONE SYNTHETASE DEFICIENCY   1270
  DIAGNOSTIC EVALUATION OF THE PATIENT
  WITH RECURRENT INFECTIONS .................. 1271
    Laurence A. Boxer
HEMORRHAGIC AND THROMBOTIC
DISEASES ...................................... 1272
    SCHEMA OF HEMOSTASIS   1272
    EVALUATION OF THE PATIENT WITH
      A SUSPECTED HEMOSTATIC DEFECT   1273
  HEMORRHAGIC DISORDERS .................... 1275
  Congenital and Inherited Coagulation Disorders ..... 1275
    PHASE I DISORDERS: THE HEMOPHILIAS   1275
    PHASE II DISORDERS   1277
    PHASE III DISORDERS   1278

Acquired Coagulation Disorders .................... 1278
    VITAMIN K DEFICIENCY   1278
    LIVER DISEASE   1278
    INHIBITORS   1279
    CONSUMPTION COAGULOPATHY   1279
Platelet and Blood Vessel Disorders ................ 1280
    CONGENITAL AND INHERITED DISORDERS   1280
    ACQUIRED DISORDERS   1281
THROMBOTIC DISORDERS ...................... 1284
    CONGENITAL AND INHERITED DEFECTS   1284
    ACQUIRED DEFECTS   1285
Anticoagulant and Thrombolytic Therapy ............ 1285
    ANTICOAGULANTS   1285
    THROMBOLYTIC THERAPY   1286
    James J. Corrigan, Jr.
THE SPLEEN .................................... 1287
  Congestive Splenomegaly ......................... 1288
  Anomalies and Trauma ............................ 1288
    SPLENIC CYSTS   1288
    ACCESSORY SPLEENS   1288
    CONGENITAL ABSENCE OF THE SPLEEN   1288
    HYPERSPLENISM   1288
    FUNCTIONAL HYPOSPLENIA   1288
    RUPTURE OF THE SPLEEN   1289
    SPLENOSIS   1289
  Splenectomy ...................................... 1289
THE LYMPHATIC SYSTEM ...................... 1290
  Diseases of the Lymph Vessels .................... 1290
    ACUTE LYMPHANGITIS   1290
    LYMPHEDEMA   1290
  Diseases of the Lymph Nodes ..................... 1290
    ACUTE LYMPHADENITIS   1290
    CHRONIC LYMPHADENITIS   1290
    James A. Stockman III

17

NEOPLASMS AND NEOPLASM-LIKE
STRUCTURES ................................... 1291
  General Considerations ........................... 1291
    ENVIRONMENTAL FACTORS   1291
    VIRUSES   1292
    GENETIC MECHANISMS   1292
  Principles of Diagnosis ............................ 1293
  Principles of Treatment ........................... 1295
  The Leukemias ................................... 1297
    ACUTE LYMPHOCYTIC LEUKEMIA   1297
    ACUTE NONLYMPHOCYTIC LEUKEMIA   1300
    CHRONIC MYELOCYTIC LEUKEMIA   1300
    CONGENITAL LEUKEMIA   1301
  Lymphoma ....................................... 1301
    HODGKIN DISEASE   1301
    NON-HODGKIN LYMPHOMA (NHL)   1303
  Histiocytoses .................................... 1304
  Neoplasms of Nervous Tissue Origin ............... 1304
    NEUROBLASTOMA   1304
  Neoplasms of the Kidney ......................... 1307
    WILMS TUMOR   1307
    OTHER RENAL NEOPLASMS   1309

Soft Tissue Sarcomas ............................ 1309
RHABDOMYOSARCOMA 1309
OTHER SOFT TISSUE SARCOMAS 1311

Neoplasms of Bone ............................. 1311
OSTEOSARCOMA 1311
CHONDROSARCOMA 1313
EWING SARCOMA 1313
PRIMITIVE NEUROECTODERMAL TUMORS
(PNET) 1314
RETINOBLASTOMA 1314

Gastrointestinal Neoplasms ........................ 1315

Neoplasms of the Liver .......................... 1316

Gonadal and Germ Cell Neoplasms ................. 1317

Miscellaneous Carcinomas ........................ 1319
ADENOCARCINOMA OF THE VAGINA
AND CERVIX 1319
CARCINOMA OF THE THYROID 1319
CARCINOMA OF THE ADRENAL GLAND 1319
CARCINOMA OF THE BREAST 1319
CANCER OF THE SKIN 1319

Miscellaneous Benign Tumors .................... 1319
BENIGN TUMORS AND TUMOR-LIKE
PROCESSES IN BONE 1319
HEMANGIOMA 1320
LYMPHANGIOMA (CYSTIC HYGROMA) 1320
THYMOMA 1320
SPLENIC CYSTS 1321
*Brigid G. Leventhal*

# 18

## THE URINARY SYSTEM AND PEDIATRIC GYNECOLOGY

THE URINARY SYSTEM AND PEDIATRIC
GYNECOLOGY ................................. 1323

NEPHROLOGIC DISEASES ...................... 1323
Anatomy of the Glomerulus ....................... 1323
Glomerular Filtration ............................ 1324
CONDITIONS PARTICULARLY ASSOCIATED
WITH HEMATURIA ............................. 1326
Glomerular Diseases ............................. 1326
RECURRENT GROSS HEMATURIA OR
PERSISTENT MICROSCOPIC HEMATURIA 1327
ACUTE POSTSTREPTOCOCCAL
GLOMERULONEPHRITIS 1329
MEMBRANOUS GLOMERULOPATHY
(GLOMERULONEPHRITIS) 1331
SYSTEMIC LUPUS ERYTHEMATOSUS 1331
MEMBRANOPROLIFERATIVE
(MESANGIOCAPILLARY)
GLOMERULONEPHRITIS 1332
GLOMERULONEPHRITIS OF CHRONIC
INFECTION 1333
RAPIDLY PROGRESSIVE (CRESCENTIC)
GLOMERULONEPHRITIS 1333
GOODPASTURE DISEASE 1334
ANAPHYLACTOID (HENOCH-SCHÖNLEIN)
PURPURA GLOMERULONEPHRITIS 1335
HEMOLYTIC-UREMIC SYNDROME 1335
INFECTION AS A CAUSE OF HEMATURIA 1336

Hematologic Diseases Causing Hematuria .......... 1336
COAGULOPATHIES AND THROMBOCYTOPENIA 1336
SICKLE CELL NEPHROPATHY 1336
RENAL VEIN THROMBOSIS 1336

Anatomic Abnormalities Associated with
Hematuria ..................................... 1337
CONGENITAL ANOMALIES 1337

TRAUMA 1337
INFANTILE POLYCYSTIC DISEASE 1337
KIDNEY STONES AND HYPERCALCIURIA 1338
VASCULAR ABNORMALITIES 1338
TUMORS 1338
EXERCISE HEMATURIA 1338
DRUGS 1338
EVALUATION OF THE CHILD WITH
HEMATURIA 1338

