# NEUROLOGY *of the* NEWBORN

**FOURTH EDITION**

*JOSEPH J. VOLPE*

OAK 00851

# Contents

**UNIT I**
**HUMAN BRAIN DEVELOPMENT**

**1** Neural Tube Formation and Prosencephalic Development, 1

**2** Neuronal Proliferation, Migration, Organization, and Myelination, 45

**UNIT II**
**NEUROLOGICAL EVALUATION**

**3** Neurological Examination: Normal and Abnormal Features, 103

**4** Specialized Studies in the Neurological Evaluation, 134

**5** Neonatal Seizures, 178

**UNIT III**
**HYPOXIC-ISCHEMIC ENCEPHALOPATHY**

**6** Hypoxic-Ischemic Encephalopathy: Biochemical and Physiological Aspects, 217

**7** Hypoxic-Ischemic Encephalopathy: Intrauterine Assessment, 277

**8** Hypoxic-Ischemic Encephalopathy: Neuropathology and Pathogenesis, 296

**9** Hypoxic-Ischemic Encephalopathy: Clinical Aspects, 331

**UNIT IV**
**INTRACRANIAL HEMORRHAGE**

**10** Intracranial Hemorrhage: Subdural, Primary Subarachnoid, Intracerebellar, Intraventricular (Term Infant), and Miscellaneous, 397

**11** Intracranial Hemorrhage: Germinal Matrix–Intraventricular Hemorrhage of the Premature Infant, 428

**UNIT V**
**METABOLIC ENCEPHALOPATHIES**

**12** Hypoglycemia and Brain Injury, 497

**13** Bilirubin and Brain Injury, 521

**14** Hyperammonemia and Other Disorders of Amino Acid Metabolism, 547

**15** Disorders of Organic Acid Metabolism, 574

**16** Degenerative Diseases of the Newborn, 599

**UNIT VI**
**DISORDERS OF THE MOTOR SYSTEM**

**17** Neuromuscular Disorders: Motor System, Evaluation, and Arthrogryposis Multiplex Congenita, 623

**18** Neuromuscular Disorders: Levels Above the Lower Motor Neuron to the Neuromuscular Junction, 642

**19** Neuromuscular Disorders: Muscle Involvement and Restricted Disorders, 671

**UNIT VII**
**INTRACRANIAL INFECTIONS**

**20** Viral, Protozoan, and Related Intracranial Infections, 717

**21** Bacterial and Fungal Intracranial Infections, 774

**UNIT VIII**
**PERINATAL TRAUMA**

**22** Injuries of Extracranial, Cranial, Intracranial, Spinal Cord, and Peripheral Nervous System Structures, 813

**UNIT IX**
**INTRACRANIAL MASS LESIONS**

**23** Brain Tumors and Vein of Galen Malformations, 841

**UNIT X**
**DRUGS AND THE DEVELOPING NERVOUS SYSTEM**

**24** Teratogenic Effects of Drugs and Passive Addiction, 859

# 22

# Injuries of Extracranial, Cranial, Intracranial, Spinal Cord, and Peripheral Nervous System Structures

The terms "perinatal trauma" and "birth injury" have been given definitions so broad as to be confusing and nearly meaningless. Indeed, the most commonly utilized definition of birth injury is considered to be any condition that affects the fetus adversely during labor or delivery. In this discussion, however, "perinatal trauma" refers to those adverse effects on the fetus during labor or delivery and in the neonatal period that are caused *primarily* by *mechanical* factors. Thus specifically excluded are the disturbances of labor and delivery that lead principally to *hypoxic-ischemic* brain injury (see Chapters 6 to 9). (Nevertheless, overlap between mechanical trauma and the occurrence of hypoxic-ischemic cerebral injury is important to recognize because perinatal mechanical insults may result in primarily hypoxic-ischemic cerebral injury, probably secondary to disturbances of placental or cerebral blood flow.[1,2])

The incidence of traumatic brain injury, as defined for this chapter, is difficult to establish. This difficulty is due, in largest part, to the frequent concurrence of hypoxic-ischemic injury as a sequela to perinatal trauma. Nevertheless, it is clear that there have been drastic reductions in the occurrence of traumatic injuries to central and peripheral nervous structures, primarily because of improved obstetrical management. Specific examples are apparent in the subsequent discussions, but recurring themes are the rational use of cesarean section and improved techniques of manual and instrumental vaginal deliveries.

