# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER,
LAURA POTTER, and
TRISTAN POTTER,

     Plaintiffs,

v.

DEBRA H. BOWMAN, M.D., and
HCA-HEALTH ONE, LLC, d/b/a SWEDISH MEDICAL CENTER,

     Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANT HCA-HEALTH ONE, LLC d/b/a SWEDISH MEDICAL CENTER

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal With Prejudice of Defendant HCA-Health One, LLC, d/b/a Swedish Medical Center** [#137], filed October 10, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiffs' claims against defendant HCA-Health One, LLC, d/b/a Swedish Medical Center should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Stipulation for Dismissal With Prejudice of Defendant HCA-Health One, LLC, d/b/a Swedish Medical Center** [#137], filed October 10, 2006, is **APPROVED**;

  2.  That plaintiffs' claims against defendant HCA-Health One, LLC, d/b/a Swedish Medical Center **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

  3.  That defendant HCA-Health One, LLC, d/b/a Swedish Medical Center is **DROPPED** as named party to this action, and the case caption is amended accordingly.

  Dated October 10, 2006, at Denver, Colorado.

           **BY THE COURT:**

          **s/ Robert E. Blackburn**
          **Robert E. Blackburn**
          **United States District Judge**