IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, Laura Potter and Tristan
Potter,
LAURA POTTER, and
TRISTAN POTTER,

Plaintiffs,

v.

DEBRA H. BOWMAN, M.D., and
HCA-HEALTH ONE LLC, d/b/a Swedish Medical Center,

Defendants.

_____

## ORDER
_____

The parties appeared today for a final pretrial conference.  Also pending is the **Plaintiffs'**

**Amended Motion for a Forthwith Hearing for Continuance of the January 8, 2007 Trial,**

**Or In the Alternative, To Permit a "For Evidence" Deposition *De Bene Esse* of Scott Kozin,**

**M.D.** [Doc. # 158, filed 11/27/2006] (the "Motion").  The proposed final pretrial order was

rejected for reasons stated on the record.  In addition, I made rulings on the record concerning the

Motion.  All of my oral rulings from the conference today are incorporated here.  In summary and

for the reasons state on the record:

IT IS ORDERED that the Motion is GRANTED insofar as it requests leave to depose

Dr. Kozin.  The deposition of Dr. Kozin shall occur, if at all, on or before **December 22, 2006**.

Copies of all of Dr. Kozin's records must be provided to the defendants on or before

**December 15, 2006**, or they may not be admitted or otherwise used at trial.  Dr. Kozin's

testimony may not include the issue of the causation of Bryce Potter's injuries.

IT IS FURTHER ORDERED that the Motion is DENIED AS WITHDRAWN insofar as

it seeks a continuance of the trial.

IT IS FURTHER ORDERED that the proposed pretrial order is REJECTED.  A

supplemental final pretrial conference is set for **December 11, 2006, at 8:30 a.m.**, in Courtroom

401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall prepare a revised final pretrial order modified as discussed today and submit it to

the court on or before **12:00 noon on December 8, 2006**.

IT IS FURTHER ORDERED that copies of exhibits to be offered into evidence at trial

must be provided to opposing counsel on or before **December 7, 2006**.  The objections

contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk of the court and served by

hand delivery or facsimile no later than **December 14, 2006**.  Demonstrative exhibits must be

disclosed and exchanged between the parties on or before **December 11, 2006**.

Dated November 29, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2