IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER; LAURA POTTER; and TRISTAN POTTER

    Plaintiffs,

v.

DEBRA H. BOWMAN, M.D,

    Defendant.

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Motion to Discontinue Electronic Notification of Filings for Dismissed Defendant HCA-Health One L.L.C., d/b/a Swedish Medical Center, filed November 29, 2006, is **GRANTED**.

    The Clerk shall discontinue electronic filing notifications for former defendant HCA-Health One L.L.C., d/b/a Swedish Medica Center, including all notifications to Craig A. Adams, Molly P. Tighe, and Sean R. Dingle.

Dated:  November 30, 2006