IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, Laura Potter and Tristan Potter,
LAURA POTTER, and
TRISTAN POTTER,

Plaintiffs,

v.

DEBRA H. BOWMAN, M.D., and
HCA-HEALTH ONE LLC, d/b/a Swedish Medical Center,

Defendants.

_____

**ORDER**
_____

The parties appeared today for a supplemental final pretrial conference.  At the conference the defendants moved orally for leave to conduct informal, *ex parte* interviews with the plaintiffs' treating physicians and health care providers.  I made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the oral motion is DENIED.  The defendants must comply with the Colorado physician-patient privilege, section 13-90-107(1)(d), C.R.S., and with Samms v. District Court, 908 P.2d 520, 526 (Colo. 1995), and the plaintiffs' counsel must be given reasonable notice of any proposed informal interview with the plaintiffs' physicians, surgeons, and registered professional nurses and an opportunity to attend any such scheduled interviews.

Dated December 11, 2006.

                          BY THE COURT:

                          s/ Boyd N. Boland
                          United States Magistrate Judge