IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER,
LAURA POTTER, and
TRISTAN POTTER,

    Plaintiffs,

v.

DEBRA H. BOWMAN, M.D.,

    Defendant.

## MINUTE ORDER[1]

    Plaintiffs' Amended "Daubert" Motion in Limine to Preclude Dr. Cohen's Irrelevant Testimony with Supporting Memorandum [#132], filed October 2, 2006, is DENIED as moot. The expert who is the subject of the motion is no longer listed as an anticipated trial witness following the settlement between plaintiffs and HCA-Health One, LLC d/b/a Swedish Medical Center.

Dated:  December 18, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.