**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00827-REB-PAC

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER,
LAURA POTTER, and
TRISTAN POTTER,

    Plaintiffs,

v.

DEBRA H. BOWMAN, M.D.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter before the court is the **Withdrawal of Motion to Strike Testimony of Dr. Nath** [#182], filed December 18, 2006.  Having reviewed the notice, the court has construed this as a motion, and said motion is GRANTED.  **Dr. Bowman's Motion to Limit or Preclude Testimony of Plaintiff's Expert Witness Rahul Nath, M.D.** [#86], filed April 17, 2006, is **WITHDRAWN**.

Dated:  December 18, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.