IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00827-REB-KLM

BRYCE POTTER, a minor, by and through her parents and next friends, LAURA POTTER and TRISTAN POTTER;
LAURA POTTER; and
TRISTAN POTTER,

     Plaintiffs,

v.

DEBRA H. BOWMAN, M.D,

     Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter comes before the Court pursuant to the Motion for Leave to Permit Plaintiffs Laura Potter and/or Tristan Potter to Attend the Settlement Conference by Telephone [Docket No. 198, Filed September 18, 2007] ("Plaintiff's motion").

     IT IS HEREBY **ORDERED** that Plaintiff's motion is **GRANTED** as to both Plaintiffs. Counsel for Plaintiffs shall appear in person.  Plaintiffs are directed to contact the Court at **(303) 844-4892** on the date and time scheduled for the settlement conference.

     The parties are admonished to follow D.C. Colo. L. Civ. R. 7.1A when filing future motions.

Dated:  September 18, 2007