CONDITIONS PARTICULARLY ASSOCIATED
WITH PROTEINURIA ............................. 1339

Nonpathologic Proteinuria ......................... 1339
POSTURAL (ORTHOSTATIC) PROTEINURIA 1339
FEBRILE PROTEINURIA 1340
EXERCISE PROTEINURIA 1340

Pathologic Proteinuria ........................... 1340
TUBULAR PROTEINURIA 1340
GLOMERULAR PROTEINURIA 1340
PERSISTENT ASYMPTOMATIC PROTEINURIA 1340

Nephrotic Syndrome (Nephrosis) ................... 1341
IDIOPATHIC NEPHROTIC SYNDROME 1341
GLOMERULONEPHRITIS 1343
TUMORS 1343
DRUGS 1344
CONGENITAL NEPHROTIC SYNDROME 1344

TUBULAR DISORDERS .......................... 1344
Tubular Function ................................ 1344
Tubular Diseases ................................ 1345
RENAL TUBULAR ACIDOSIS 1345
BARTTER SYNDROME 1348

Interstitial Nephritis ............................. 1349
ACUTE INTERSTITIAL NEPHRITIS 1349
CHRONIC INTERSTITIAL NEPHRITIS 1350

Toxic Nephropathies ............................ 1350

Kidney Problems in the Newborn Infant ............ 1350
RENAL DYSGENESIS 1350
CORTICAL NECROSIS 1351
URINARY TRACT INFECTION IN THE
NEWBORN 1352

Renal Failure .................................. 1352
ACUTE RENAL FAILURE 1352
CHRONIC RENAL FAILURE 1355
END-STAGE RENAL FAILURE 1358
*Jerry Michael Bergstein*

UROLOGIC DISORDERS IN INFANTS AND
CHILDREN ..................................... 1359
Congenital Anomalies of the Kidneys .............. 1359
Urinary Tract Infections ......................... 1360
Vesicoureteral Reflux ........................... 1363
Obstructions of the Urinary Tract ................. 1365
SPECIFIC TYPES OF URINARY TRACT
OBSTRUCTION 1368

Other Disorders and Anomalies of the Bladder ...... 1373
BLADDER EXSTROPHY 1373
BLADDER DIVERTICULA 1374
URACHAL ANOMALIES 1374
NEUROGENIC BLADDER 1374
VOIDING DYSFUNCTION 1375

Other Diseases and Anomalies of the Penis
and Urethra ................................... 1377

CONTENTS

Disorders and Anomalies of the Scrotal Contents ... 1378
UNDESCENDED TESTES 1378
TORSION OF THE TESTIS OR APPENDICES 1379
VARICOCELE 1379
HYDROCELE 1380
EPIDIDYMITIS 1380

Trauma to the Genitourinary Tract ................. 1380
Urinary Lithiasis ................................... 1380
Ricardo Gonzalez

GYNECOLOGIC PROBLEMS OF
CHILDHOOD ...................................... 1384
History and Physical Examination ................. 1384
Vulvovaginitis .................................... 1384
Breast Disorders ................................. 1388
Hirsutism and Polycystic Ovarian Syndrome ........ 1390
Neoplasms ....................................... 1391

DYSMENORRHEA AND PREMENSTRUAL
SYNDROME ...................................... 1393
Premature Ovarian Failure ........................ 1393
Constitutional Tall Stature ........................ 1393
Developmental Anomalies ......................... 1393
Urogynecologic Problems and Sexually
Transmitted Diseases ............................. 1395
Athletics ......................................... 1396
Children with Special Needs ....................... 1396
Sexual Abuse ..................................... 1396
Teenager Pregnancy .............................. 1396
Joseph S. Sanfilippo


19

THE ENDOCRINE SYSTEM ...................... 1397
DISORDERS OF THE HYPOTHALAMUS AND
PITUITARY GLAND .............................. 1397
Hypopituitarism .................................. 1398
Diabetes Insipidus (DI) ........................... 1402
INAPPROPRIATE SECRETION OF ANTIDIURETIC
HORMONE 1405

Hyperpituitarism ................................. 1405
Puberty .......................................... 1407
DISORDERS OF PUBERTAL DEVELOPMENT 1408
SYNDROME OF PRECOCIOUS PUBERTY AND
HYPOTHYROIDISM 1410
GONADOTROPIN-SECRETING TUMORS 1410
PRECOCIOUS PSEUDOPUBERTY 1411
FAMILIAL MALE GONADOTROPIN-
INDEPENDENT PRECOCIOUS PUBERTY 1411
INCOMPLETE (PARTIAL) PRECOCIOUS
DEVELOPMENT 1411
MEDICATIONAL PRECOCITY 1412

DISORDERS OF THE THYROID GLAND ........ 1414
THYROID HORMONE STUDIES 1415
DEFECTS OF THYROXINE-BINDING GLOBULIN 1416
Hypothyroidism ................................... 1416
CONGENITAL HYPOTHYROIDISM 1417
JUVENILE HYPOTHYROIDISM 1420
Thyroiditis ....................................... 1421
LYMPHOCYTIC THYROIDITIS 1421
OTHER CAUSES OF THYROIDITIS 1422

Goiter ............................................ 1423
CONGENITAL GOITER 1423
ENDEMIC GOITER AND CRETINISM 1424
SPORADIC GOITER 1424
PENDRED SYNDROME 1425
INTRATRACHEAL GOITER 1425
Hyperthyroidism ................................. 1425
GRAVES DISEASE 1425
CONGENITAL HYPERTHYROIDISM 1427
Carcinoma of the Thyroid ......................... 1427
SOLITARY THYROID NODULE 1428
MEDULLARY CARCINOMA 1428

DISORDERS OF THE PARATHYROID
GLANDS .......................................... 1431
HYPOPARATHYROIDISM ......................... 1431
Pseudohypoparathyroidism ....................... 1434
Hyperparathyroidism ............................. 1435

DISORDERS OF THE ADRENAL GLANDS ...... 1438
Adrenocortical Insufficiency ...................... 1439
Adrenocortical Hyperfunction ..................... 1444
ADRENOGENITAL SYNDROME 1444
CUSHING SYNDROME 1448
EXCESS MINERALOCORTICOID SECRETION 1450
FEMINIZING ADRENAL TUMORS 1451
Excessive Secretion of Catecholamines ............ 1451
PHEOCHROMOCYTOMA 1451
OTHER CATECHOLAMINE-SECRETING
NEURAL TUMORS 1452
Calcification within the Adrenal ................... 1452