## MAJOR VARIETIES OF PERINATAL TRAUMA

The major varieties of perinatal trauma are outlined in Table 22-1. These include extracranial hemorrhage, skull fracture, intracranial hemorrhage, cerebral contusion, cerebellar contusion, spinal cord injury, and several types of injury to the peripheral nervous system, e.g., nerve roots and cranial or peripheral nerves. The injuries to extracranial, cranial, and central nervous system structures are discussed first.

## INJURY TO EXTRACRANIAL, CRANIAL, AND CENTRAL NERVOUS SYSTEM STRUCTURES

### Extracranial Hemorrhage

The three major varieties of extracranial hemorrhage are caput succedaneum, subgaleal hemorrhage, and cephalhematoma. These lesions occur in different tissue planes between the skin and the cranial bone (Fig. 22-1 and Table 22-2).

#### Caput Succedaneum

This term refers to the hemorrhagic edema that is observed very commonly after vaginal delivery. Compression on the presenting part, exerted by the uterus or cervix, is the most common pathogenesis. Caput and related scalp injuries occur in 20% to 40% of deliveries by vacuum extraction.[3] The usual site of caput formation is the vertex, and marked molding of the head is a common accompaniment. The edema is soft, superficial, and pitting in nature and crosses sites of suture lines (Table 22-2). The lesion steadily resolves over the first days of life, and no intervention is necessary.

#### Subgaleal Hemorrhage

Subgaleal hemorrhage refers to hemorrhage beneath the aponeurosis covering the scalp and connecting the frontal and occipital components of the occipitofrontalis muscle (Fig. 22-1).[4] Blood may spread beneath the entire scalp and even dissect into the subcutaneous tissue of the neck. Pathogenesis of subgaleal hematoma is related to a combination of external compressive and dragging forces, sometimes aided by a coagulation disturbance (e.g., vitamin K deficiency).[5] A strong association with delivery by vacuum extraction is suggested by available data.[6] In a unique study of 27 infants by computed tomography (CT) scan, 14 infants demonstrated various angulation abnormalities of the parietal bones; such abnormalities suggest that the lesion results from bleeding caused by one or more of the three mechanisms (linear skull fracture, suture diastasis, fragmentation of the superior margin of the parietal bone) illustrated in Fig. 22-2.[6] This lesion is much less common than caput succedaneum, although precise incidence is unknown. In contrast to uncomplicated caput, subgaleal hematoma presents as a firm, fluctuant mass, increases in size after birth, and may be present in the subcutaneous tissue of the posterior neck (Table 22-2). Infants must be watched carefully for signs of blood loss and the development of hyperbilirubinemia. Urgent blood transfusion may be necessary. After the acute phase, the lesion resolves over 2 to 3 weeks.

#### Cephalhematoma

Cephalhematoma refers to a circumscribed region of hemorrhage overlying the skull and confined by cranial sutures.

**Incidence.** Cephalhematoma occurs in approximately 1% to 2% of live births.[7-9] The lesion is nearly twice as common in males as in females and is more frequent in children of primiparous than multiparous mothers. The use of forceps in delivery sharply in-

Case No. 1:05-cv-00827-REB-KLM Document 130-41 filed 10/02/06 USDC Colorado pg 4 of 9





**Figure 22-7** Depressed skull fracture: nonsurgical treatment. Infant with a "ping-pong" fracture is shown with a transparent plastic breast pump shield applied over the left frontal lesion. The transparent shield, which allows visualization of the elevation of the depression, is attached to an obstetrical vacuum extractor. (From Saunders BS, Lazoritz S, McArtor RD, et al: *J Neurosurg* 50:512, 1979.)

### *Occipital Osteodiastasis*

Occipital osteodiastasis, separation of the squamous and lateral parts of the occipital bone, may result in posterior fossa subdural hemorrhage, cerebellar contusion, and cerebellar-medullary compression without hemorrhage or gross contusion.[4] The evolution of the lesion by skull radiography is shown in Fig. 22-8.[31] Its consequences are discussed primarily in Chapter 10.