DISORDERS OF THE GONADS ................. 1454
Hypofunction of the Testes ....................... 1455
HYPERGONADOTROPIC HYPOGONADISM
IN THE MALE 1455
HYPOGONADOTROPIC HYPOGONADISM
IN THE MALE 1458
Pseudoprecocity Resulting from Tumors of
the Testes ....................................... 1459
GYNECOMASTIA 1459
Hypofunction of the Ovaries ...................... 1459
HYPERGONADOTROPIC HYPOGONADISM
IN THE FEMALE 1460
HYPOGONADOTROPIC HYPOGONADISM
IN THE FEMALE 1462
POLYCYSTIC OVARIES 1463
Pseudoprecocity Owing to Lesions of the Ovary ..... 1463
ESTROGENIC LESIONS OF THE OVARY 1463
ANDROGENIC LESIONS OF THE OVARY 1464
Hermaphroditism ................................. 1464
FEMALE PSEUDOHERMAPHRODITISM 1465
MALE PSEUDOHERMAPHRODITISM 1465
TRUE HERMAPHRODITISM 1469
Angelo M. DiGeorge


20

THE NERVOUS SYSTEM ........................ 1473
Neurologic Evaluation ............................ 1473
HISTORY 1473
NEUROLOGIC EXAMINATION 1474
Special Diagnostic Procedures .................... 1480

Congenital Anomalies of the Central Nervous System .......................................... 1482
  NEURAL TUBE DEFECTS (DYSRAPHISM)  1482
  SPINA BIFIDA OCCULTA  1483
  MENINGOCELE  1483
  MYELOMENINGOCELE  1483
  ENCEPHALOCELE  1485
  ANENCEPHALY  1485
  DISORDERS OF CELL MIGRATION  1485
  AGENESIS OF THE CORPUS CALLOSUM  1486
  AGENESIS OF THE CRANIAL NERVES  1487
  MICROCEPHALY  1487
  HYDROCEPHALUS  1487
  CRANIOSYNOSTOSIS  1490

Seizures in Childhood ............................. 1491
  CLASSIFICATION OF SEIZURES  1492
  MECHANISMS OF SEIZURES  1496
  DIAGNOSIS OF SEIZURES  1496
  TREATMENT OF EPILEPSY  1496
  NEONATAL SEIZURES  1500
  STATUS EPILEPTICUS  1501
  CONDITIONS THAT MIMIC EPILEPSY  1504

Headaches ......................................... 1506
  MIGRAINE  1506
  ORGANIC HEADACHES  1508
  PSYCHOGENIC OR STRESS HEADACHES  1508

Neurocutaneous Syndromes ....................... 1509
  NEUROFIBROMATOSIS  1509
  TUBEROUS SCLEROSIS  1510
  STURGE-WEBER DISEASE  1511
  VON HIPPEL-LINDAU DISEASE  1511

Movement Disorders .............................. 1512
  ATAXIAS  1512
  CHOREA  1512
  DYSTONIAS  1513
  TICS  1514

Encephalopathies ................................. 1515
  CEREBRAL PALSY  1515
  ACQUIRED IMMUNODEFICIENCY SYNDROME (AIDS) ENCEPHALOPATHY  1516
  MITOCHONDRIAL ENCEPHALOMYOPATHIES  1517
  LEAD ENCEPHALOPATHY  1517
  BURN ENCEPHALOPATHY  1517
  HYPERTENSIVE ENCEPHALOPATHY  1518
  RADIATION ENCEPHALOPATHY  1518

Coma in the Pediatric Patient ..................... 1518
  BRAIN DEATH  1520

Head Injuries ..................................... 1521

Neurodegenerative Disorders of Childhood ......... 1524

Sphingolipidoses .................................. 1525
  GANGLIOSIDOSES  1525

Neuronal Ceroid Lipofuscinoses ................... 1527

Adrenoleukodystrophy ............................ 1527

Sialidosis ......................................... 1527

Miscellaneous Causes of Neurodegenerative Disorders ......................................... 1528
  MULTIPLE SCLEROSIS  1528
  PELIZAEUS-MERZBACHER DISEASE  1528
  ALEXANDER DISEASE  1528
  CANAVAN SPONGY DEGENERATION  1528
  KINKY HAIR DISEASE  1528
  RETT SYNDROME  1528
  SUBACUTE SCLEROSING PANENCEPHALITIS  1529

Vascular Disorders ................................ 1529
  ARTERIAL THROMBOSIS  1529
  VENOUS THROMBOSIS EMBOLISM  1530
  INTRACRANIAL HEMORRHAGE  1530
  BRAIN ABSCESS  1530
  MISCELLANEOUS CAUSES OF STROKE  1531

Brain Tumors in Children ......................... 1531

Pseudotumor Cerebri ............................. 1535

Spinal Cord Disorders in Children ................. 1535
  SPINAL CORD TUMORS  1535
  SPINAL CORD TRAUMA  1536
  TETHERED CORD  1536
  DIASTEMATOMYELIA  1537
  SYRINGOMYELIA  1537
  TRANSVERSE MYELITIS  1537
  ARTERIOVENOUS MALFORMATION  1538
  *Robert H. A. Haslam*

# 21

NEUROMUSCULAR DISORDERS ............... 1539
  EVALUATION AND INVESTIGATION  1539

Developmental Disorders of Muscle ............... 1540
  MYOTUBULAR MYOPATHY  1540
  CONGENITAL MUSCLE FIBER-TYPE DISPROPORTION (CMFTD)  1542
  NEMALINE ROD DISEASE  1542
  CENTRAL CORE DISEASE  1543
  BRAIN MALFORMATIONS AND MUSCLE DEVELOPMENT  1543
  AMYOPLASIA  1543
  BENIGN CONGENITAL HYPOTOMIA  1543
  ARTHROGRYPOSIS  1543
  TORTICOLLIS  1544

Muscular Dystrophies ............................. 1544
  DUCHENNE MUSCULAR DYSTROPHY  1544
  BECKER MUSCULAR DYSTROPHY  1546
  EMERY-DREIFUSS MUSCULAR DYSTROPHY  1546
  MYOTONIC MUSCULAR DYSTROPHY  1546
  OTHER MYOTONIC SYNDROMES  1548
  LIMB-GIRDLE MUSCULAR DYSTROPHY  1548
  FACIOSCAPULOHUMERAL MUSCULAR DYSTROPHY  1549
  CONGENITAL MUSCULAR DYSTROPHY  1549

Endocrine and Metabolic Myopathies ............... 1550
  THYROID MYOPATHIES  1550
  HYPERPARATHYROIDISM  1550
  STEROID-INDUCED MYOPATHY  1550
  POTASSIUM-RELATED PERIODIC PARALYSIS  1550
  MALIGNANT HYPERTHERMIA  1550
  GLYCOGENOSES  1551
  MITOCHONDRIAL MYOPATHIES  1551
  LIPID MYOPATHIES  1551
  VITAMIN E DEFICIENCY MYOPATHY  1552