## Intracranial Hemorrhage

### *Major Varieties*

The major varieties of intracranial hemorrhage associated with cranial trauma in the perinatal period include epidural hemorrhage, subdural hemorrhage (acute, subacute, and chronic), primary subarachnoid hemorrhage, intraventricular hemorrhage, intracerebral hemorrhage, and intracerebellar hemorrhage (Table 22-1). Pathogeneses other than trauma play more important roles in several of these varieties of intracranial hemorrhage. Trauma plays the dominant pathogenetic role in epidural and subdural hemorrhage and may contribute to pathogenesis of the other varieties of intracranial hemorrhage. Except for epidural hemorrhage, the neuropathology, clinical features, management, and other features of neonatal intracranial hemorrhage are discussed in detail in Chapters 10 and 11.

### *Epidural Hemorrhage*

Epidural hemorrhage refers to hemorrhage in the plane between the bone and the periosteum on the inner surface of the skull (Fig. 22-1).[4] It represents the intracranial analogue of a cephalhematoma (which is often associated).

**Incidence.** Epidural hemorrhage is a rare lesion in the newborn and constitutes only about 2% of all cases of neonatal intracranial hemorrhage observed at autopsy.[32] This relative rarity may relate to the fact that in the newborn the dura is unusually thick and largely contiguous with the inner periosteum.[32]

**Pathology.** Bleeding into the epidural space is derived either from branches of the middle meningeal artery or from major veins or venous sinuses. Fractures across suture lines are likely to be associated with the venous sinuses. Linear skull fracture is present in the majority of cases but not all.[32] Cephalhematoma is also a frequent accompaniment.[33,34]

**Pathogenesis.** When epidural hemorrhage is accompanied by linear skull fracture, overriding of fracture segments and tearing of branches of the middle meningeal artery or a large venous sinus are the probable reasons for the hemorrhage. In the infant without fracture the reason for the hemorrhage is unclear. The dura can be separated from the bone when "the skull is bent inward or outward" at autopsy, and it is possible that this separation in vivo could cause tears of arteries running in the richly vascularized dural-periosteal layer of the neonatal cranium.[32]

**Clinical features.** Most affected infants have experienced a traumatic labor or delivery and exhibit signs of increased intracranial pressure (bulging anterior fontanel) from the first hours of life. A delay in onset of signs also may occur,[34] perhaps when a venous origin is present. In two of the five cases reported by Takagi and co-workers, seizures were also present.[32] Signs of uncal herniation, e.g., fixed, dilated ipsilateral pupil, may occur. Suspicion of the lesion is an indication for emergency CT scan, which should demonstrate the hemorrhage effectively. The convex, lentiform appearance of the lesion is characteristic (Figs. 22-5, *B*, and 22-9, *A*). Untreated infants often die within 24 to 48 hours, although surgical evacuation and survival have been reported.[32,33] Moreover, survival after nonsurgical therapy also has been documented (Fig. 22-9).[34]

**Management.** Although epidural hemorrhage is a rare lesion, it should be considered in any infant who has experienced a traumatic labor or delivery or exhibits signs of increased intracranial pressure in the first day of life. Rapid diagnosis by CT scan and prompt intervention should improve the outcome. Although surgical evacuation has been the most common therapy, in a recent series three infants treated by aspiration of an accompanying cephalhematoma recovered without sequelae.[34] In each case the epidural hematoma disappeared after the aspiration of the cephalhematoma, apparently because of communication of the two lesions through a fracture site (Fig. 22-9). In a fourth case with-

Case No. 1:05-cv-00827-REB-KLM Document 130-41 filed 10/02/06 USDC Colorado pg 5 of 9


the basic nature of the cord lesion. Further data, however, are needed on this issue.

A potential role for methylprednisolone in the acute management of spinal cord injury is suggested by the results of randomized, controlled trials in adult patients.[62,63,68] Individuals who received methylprednisolone as a bolus dose of 3 mg/kg within 8 hours of injury, and as a maintenance infusion of 5.4 kg/hour for 23 hours, had increased survival rate and better neurological recovery than placebo-injected or naloxone-treated controls. Because the glucocorticoid has been shown to prevent the early decline in cord blood flow and the deleterious metabolic events, including lipid peroxidation, described earlier in experimental models, a clear rationale for benefit is apparent. In a subsequent study the beneficial effect of methylprednisolone was confirmed, and additionally it was shown that patients treated between 3 and 8 hours after injury had as favorable a response to therapy as those treated within 3 hours of injury if the former patients were treated for 48 hours instead of only 24 hours.[68] Proof of benefit (without major risk) is difficult to obtain in infants because of the relatively small number of cases available for study. Moreover, the correct diagnosis is usually delayed for many hours or days in infants (see earlier discussion).