Inflammatory Myopathies .......................... 1552
  DERMATOMYOSITIS  1552
  POLYMYOSITIS  1553
  FOCAL MYOSITIS  1553
  VIRAL MYOSITIS  1553
  MYOSITIS IN OTHER DISEASES  1553
  PARASITIC MYOSITIS  1553

Disorders of Neuromuscular Transmission .......... 1553
  MYASTHENIA GRAVIS  1553
  OTHER CAUSES OF NEUROMUSCULAR BLOCKADE  1555

# CONTENTS

xxx

SPINAL MUSCULAR ATROPHIES  1555
OTHER MOTOR NEURON DISEASES  1556

Hereditary Motor-Sensory Neuropathies .............  1556

PERONEAL MUSCULAR ATROPHY
  (CHARCOT-MARIE-TOOTH
  DISEASE; HMSN TYPE I)  1556
PERONEAL MUSCULAR ATROPHY,
  AXONAL TYPE (HMSN TYPE II)  1557
DÉJERINE-SOTTAS DISEASE (HMSN TYPE III)  1557
ROUSSY-LÉVY SYNDROME  1557
REFSUM'S DISEASE  1557
GIANT AXONAL NEUROPATHY  1557
LEUKODYSTROPHIES  1557

Neurofibromatosis .................................  1557

Toxic Neuropathies ................................  1557

Autonomic Neuropathies ...........................  1557

FAMILIAL DYSAUTONOMIA  1557
MYENTERIC PLEXUS NEUROPATHIES  1558
CONGENITAL INSENSITIVITY TO PAIN AND
  ANHIDROSIS  1558

Guillain-Barré Syndrome ..........................  1558

Bell's Palsy .......................................  1559
*Harvey B. Sarnat*


# 22

## DISORDERS OF THE EYE AND EAR ............  1561

PEDIATRIC OPHTHALMOLOGY ...................  1561

GROWTH AND DEVELOPMENT  1561
EXAMINATION OF THE EYE  1561

Abnormalities of Refraction and Accommodation ....  1563

HYPEROPIA  1564
MYOPIA  1564
ASTIGMATISM  1564
ANISOMETROPIA  1564
ACCOMMODATION  1564

Disorders of Vision ................................  1565

AMBLYOPIA  1565
AMAUROSIS  1565
NYCTALOPIA  1566
DIPLOPIA  1566
PSYCHOGENIC DISTURBANCES  1566
DYSLEXIA  1566

Abnormalities of Pupil and Iris .....................  1566

ANIRIDIA  1566
COLOBOMA OF THE IRIS  1567
MICROCORIA  1567
CONGENITAL MYDRIASIS  1567
DYSCORIA AND CORECTOPIA  1567
ANISOCORIA  1567
DILATED FIXED PUPIL  1567
TONIC PUPIL  1567
MARCUS GUNN PUPIL  1567
HORNER SYNDROME  1567
PARADOXIC PUPIL REACTION  1568
PERSISTENT PUPILLARY MEMBRANE  1568
HETEROCHROMIA  1568
OTHER IRIS LESIONS  1568
LEUKOCORIA  1568

Disorders of Eye Movement and Alignment .........  1569

STRABISMUS  1569
DUANE SYNDROME  1571
MÖBIUS SYNDROME  1571
GRADENIGO SYNDROME  1571
BENIGN 6TH NERVE PALSY  1571
BROWN SYNDROME  1571
PARINAUD SYNDROME  1571

CONGENITAL OCULAR MOTOR APRAXIA  1571
NYSTAGMUS  1572
OTHER ABNORMAL EYE MOVEMENTS  1572

Abnormalities of the Lids .........................  1573

PTOSIS  1573
EPICANTHAL FOLDS  1573
LAGOPHTHALMOS  1573
LID RETRACTION  1573
ENTROPION AND ECTROPION  1573
BLEPHAROSPASM  1574
BLEPHARITIS  1574
HORDEOLUM  1574
CHALAZION  1574
COLOBOMA OF THE EYELID  1574
TUMORS OF THE LID  1574

Disorders of the Lacrimal System ..................  1575

DACRYOSTENOSIS AND DACRYOCYSTITIS  1575
DACRYOADENITIS  1575
ALACRIMA AND "DRY EYE"  1575

Disorders of the Conjunctiva ......................  1575

CONJUNCTIVITIS  1575
OTHER CONJUNCTIVAL DISORDERS  1576

Abnormalities of the Cornea ......................  1577

MEGALOCORNEA  1577
MICROCORNEA  1577
KERATOCONUS  1577
SCLEROCORNEA  1577
DENDRITIC KERATITIS  1577
CORNEAL ULCERS  1577
PHLYCTENULES  1577
INTERSTITIAL KERATITIS  1578
PETERS ANOMALY  1578
CORNEAL MANIFESTATIONS OF SYSTEMIC
  DISEASE  1578

Abnormalities of the Lens .........................  1578

CATARACTS  1578
ECTOPIA LENTIS  1579
MICROSPHEROPHAKIA  1586
POSTERIOR LENTICONUS  1586

Disorders of the Uveal Tract ......................  1587

UVEITIS  1587

Disorders of the Retina and Vitreous ...............  1587

RETINOPATHY OF PREMATURITY  1587
PERSISTENT HYPERPLASTIC PRIMARY
  VITREOUS  1589
RETINOBLASTOMA  1589
RETINITIS PIGMENTOSA  1589
STARGARDT DISEASE  1590
BEST VITELLIFORM DEGENERATION  1590
CHERRY RED SPOT  1590
PHAKOMATA  1591
RETINOSCHISIS  1591
RETINAL DETACHMENT  1591
COATS' DISEASE  1591
FAMILIAL EXUDATIVE VITREORETINOPATHY  1591
HYPERTENSIVE RETINOPATHY  1592
DIABETIC RETINOPATHY  1592
SUBACUTE BACTERIAL ENDOCARDITIS  1592
BLOOD DISORDERS  1592
TRAUMA-RELATED RETINOPATHY  1592
MEDULLATED NERVE FIBERS  1593
COLOBOMA OF THE FUNDUS  1593

Abnormalities of the Optic Nerve ...................  1594

OPTIC NERVE HYPOPLASIA  1594
OPTIC NERVE APLASIA  1594
MORNING GLORY DISK ANOMALY  1594
TILTED DISK  1594
DRUSEN OF THE OPTIC NERVE  1594
PAPILLEDEMA  1595
OPTIC NEURITIS  1595
LEBER OPTIC NEUROPATHY  1595
OPTIC ATROPHY  1595
OPTIC GLIOMA  1596