Supportive therapy is important and is directed at ventilation, maintenance of body temperature, and prevention of urinary tract infection and contractures. At least initially the bladder can be emptied by gentle use of the Credé's maneuver, with the hope of automatic bladder function developing subsequently.[48] The possibility that prolonged treatment with monosialotetrahexosylganglioside (GM-1 ganglioside) can lead to improved recovery is suggested by a study of adults with spinal cord injury treated and followed for 1 year (first dose administered in the first 72 hours of injury).[61] In experimental models GM-1 ganglioside has been shown to lead to increased neuronal survival and function of myelinated tracts. Study of this agent in models of spinal cord injury of immature animals would be of considerable interest.

Major ethical issues are raised when infants are unable to sustain adequate ventilation without mechanical support. *Prediction of outcome in the neonatal period* is very difficult and clearly essential for decisions to withdraw life support. Certain tentative conclusions can be made at 24 hours of age and 30 days of age. Thus, in one series of nine infants with spinal cord injury above the level of C-4 and requiring mechanical ventilation *and who survived at least 3 months,* the only two patients who survived with a favorable outcome (independent daytime breathing, good motor function) had *breathing movements on day 1.*[47] Of the seven survivors who took their first breath after the first day of life, all still required mechanical ventilation (except one infant who required only nocturnal mechanical ventilation) 8 months to 9 years later.[47] All four survivors who were *totally apneic beyond 30 days of age* required long-term mechanical ventilation and had severe motor disability.[47] (It also should be noted that in this study five additional patients with upper cervical lesions had no respiratory movements in the first days of life and had life support withdrawn at 4 to 10 days of age.) Nevertheless, although these data are useful in predicting outcome, the numbers of infants studied are relatively small and conclusions remain tentative.

## INJURY TO PERIPHERAL NERVOUS SYSTEM STRUCTURES

Traumatic injury to peripheral structures, e.g., nerve roots, plexuses, and peripheral and cranial nerves, may result in serious and sometimes fatal disorders. In this section I review, first, the four most common or serious of these injuries, i.e., brachial plexus palsies, diaphragmatic paralysis, facial paralysis, and median nerve injury. Next, a variety of less common peripheral traumatic injuries of nerve roots, plexuses, and trunks are reviewed.

### Brachial Plexus Injury

Brachial plexus injury refers to weakness or total paralysis of muscles innervated by the nerve roots that supply the brachial plexus, i.e., cervical roots 5 to 8 (C-5 to C-8) and thoracic root 1 (T-1).

#### *Incidence*

Brachial plexus injury is distinctly more common than spinal cord injury. In the largest reported series of traumatic birth injuries, brachial plexus injuries occurred 10 to 20 times more commonly than did spinal cord injuries.[93,94] The incidence has varied generally between 0.5 and 2 per 1000 live births.[95-104] Because the lesion is virtually confined to the full-term newborn, the incidence in such infants is somewhat higher; in a representative report brachial plexus injury was observed in 2.6 per 1000 live full-term infants in a major teaching hospital.[105] Attesting further to the relatively common occurrence of brachial plexus injury, albeit not necessarily severe, I have been impressed with the relative frequency with which subtle but definite evidence for plexus injury can be ascertained by meticulous examination of infants at risk for such traumatic injury (see "Pathogenesis"). This observation has not been made in a systematic or quantitative fashion, and, indeed, the clinical significance is probably minimal, since the subtle deficits invariably resolve in a matter of days.

#### *Pathology*

Although the term "brachial *plexus* injury" is consistently used, it should be recognized that the major pathology often involves the nerve *roots* that supply the plexus, particularly at the site where the roots form the trunks of the plexus (a similar site is observed in "stretch" injuries to brachial "plexus" in adults).[106] In the most severe neonatal lesions, actual avulsion of the root from the cord and, often, associated cord injury are present. In the much more common, less severe lesions, hemorrhage and edema consequent to injury to the nerve sheath or axon are prominent.[58,102,107,107a] In the most common form of brachial plexus palsy, the involvement of the proximal upper extremity, i.e., Erb's palsy, is caused particularly by a lesion at the point

TABLE 22-6

**Relation of Pathology to Likelihood of Spontaneous Recovery in Brachial Plexus Injury**

| SEVERITY OF LESION | NERVE SHEATH | AXONS | ROOTS | LIKELIHOOD OF SPONTANEOUS RECOVERY |
|---|---|---|---|---|
| Mild | Injured* | Intact | Intact | Good |
| Moderate | Intact | Severed | Intact | Fair |
| Severe | Severed | Severed | Intact | Poor |
| Severe | Intact | Intact | Severed | Poor |

*Usually consists of edema and hemorrhage with secondary impairment of axonal function (nerve sheath remains intact).