Disorders of Ocular Pressure ...................... 1596
 GLAUCOMA  1596
 HYPOTONY  1597
Orbital Abnormalities ............................. 1597
 HYPERTELORISM AND HYPOTELORISM  1597
 EXOPHTHALMUS AND ENOPHTHALMUS  1597
 ORBITAL CELLULITIS  1597
 PERIORBITAL CELLULITIS  1598
 TUMORS OF THE ORBIT  1598
Injuries to the Eye .................................. 1598
 ECCHYMOSES AND SWELLING OF THE EYELIDS  1598
 LACERATIONS OF THE EYELIDS  1598
 SUPERFICIAL ABRASIONS OF THE CORNEA  1598
 FOREIGN BODY ON OR IN THE CORNEA OR
  CONJUNCTIVA  1598
 LACERATIONS AND PERFORATING WOUNDS
  OF THE CORNEA OR SCLERA  1599
 HYPHEMA  1599
 OTHER INJURIES  1599
 Lois J. Martyn
THE EAR ......................................... 1600
Hearing Loss ..................................... 1602
Disorders of the Ear .............................. 1608
Congenital Malformations ......................... 1608
 MINOR DEFORMITIES  1608
 CONGENITAL STENOSIS  1608
 CONGENITAL CHOLESTEATOMA  1608
Inflammatory Diseases ............................ 1608
 EXTERNAL OTITIS  1608
 OTITIS MEDIA  1609
 INNER EAR  1618
Traumatic Injuries of the Ear and Temporal Bone ... 1618
 AURICLE AND EXTERNAL AUDITORY CANAL  1618
 TYMPANIC MEMBRANE AND MIDDLE EAR  1618
 TEMPORAL BONE FRACTURES  1618
 ACOUSTIC TRAUMA  1618
Tumors of the Ear and Temporal Bone .............. 1619
Diseases of the Bony Labyrinth .................... 1619
 Charles D. Bluestone
 Robert J. Nozza

## 23

THE SKIN ......................................... 1621
Morphology of the Skin ........................... 1621
Examination of the Patient ........................ 1622
Principles of Therapy ............................. 1623
DISEASES OF THE SKIN ........................ 1626
Transient Lesions of the Neonate .................. 1626
Developmental Defects ........................... 1627
 CUTANEOUS DEFECTS  1627
 ECTODERMAL DYSPLASIAS  1629
 VASCULAR LESIONS  1629
 LYMPHANGIOMAS  1633
 CUTANEOUS NEVI  1633
Disorders of Pigment ............................. 1636
 HYPERPIGMENTED LESIONS  1636
 HYPOPIGMENTED LESIONS  1637
Vesicobullous Disorders .......................... 1638
Eczema .......................................... 1645
Photosensitivity .................................. 1649
Diseases of the Epidermis ........................ 1651
 ICHTHYOSIS  1656
 ICHTHYOSIFORM DERMATOSES  1658

Diseases of the Dermis ........................... 1659
Disorders of Subcutaneous Tissue ................. 1663
Diseases of the Sweat Glands ..................... 1664
Disorders of Hair ................................. 1665
 HYPERTRICHOSIS  1665
 HYPOTRICHOSIS AND ALOPECIA  1666
 STRUCTURAL DEFECTS OF HAIR  1667
Diseases of the Nails ............................. 1668
Diseases of the Mucous Membranes ............... 1668
Vasculitis ........................................ 1669
Cutaneous Bacterial Infections .................... 1670
Cutaneous Fungal Infections ...................... 1673
 THE DERMATOPHYTOSES  1674
 CANDIDAL INFECTIONS  1677
Cutaneous Viral Infections ........................ 1678
Insect Bites and Parasitic Infestations ............. 1679
 INSECT BITES  1679
 PARASITIC INFESTATIONS  1680
Acne ............................................. 1682
Tumors of the Skin ............................... 1685
 Nancy B. Esterly

## 24

THE BONES AND JOINTS ....................... 1689
ORTHOPEDIC PROBLEMS ....................... 1689
 EVALUATION  1689
 REGIONAL PROBLEMS ........................... 1693
 FOOT AND TOES  1693
 ROTATIONAL (TORSIONAL) PROBLEMS  1696
 ANGULAR DEFORMITIES: BOWLEGS AND
  KNOCK-KNEES  1698
 LEG LENGTH DISCREPANCY  1701
 KNEE  1703
 HIP  1705
 LEGG-CALVÉ-PERTHES DISEASE  1708
 TOXIC SYNOVITIS (IRRITABLE HIP)  1709
 SLIPPED CAPITAL FEMORAL EPIPHYSIS  1710
 SPINE  1711
 CONGENITAL SPINE ANOMALIES  1711
 CONGENITAL SCOLIOSIS  1712
 IDIOPATHIC SCOLIOSIS  1713
 KYPHOSIS  1714
 CONGENITAL KYPHOSIS  1715
 IDIOPATHIC KYPHOSIS (SCHEUERMANN
  JUVENILE KYPHOSIS)  1715
 LORDOSIS  1715
 SPONDYLOLISTHESIS  1716
 DISKITIS  1717
 INTERVERTEBRAL DISK CALCIFICATION  1717
 CERVICAL SPINE, NECK, AND SHOULDERS  1717
 UPPER LIMB  1719
 TRAUMA  1720
 COMMON FRACTURES  1723
 SPORTS MEDICINE  1724
 SPECIFIC SPORTS AND ASSOCIATED INJURIES  1728
 Lynn T. Staheli
GENETIC SKELETAL DYSPLASIAS .............. 1731
 Defects of the Growth of Tubular Bones
 and/or Spine ..................................... 1733
 ACHONDROPLASIA  1733
 HYPOCHONDROPLASIA  1733
 THANATOPHORIC DYSPLASIA  1734
 ACHONDROGENESIS I (PARENTI-FRACCARO)
  AND ACHONDROGENESIS II
  (LANGER-SALDINO)  1735

SHORT RIB-POLYDACTYLY SYNDROMES  1735
CAMPOMELIC DYSPLASIAS  1735
CHONDRODYSPLASIA PUNCTATA  1736
EPIPHYSEAL DYSPLASIAS  1736
DIASTROPHIC DYSPLASIA  1737
METATROPIC DYSPLASIA  1738
MESOMELIC DYSPLASIAS  1738
CLEIDOCRANIAL DYSPLASIA  1738
LARSEN SYNDROME  1738
OTOPALATODIGITAL SYNDROME  1739
METAPHYSEAL DYSPLASIAS  1739
SPONDYLOMETAPHYSEAL DYSPLASIAS  1739
PSEUDOACHONDROPLASIA  1740
TRICHORHINOPHALANGEAL SYNDROME  1740
OSTEOCHONDRODYSPLASIAS WITH
  ANARCHIC DEVELOPMENT OF
  CARTILAGINOUS OR FIBROUS TISSUE  1740