(Erb's point) where the fifth and sixth cervical nerve roots unite to form the upper trunk of the brachial plexus. Involvement of the distal upper extremity, i.e., Klumpke's palsy, is caused particularly by a lesion at the point where the eighth cervical and first thoracic nerve roots unite to form the lower trunk of the plexus.

The general relationships between the nature of the gross pathology and outcome are summarized in Table 22-6. Injury to the nerve sheath with associated hemorrhage and edema but with intact axons ("neurapraxia") secondarily impairs axonal function, primarily by compression, but recovery is complete. Severance of axons or roots is more serious. Rupture of roots is associated with essentially no chance of spontaneous recovery. Similarly, axonal rupture when associated with severance of the nerve sheath and thus loss of a "guide" for regenerating axons ("neurotonesis") is associated with a poor spontaneous outcome. However, axonal rupture with an intact nerve sheath is intermediate in severity; axonal regeneration occurs at a rate of approximately 1.8 mm/day,[108] somewhat faster than the rate of approximately 1 mm/day in older individuals.

### Pathogenesis

Brachial plexus injury is thought to result from stretching of the brachial plexus, with its roots anchored to the cervical cord, by extreme lateral traction. The traction is exerted via the shoulder, in the process of delivering the head with breech deliveries, and via the head, in the process of delivering the shoulder in cephalic deliveries. The upper roots of the plexus are most vulnerable, but with marked traction all roots are affected and total paralysis results. The relatively rare occurrence of intrauterine injury to the brachial plexus has been secondary to abnormalities of fetal position or of uterine structure.[104,109]

The pathogenetic events just mentioned occur secondary to *obstetrical factors, large fetal size, and fetal depression.*[12,96,98-101,103-105,107,110,111] Thus, in Gordon's[96] large, essentially unselected series, abnormal presentations occurred in 56% of cases; this group consisted of 14% breech and 42% abnormal vertex presentations (occiput posterior and occiput transverse). Shoulder dystocia was present in 51% of all vertex deliveries and in 30% of all breech deliveries. Labor was augmented in 50% of these cases. In a separate series of 185 cases of shoulder dystocia, fully 15% of infants sustained brachial plexus injury.[101] Birth weight of affected infants exceeds 3500 g in 50% to 75% of cases.[96,100,101,110,112] In a large Swedish series the incidence of brachial plexus palsy was 45-fold greater at a birth weight of >4500 g than at a birth weight of <3500 g.[103] Intrauterine asphyxia with fetal depression is suggested by the signs of fetal distress in 44% and Apgar score at 1 minute of less than four in 39%.[96] Thus the recurring theme is a large depressed infant with an abnormal labor and delivery.

### Clinical Features

**Clinical setting.** The typical clinical setting comprises obstetrical and fetal factors that predispose the infant to traumatic injury, particularly by excessive traction. Thus, as noted previously, abnormal presentations, dysfunctional labor, augmented labor, large fetal size, and fetal depression occur to varying degrees in most cases of brachial plexus injury.

**Neonatal varieties.** In standard writings on brachial plexus injury, two basic types are recognized: the proximal type, or Erb's palsy, and the distal type, or Klumpke's palsy. In neonatal patients, approximately 90% of cases of brachial plexus injury involve the proximal upper limb and correspond to Erb's palsy.[96,98,110,113] A true Klumpke's palsy, i.e., weakness of distal upper extremity *only*, is rare in the newborn period, and most infants with distal involvement *also* exhibit proximal involvement. These neonatal patients with essentially *total* brachial plexus palsy often are described, appropriately or not, under the term of Klumpke's palsy.