Abnormalities of Density or Modeling of the
Skeleton and Collagenous Tissue ................... 1741
INHERITED OSTEOPOROSES  1741
OSTEOPETROSIS, PYKNODYSOSTOSIS, AND
  DYSOSTEOSCLEROSIS  1743
OSTEOPOIKILOSIS, OSTEOPATHIA STRIATA,
  AND MELORHEOSTOSIS  1744
CRANIOTUBULAR REMODELING DISORDERS  1745
OSTEODYSPLASTY  1745
HYPERPHOSPHATASIA WITH OSTEOECTASIA  1745
INFANTILE CORTICAL HYPEROSTOSIS  1745
HYPOPHOSPHATASIA  1745
David O. Sillence

MARFAN SYNDROME (ARACHNODACTYLY)  1746
Luther K. Robinson

ARTHROGRYPOSIS ............................. 1748
Richard E. Behrman

METABOLIC BONE DISEASE ..................... 1748

Rickets ......................................... 1748
FAMILIAL HYPOPHOSPHATEMIA  1750
VITAMIN D DEPENDENT RICKETS  1751
HEPATIC RICKETS  1751
RICKETS ASSOCIATED WITH
  ANTICONVULSANT THERAPY  1752
ONCOGENOUS RICKETS  1752
RICKETS ASSOCIATED WITH RENAL TUBULAR
  ACIDOSIS  1752
HYPOPHOSPHATASIA  1752
PRIMARY CHONDRODYSTROPHY  1753
IDIOPATHIC HYPERCALCEMIA  1753

Hyperphosphatasia .............................. 1753
Russell Wallace Chesney

Fanconi Syndrome ................................ 1754

Cystinosis ........................................ 1755

Oculocerebrorenal Dystrophy ...................... 1756

Renal Osteodystrophy ............................ 1756
Michael E. Norman

## 25

UNCLASSIFIED DISEASES ...................... 1759

Sudden Infant Death Syndrome .................... 1759
Robert B. Mellins
Gabriel G. Haddad

Amyloid Diseases ................................ 1762
Richard E. Behrman

Sarcoidosis ...................................... 1764
Margaret W. Leigh

Progeria ........................................ 1765
Franklin L. DeBusk

Histiocytosis Syndromes in Childhood .............. 1765
CLASS I HISTIOCYTOSES  1766
CLASS II HISTIOCYTOSES  1766
CLASS III HISTIOCYTOSES  1767
Brigid G. Leventhal

HEMORRHAGIC SHOCK AND
  ENCEPHALOPATHY  1767
Richard E. Behrman

## 26

ENVIRONMENTAL HEALTH HAZARDS ......... 1769

Radiation Injury ................................ 1769
Robert W. Miller

Food Poisoning ................................... 1770
BACTERIAL FOOD POISONING  1771
NONBACTERIAL FOOD POISONING  1772
Stephen C. Aronoff

Chemical and Drug Poisoning ...................... 1774
PRINCIPLES OF MANAGEMENT  1774
ACETAMINOPHEN  1776
SALICYLATES  1778
HYDROCARBONS  1779
IRON  1780
CYCLIC ANTIDEPRESSANTS  1781
ALKALIS AND ACIDS  1782
IBUPROFEN  1783
PLANTS  1784
Barry H. Rumack

MERCURY  1785
Taro Akabane

INCREASED LEAD ABSORPTION AND LEAD
  POISONING  1788
J. Julian Chisolm, Jr.

CHEMICAL POLLUTANTS  1791
Robert W. Miller

Venom Diseases: Poisoning by Snakes, Lizards,
and Marine Animals ............................... 1793
SNAKE BITES  1793
GILA MONSTER  1793
VENOMOUS MARINE ANIMALS  1794
COELENTERATE STINGS  1794
William T. Speck

Mammalian Bites ................................. 1795
Stephen C. Aronoff

## 27

LABORATORY MEDICINE AND
REFERENCE TABLES ............................ 1797
John F. Nicholson
Michael A. Pesce

INDEX ........................................... 1851

# DISEASES OF THE NEWBORN INFANT: PREMATURE AND FULL-TERM

The infant's physician should appreciate the wide variety of disorders that may originate in utero, during birth, or in the immediate postnatal period, and the need to distinguish them according to their time of onset, etiology, and place of origin. The disorders may represent genetic mutations, chromosomal aberrations, or acquired diseases and injuries.

## 9.20 CLINICAL MANIFESTATIONS OF DISEASE DURING THE NEONATAL PERIOD

Recognizing disease in the newborn infant depends on knowledge about the disorder and evaluation of a limited number of relatively nonspecific clinical signs and symptoms.

*Central cyanosis* usually indicates respiratory insufficiency, which may be due to pulmonary conditions or may be secondary to central nervous system depression due to drugs, intracranial hemorrhage, or anoxia (Table 9–21). If it is caused by the former, respirations tend to be rapid and may be accompanied by retraction of the thoracic cage. If it is due to the latter, respirations tend to be irregular and weak and are often slow. Cyanosis persisting for several days, unaccompanied by obvious signs of respiratory difficulty, suggests cyanotic congenital heart disease or methemoglobinemia. Cyanosis resulting from congenital heart disease may, however, be difficult to distinguish clinically from cyanosis caused by respiratory disease. Episodes of cyanosis also may be the presenting sign of hypoglycemia, bacteremia, meningitis, shock, or persistent fetal circulation. Peripheral acrocyanosis is common and usually does not warrant concern.

*Pallor,* in addition to anemia or acute hemorrhage, should suggest hypoxia, hypoglycemia, sepsis, shock, or adrenal failure.

*Convulsions* (Sec. 20.17) usually point to a disorder of the central nervous system and suggest hypoxic-ischemic encephalopathy resulting from asphyxia, intracranial hemorrhage, cerebral anomaly, subdural effusion, meningitis, hypocalcemia, hypoglycemia, infarction, and rarely, pyridoxine dependency, hyponatremia, hypernatremia, inborn errors of metabolism, drug withdrawal, or familial seizures. Seizures beginning in the delivery room or shortly thereafter may be due to unintentional injection of maternal local anesthetic into the fetus. Convulsions may also result from administration of large amounts of hypotonic fluids to the mother shortly before and during delivery, leading to subsequent hyponatremia and water intoxication in the infant.

Convulsions (epileptic seizures) should be distinguished from the jitteriness that may be present in normal newborns, in infants of diabetic mothers, in those who experienced birth asphyxia or drug withdrawal, and in polycythemic neonates. Jitteriness resembling simple tremors may be stopped by holding the infant's extremity; it often depends on sensory stimuli and is not associated with abnormal eye movements. Seizures in premature infants are often subtle and associated with abnormal eye or facial movements; the motor component is often that of tonic extension of the limbs, neck, and trunk. Term infants may have focal or multifocal, clonic or myoclonic movements but may also manifest more subtle seizure activity. *Apnea* may be the first manifestation of seizure activity, particularly in a premature infant.