The nerve roots involved in the common, proximal, Erb's palsy emanate from cervical segments 5 and 6 in approximately 50% of such cases, with the addition of cervical segment 7 in the other 50%.[110] The additional roots involved in the patients with total brachial plexus injury emanate from cervical segment 8 and thoracic segment 1. In Erb's palsy, affection of the diaphragm may be associated if involvement extends to cervical roots 4 and, perhaps, 3. (The innervation to the diaphragm, as noted previously, is from cervical segments 3, 4, and 5, with most input from C-4.) Affection of ipsilateral diaphragm is present in approximately 5% of cases of Erb's palsy. In total plexus injury, affection of sympathetic outflow from thoracic root 1 causes Horner's syndrome, manifested in the newborn by ptosis and miosis. An additional complication of this deficit of sympathetic innervation of the iris is a disturbance in pigment formation. Thus the affected eye remains unpigmented (i.e., blue) for many months or years.[58]

TABLE 22-7

**Major Pattern of Weakness with Erb's (Proximal) Brachial Plexus Palsy**

| WEAK MOVEMENT | CORD SEGMENT | RESULTING POSITION |
|---|---|---|
| Shoulder abduction | C-5 | Adducted |
| Shoulder external rotation | C-5 | Internally rotated |
| Elbow flexion | C-5,6 | Extended |
| Supination | C-5,6 | Pronated |
| Wrist extension | C-6,7 | Flexed |
| Finger extension | C-6,7 | Flexed |
| Diaphragmatic descent | C-4,5 | Elevated |

TABLE 22-8

**Major Additional Pattern of Weakness with Total Brachial Plexus Palsy**

| WEAK MOVEMENT | CORD SEGMENT | RESULTING POSITION |
|---|---|---|
| Wrist flexion | C-7,8; T-1 | Extended |
| Finger flexion | C-7,8; T-1 | Extended |
| Finger abduction | C-8, T-1 | Neutral position |
| Finger adduction | C-8, T-1 | Neutral position |
| Dilator of iris | T-1 | Miosis |
| Full lid elevation | T-1 | Ptosis |

**Major neurological features.** The major neurological features of Erb's and total plexus palsies are best considered in terms of effects on muscle function, tendon reflexes (especially the biceps), Moro and grasp reflexes, and sensory function (Tables 22-7 to 22-9). In general, the motor deficits are much more striking than the sensory deficits because of the overlapping innervation of sensory dermatomes, the greater affection of anterior than posterior roots, and the difficulty of precise assessment of sensation in the newborn. Based on clinical features the lesion is bilateral in approximately 5% of cases.[84,110,111,113] Interestingly, a recent careful electrophysiological study of 18 cases showed neurophysiological abnormalities in the clinically unaffected arm in 5 cases.[114]

**Erb's palsy.** In Erb's (proximal) palsy there is weakness at the shoulder of abduction (deltoid, C-5) and external rotation (spinati, C-5), at the elbow of flexion (biceps, brachioradialis, C-5, C-6) and supination (biceps, supinator, C-5, C-6), and to a variable extent at the wrist and fingers of extension (extensors of the wrist and long extensors of the fingers, C-6, C-7) (Table 22-7). Thus the limb assumes the characteristic "waiter's tip" posture because of preservation of shoulder abduction and internal rotation, elbow extension and pronation, and wrist and finger flexion (Fig. 22-13). The biceps (C-5, C-6) reflex is absent (Table 22-9). (The brachioradialis and triceps reflexes [C-6, C-7, C-8], which are sometimes difficult to elicit in the newborn, might be expected to be inconsistently disturbed.) The Moro reflex is disturbed because of the deficit in shoulder abduction (although hand movement is present). The

TABLE 22-9

**Reflex Abnormalities in Erb's (Proximal) and Total Brachial Plexus Palsies**

| | | RESPONSE | |
|---|---|---|---|
| REFLEX | CORD SEGMENT | PROXIMAL PALSY | TOTAL PALSY |
| Biceps | C-5,6 | Absent | Absent |
| Moro | | | |
| Shoulder abduction | C-5 | Absent | Absent |
| Hand movement | C-8, T-1 | Present | Absent |
| Palmar grasp | C-8, T-1 | Present | Absent |

grasp reflex is present because of the preserved finger flexion. We have found *sensory deficits* to pinprick (assessed primarily by observation of facial response) to be very common, contrary to the experience recorded by many others. The most consistent hypesthesia is over the lateral aspect of the proximal upper extremity (C-5). *Diaphragmatic paralysis,* which should be looked for specifically, was associated with Erb's palsy in 3 of the 55 cases studied by Gordon and co-workers.[96]