Following severe birth asphyxia infants may have *motor automatisms* characterized by oral-buccal-lingual movements, rotary limb activities (rowing, pedaling, swimming), tonic posturing, or myoclonus. These motor seizures are not usually accompanied by time-synchronized electroencephographic (EEG) discharges, may not signify cortical epileptic activity, respond poorly to anticonvulsant therapy, and are associated with a poor prognosis. Such automatisms may represent cortical depression that produces a brain stem release phenomenon or subcortical seizures.

*Lethargy* may be a manifestation of infection, asphyxia, hypoglycemia, sedation from maternal analgesia or anesthesia, cerebral defect, and, indeed, of almost any severe disease including inborn errors of metabolism. Lethargy appearing after the 2nd day should, in particular, suggest infection.

## TABLE 9–21. Differential Diagnosis of Neonatal Cyanosis

| System/Disease | Mechanism |
| --- | --- |
| **Pulmonary** | |
| Respiratory distress syndrome | Surfactant deficiency |
| Sepsis, pneumonia | Inflammation, pulmonary hypertension |
| Meconium aspiration pneumonia | Mechanical obstruction, inflammation, pulmonary hypertension |
| Persistent fetal circulation | Pulmonary hypertension |
| Diaphragmatic hernia | Pulmonary hypoplasia, pulmonary hypertension |
| Transient tachypnea | Retained lung fluid |
| **Cardiovascular** | |
| Cyanotic heart disease with decreased pulmonary blood flow | Right to left shunt as in pulmonary atresia, tetralogy of Fallot |
| Cyanotic heart disease with increased pulmonary blood flow | Right to left shunt as in d-transposition, truncus arteriosus |
| Cyanotic heart disease with congestive heart failure | Right to left shunt with pulmonary edema and poor cardiac output as in hypoplastic left heart and coarctation of aorta |
| Heart failure alone | Pulmonary edema and poor cardiac contractility as in sepsis, myocarditis, supraventricular tachycardia, or complete heart block. High-output failure as in patent ductus arteriosus or vein of Galen or other arteriovenous malformation |
| **Central Nervous System** | |
| Maternal sedative drugs | Hypoventilation, apnea |
| Asphyxia | CNS depression |
| Intracranial hemorrhage | CNS depression, seizure |
| Neuromuscular disease | Phrenic nerve palsy; hypotonia, hypoventilation, pulmonary hypoplasia |
| **Hematologic** | |
| Acute blood loss | Shock |
| Chronic blood loss | Congestive heart failure |
| Polycythemia | Pulmonary hypertension |
| Methemoglobinemia | Low affinity hemoglobin or red blood cell enzyme defect |
| **Metabolic** | |
| Hypoglycemia | CNS depression, congestive heart failure |
| Adrenogenital syndrome | Shock (salt-losing) |

triculostomy catheter may be needed in the early stage of uncontrolled symptomatic hydrocephalus. After the protein content of the ventricular fluid declines, a permanent ventricular-peritoneal shunt is put in place.

Symptomatic subdural hemorrhage in large term infants should be treated by removing the subdural fluid collection by means of a spinal needle placed through the lateral margin of the anterior fontanel. In addition to birth trauma, child abuse should also be suspected in all infants with subdural effusions.

## 9.24 SPINE AND SPINAL CORD

Strong traction exerted when the spine is hyperextended or when the direction of pull is lateral, or forceful longitudinal traction on the trunk while the head is still firmly engaged in the pelvis, especially when combined with flexion and torsion of the vertical axis, may produce fracture and separation of the vertebrae. Such injuries, rarely diagnosed clinically, are most likely to occur when difficulty is encountered in delivering the shoulders in cephalic presentations and the head in breech presentations. The injury occurs most commonly at the level of the 7th cervical and 1st thoracic vertebrae. Transection of the cord may occur with or without vertebral fractures, but hemorrhage and edema may produce neurologic signs that are indistinguishable from those of transection except that they are not permanent. There is complete paralysis of voluntary motion below the level of injury, although the persistence of a withdrawal reflex mediated through spinal centers distal to the area of injury is frequently misinterpreted as representing voluntary motion. If the injury is severe, the infant, who from birth may be in poor condition due to respiratory depression, shock, or hypothermia, may deteriorate rapidly to death within several hours before neurologic signs are obvious. Alternatively, the course may be protracted with symptoms and signs appearing at birth or later in the 1st wk; immobility, flaccidity, and associated brachial plexus injuries may not be recognized for several days. Constipation may also be present. Some infants survive for prolonged periods, their initial flaccidity, immobility, and areflexia being replaced after several weeks or months by rigid flexion of extremities, increased muscle tone, and spasms.

The differential diagnosis includes amyotonia congenita and myelodysplasia associated with spina bifida occulta. Treatment of the survivors is supportive, and they often remain permanently injured. When there is compression from a fracture or dislocation, the prognosis is related to the time elapsing before the compression is removed.

## 9.25 PERIPHERAL NERVE INJURIES

**BRACHIAL PALSY.** Injury to the brachial plexus may cause paralysis of the upper arm with or without paralysis of the forearm or hand or, more commonly, paralysis of the entire arm. These injuries occur when lateral traction is exerted on the head and neck during delivery of the shoulder in a vertex presentation, when the arms are extended over the head in a breech presentation, or when there is excessive traction on the shoulders.

In **Erb-Duchenne paralysis** the injury is limited to the 5th and 6th cervical nerves. The infant loses the power to abduct the arm from the shoulder, to rotate the arm externally, and to supinate the forearm. The characteristic position consists of adduction and internal rotation of the arm with pronation of the forearm. The power of extension of the forearm is retained, but the biceps reflex is absent; the Moro reflex is absent on the affected side (Fig. 9–15). There may be some sensory impairment on the outer aspect of the arm. The

power in the forearm and the hand grasp are preserved unless the lower part of the plexus is also injured; the presence of the hand grasp is a favorable prognostic sign. When the injury includes the phrenic nerve, alteration of the diaphragmatic excursion may be observed fluoroscopically.

**Klumpke paralysis** is a rarer form of brachial palsy; injury to the 7th and 8th cervical nerves and the 1st thoracic nerve produces a paralyzed hand, and ipsilateral ptosis and miosis if the sympathetic fibers of the 1st thoracic root are also injured.

The mild cases may not be detected immediately after birth. Differentiation must be made from cerebral injury; from fracture, dislocation, or epiphyseal separation of the humerus; and from fracture of the clavicle. Magnetic resonance imaging (MRI) or CT myelography will demonstrate nerve root rupture or avulsion.

The *prognosis* depends on whether the nerve was merely injured or was lacerated. If the paralysis was due to edema and hemorrhage about the nerve fibers, there should be a return of function within a few months; if due to laceration, permanent damage may result. The involvement of the deltoid is usually the most serious problem and may result in a shoulder drop secondary to muscular atrophy. In general, paralysis of the upper arm has a better prognosis than paralysis of the lower arm.