**Total plexus palsy.** In total plexus palsy, with involvement of lower as well as upper roots, the paralysis extends to the intrinsic muscles of the hand (C-8, T-1) (Table 22-8). Involvement of hand *alone* is rare (I have never seen a case) and was reported in only one of 57 cases in one large series.[99] The grasp reflex is *absent* (Table 22-8). The sensory loss is more extensive in these patients with total plexus involvement because of the loss of the overlapping sensory innervation. *Horner's syndrome* is associated in about one third of these severely affected infants.[96,98,110,113]

**Other traumatic lesions.** Other traumatic lesions may be associated with brachial plexus injury. Thus the approximate proportions of associated lesions are as follows: fractured clavicle (10%), fractured humerus (10%), subluxation of the shoulder (5% to 10%), subluxation of cervical spine (5%), cervical cord injury (5% to 10%), and facial palsy (10% to 20%).[99,110]

### Diagnosis

Delineation of the *clinical features* can be accomplished effectively by meticulous neurological examination. *Electromyographic studies* to detect a diminished number of motor unit potentials upon contraction and signs of denervation at rest (e.g., fibrillations, which appear about 2 to 3 weeks after the injury) have been recommended as adjuncts.[98,110,113,115] If fibrillations are absent, the likely lesion is "neurapraxia" and the outlook is favorable. In infants with axonal rupture and subsequent regeneration, in subsequent studies the numbers of fibrillations diminish, motor unit potentials upon contraction increase, and motor nerve conduction velocity increases.[98,108,110] If signs of denervation are marked and persist on serial studies, the outlook for spontaneous recovery is poor. Definition of diaphragmatic paralysis can be made conclusively by *fluoroscopy,* which demonstrates high placement of the diaphragm



**Figure 22-13** Brachial plexus injury, proximal or Erb's type: clinical appearance. **A,** Infant holds upper extremity adducted, internally rotated, and pronated. **B,** "Waiter's tip" position of affected wrist and fingers. (From Painter MJ, Bergman I: *Semin Perinatol* 6:89, 1982.)



**Figure 22-14** MRI in a 6-day-old infant with left brachial plexus injury. **A,** Reconstructed coronal T2-weighted image shows pseudomeningoceles of left C-7 and C-8 roots *(arrows)*. **B,** Axial T2-weighted image shows pseudomeningoceles of left C-8 root *(large arrow)*. Note also soft-tissue swelling and fluid in fascial planes of left lower neck and shoulder *(small arrows)*. (From Francel PC, Koby M, Park TS, et al: *J Neurosurg* 83:461-466, 1995.)

on the affected side and "seesaw" movements of the whole diaphragm with respiration. The latter results because on inspiration the paralyzed side ascends while the intact side descends; the opposite occurs with expiration. *Real-time ultrasound scanning* is a more convenient method to perform serial assessment of diaphragmatic function and is the preferred approach.[116] *CT-myelography* or *MRI* may demonstrate pseudomeningoceles and other findings suggesting partial or complete avulsion of roots and, thus, a poor prognosis for spontaneous recovery. I consider MRI to be the preferred procedure (Fig. 22-14).[117,118] Occasionally, differentiation of brachial plexus injury from "pseudoparalysis" secondary to bony lesions presents a diagnostic problem. *Radiographs of cervical spine, clavicles, and humerus* are of value in this regard.

### Prognosis

Prognosis obviously relates to the severity and extent of the lesion. The series of 59 children from the National Collaborative Perinatal Study provides a representative sample of unselected patients followed from the neona-

Case No. 1:05-cv-00827-REB-KLM Document 130-41 filed 10/02/06 USDC Colorado pg 9 of 9

TABLE 22-10

**Outcome of Neonatal Brachial Plexus Palsy Relative to Initial Examination**

| SEVERITY OF DEFICITS | INITIAL EXAMINATION | FOLLOW-UP EXAMINATION |
|---|---|---|
| None or mild | 63% | 66% |
| Moderate | 25% | 19% |
| Moderately severe or severe | 12% | 15% |

Data from Eng GD, Binder H, Getson P, O'Donnell R: *Muscle Nerve* 19:884-891, 1996 (n = 186). Initial examination carried out primarily before 3 months of age (more than half within the first month); follow-up examination, 15 months to 15 years.