*Treatment* consists of partial immobilization and appropriate positioning to prevent development of contractures. In upper arm paralysis, the arm should be abducted 90 degrees, with external rotation at the shoulder and with full supination of the forearm and slight extension at the wrist with the palm turned toward the face. This may be done with a brace or splint during the first 1–2 wk. Immobilization should be intermittent through the day while the infant is asleep and between feedings. In lower arm or hand paralysis, the wrist should be splinted in a neutral position and padding placed in the fist. When the entire arm is paralyzed, the same treatment principles should be followed. Gentle massage and range of motion exercises may be started by 7–10 days of age. Infants should be followed closely with active and passive corrective exercises. If the paralysis persists without improvement for 3–6 mo, neuroplasty, neurolysis, end-to-end anastomosis, or nerve grafting offer hope for partial recovery.

**PHRENIC NERVE PARALYSIS.** Phrenic nerve injury with diaphragmatic paralysis must be considered when cyanosis and irregular and labored respirations develop. Such injuries, usually unilateral, are associated with ipsilateral upper brachial palsy. Because breathing is thoracic in type, the abdomen does not bulge with inspiration. Breath sounds are diminished on the affected side. The thrust of the diaphragm, which often may be felt just under the costal margin on the normal side, is absent on the affected side. The *diagnosis* is established by ultrasonography or fluoroscopic examination, which reveals the elevation of the diaphragm on the paralyzed side and seesaw movements of the two sides of the diaphragm during respiration.

There is no specific *treatment*; the infant should be placed on the involved side and given oxygen if necessary. Initially, intravenous feedings may be needed; later, progressive gavage or oral feedings may be started depending on the infant's condition. Pulmonary infections are a serious complication. Recovery usually occurs spontaneously by 1–3 mo; rarely, surgical plication of the diaphragm may be indicated.

**FACIAL NERVE PALSY.** Usually, facial palsy is a peripheral paralysis that results from pressure over the facial nerve in utero, from efforts during labor, or from forceps during delivery. Rarely nonobstetric, it may result from nuclear agenesis of the facial nerve. Peripheral paralysis is flaccid and, when complete, involves the entire side of the face, including the forehead. When the infant cries, there is move-



**Figure 9–15.** Brachial palsy of the left arm (asymmetric Moro reflex).

ment on only the nonparalyzed side of the face, and the mouth is drawn to that side. On the affected side the forehead is smooth, the eye cannot be closed, the nasolabial fold is absent, and the corner of the mouth droops. The forehead will wrinkle on the affected side with central paralysis, since only the lower two thirds of the face is involved. Usually there are also other manifestations of intracranial injury, most commonly a 6th nerve palsy. The *prognosis* depends upon whether the nerve was injured by pressure or whether the nerve fibers were torn. Improvement occurs within a few weeks in the former instance. Care of the exposed eye is essential. Neuroplasty may be indicated when the paralysis is persistent. Facial palsy may be confused with the absence of the depressor muscles of the mouth, which is a benign problem.

**Other peripheral nerves** are seldom injured in utero or at birth except when they are involved in fractures or hemorrhages.

## 9.26 VISCERA

The **liver** is the only internal organ other than the brain that is injured with any frequency during birth. The damage usually results from pressure on the liver during delivery of the head in breech presentations. Large infant size, intrauterine asphyxia, coagulation disorders, extreme prematurity, and hepatomegaly are contributing factors. Incorrect cardiac massage is a less frequent cause. The liver is ruptured when there is formation of a subcapsular hematoma, which may tamponade further bleeding. The infant usually appears normal for the first 1–3 days. Nonspecific signs related to loss of blood into the hematoma may appear early and include poor feeding, listlessness, pallor, jaundice, tachypnea, and tachycardia. A mass may be palpable in the right upper quadrant; the abdomen may appear blue. The hematoma may be large enough to cause anemia. Shock and death may occur if the hematoma breaks through the capsule into the peritoneal cavity, reducing pressure and allowing fresh hemorrhage. Early suspicion by means of ultrasonography diagnosis and prompt supportive therapy can decrease the mortality of this disorder. Surgical repair of a laceration may be required.

**Rupture of the spleen** may occur alone or in association with rupture of the liver. The causes, complications, treatment, and prevention are similar.

Although **adrenal hemorrhage** occurs with some frequency, especially after breech delivery, its cause is undetermined; it may be due to trauma, anoxia, or severe stress, as in overwhelming infections. Calcified central hematomas of the adrenal have been identified roentgenographically or at autopsy in older infants and children, suggesting that not all adrenal hemorrhages are immediately fatal. In severe cases the diagnosis is usually made at post mortem examination. The symptoms are profound shock and cyanosis. There may be a

mass in the flank with overlying skin discoloration; jaundice may also develop. If adrenal hemorrhage is suspected, abdominal ultrasonography may be helpful, and treatment for acute adrenal failure may be indicated (Sec. 19.21).

## INJURY OF THE STERNOCLEIDOMASTOID
See Torticollis, Sec. 24.22.

## 9.27 FRACTURES

**CLAVICLE.** This bone is fractured during labor and delivery more frequently than any other bone; it is particularly vulnerable when there is difficulty in delivery of the shoulder in vertex presentations and of the extended arms in breech deliveries. The infant characteristically does not move the arm freely on the affected side; crepitus and bony irregularity may be palpated, and occasionally discoloration is visible over the fracture site. The Moro reflex is absent on the affected side, and there is spasm of the sternocleidomastoid muscle with obliteration of the supraclavicular depression at the site of the fracture. In greenstick fractures there may be no limitation of movement, and the Moro reflex may be present. Fracture of the humerus or brachial palsy may also be responsible for limitation of movement of an arm and absence of a Moro reflex on the affected side. The *prognosis* is excellent. *Treatment*, if any, consists of immobilization of the arm and shoulder on the affected side. A remarkable degree of callus develops at the site within a week and may be the first evidence of the fracture.

## EXTREMITIES

In fractures of the long bones spontaneous movement of the extremity is usually absent. The Moro reflex is also absent from the involved extremity. There may be associated nerve involvement. Satisfactory results of treatment for a fractured humerus are obtained with 2–4 wk of immobilization during which the arm is strapped to the chest, a triangular splint and a Velpeau bandage are applied, or a cast is applied. For fracture of the femur, good results are obtained with traction-suspension of both lower extremities, even if the fracture is unilateral; the legs, immobilized in a spica cast, are attached to an overhead frame. Splints are effective for treatment of fractures of the forearm or leg. Healing is usually accompanied by excess callus formation. The *prognosis* is excellent for fractures of the extremities. Fractures in preterm infants are related to osteopenia (Sec. 9.54).

**Dislocations** and **epiphyseal separations** rarely result from birth trauma. The upper femoral epiphysis may be separated by forcible manipulation of the infant's leg as, for example, in breech extraction or after version. There is swelling, slight shortening, limitation of active motion, painful passive mo-