tal period.[96] In this group 88% were normal by 4 months of age, and 92% were normal by 12 months of age. At 48 months of age, 7% of infants were still abnormal. In an obstetrical series of 33 infants all but one were normal at 6 months of age.[101] In slightly more selective, hospital-based series, the outcome has been less favorable, with complete recovery reported in approximately 50% to 80%.[103,110,119,119a] Particularly valuable in estimating prognosis in the neonatal period are the results of a careful neurological examination. In one large series (n = 186), a close correlation between the results of the neonatal evaluation and of the follow-up examination beyond 15 months of age is apparent (Table 22-10). Infants with total plexus involvement consistently have the poorest outcomes (see the "moderately severe or severe" group in Table 22-10).[103,113,119-120] Onset of recovery within 2 to 4 weeks is a favorable prognostic sign; in one series all patients who recovered fully showed some improvement in arm affection by 2 weeks.[121] Infants who recover completely or nearly so generally do so by 6 months of age, and impairment is generally stationary after 15 months of age.[103]

### Management

There are two major aspects to the management of brachial plexus injury in the neonatal period. The first is prevention, and the second is care of the affected infant.

**Prevention.** Prevention of brachial plexus injury must be based on eliminating the opportunity for traction injury (see "Pathogenesis"). Reasoned obstetrical management of abnormal presentations and deliveries and judicious use of maternal drugs and anesthesia to avoid fetal depression, especially in the presence of a large fetus, are critical.

**Therapy.** Management of the infant, once affected, is directed particularly toward prevention of the development of contractures, which worsen the degree of functional disability. After the diagnosis is made, the limb should be immobilized gently across the upper abdomen. Therapy should begin in the latter part of the first week with gentle, passive, range-of-motion exercises at shoulder, elbow, wrists, and small joints of the hands.[98,110,113] Supportive wrist splints to prevent flexion contractures and to stabilize the fingers are important. No longer recommended is the "Statue of Liberty" splint that placed the limb in a position at shoulder, elbow, and wrist that was opposite from that assumed by the unsupported limb. This type of splint carries considerable risk of causing contractures in the new position. Trophic disturbances of skin, muscle, and bone are particularly likely to develop in infants with *total* plexus involvement (which usually includes marked sensory involvement), and these disturbances are difficult to treat effectively. In addition, a few infants, even some with good sensorimotor recovery, "ignore and refuse to use" the affected limb.[110] This state has been attributed to a failure of development of appropriate cerebral motor patterns and organization of body image, secondary to the transient interruption of peripheral pathways, which is a conclusion with some experimental support.[122] Eng's considerable clinical experience has led to the following conclusion: "Attempts at sensory stimulation, massage, calling the infant's attention to the arm have been questionably successful in minimizing this problem."[110] Orthopedic problems at the shoulder and elbow may require surgical intervention, which is discussed elsewhere.[120]

*In infants who do not exhibit any appreciable functional recovery by 3 months,* consideration for surgical exploration is appropriate.[102,107,120] Electrodiagnostics and imaging (CT myelography or MRI) studies provide information about the severity of the lesion.[102,107,120,123] The advent of the operating microscope and recent success in microsurgical repair of brachial plexus lesions in adults have led to surgical management of severely affected infants.[102,107,119a,120] Surgical options depend upon the specific findings but include removal of disruptive fibrous tissue at the site of the lesion, excision of neuroma, sural nerve graft at the site of axonal rupture, and local root grafts from intact roots at the site of root avulsions.[102,107,120] Improvement in function has been reported in the majority of operated infants.[102,107]

## Diaphragmatic Paralysis

Diaphragmatic paralysis secondary to traumatic injury to cervical nerve roots supplying the phrenic nerve may occur as an isolated finding or in association with brachial plexus injury (Table 22-11).

### Incidence

The incidence of neonatal diaphragmatic paralysis is related to the incidence of brachial plexus injury, since approximately 80% to 90% of cases are associated with such plexus injury and approximately 5% to 10% of cases of brachial plexus injury are associated with diaphragmatic paralysis.[9,111,113,124-137]

### Pathology

The pathogenesis of diaphragmatic paralysis appears to be similar in most cases to that described for brachial plexus injury. This conclusion is supported by the high frequency of similar obstetrical and fetal factors and of extreme lateral traction in the delivery of affected infants. Phrenic nerve injury is more common after breech than cephalic deliveries. The major sites of injury defined in anatomical studies are shown in Fig. 22-15.[138]